UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CONRAD REYNOLDSON, STUART PIXLEY, and DAVID WHEDBEE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, a public entity,<br><br>Defendants. | No. 2:15-cv-01608-MJP<br><br>**ORDER GRANTING STIPULATED MOTION REGARDING CLASS CERTIFICATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(b)(2)**<br><br><u>**CLASS ACTION**</u> |

This matter having come before this Court on a Stipulated Motion Regarding Class Certification filed by Plaintiffs Conrad Reynoldson, Stuart Pixley, and David Whedbee and Defendant City of Seattle, the Court finds as follows:

1. Pursuant to Federal Rule of Civil Procedure 23(a),

   a. The Class is so numerous that joinder of all members is impracticable;

   b. There are questions of law and fact common to the class;

   c. The claims of the Named Plaintiffs are typical of the claims of the class; and

      d.    The Named Plaintiffs and their counsel will fairly and adequately protect the interests of the Class.

2.    Pursuant to Federal Rule of Civil Procedure 23(b)(2), Plaintiffs allege that the City has acted or refused to act on grounds that apply generally to the Class, and this action seeks final injunctive relief and declaratory relief on behalf of the Class as a whole.

3.    Pursuant to Federal Rule of Civil Procedure 23(a) and (b)(2), this action is certified as a class action on behalf of the following class of persons: "All persons (including residents of and/or visitors to the City of Seattle) with any mobility disability, who, at any time prior to judgment in this action, have been denied full and equal access to the City of Seattle's pedestrian right of way due to the lack of a curb ramp or a curb ramp that was damaged, in need of repair, or otherwise in a condition not suitable or sufficient for use."

4.    Plaintiffs Conrad Reynoldson, Stuart Pixley, and David Whedbee are appointed class representatives of the Class.

5.    Pursuant to Federal Rule of Civil Procedure 23(g), Goldstein, Borgen, Dardarian & Ho, the Civil Rights Education and Enforcement Center, and Disability Rights Washington are appointed as class counsel.

**IT IS SO ORDERED.**

Dated this 2nd day of May, 2016

*Marsha J. Pechman*
Marsha J. Pechman
United States District Judge

Presented by:

    s/Linda M. Dardarian
Linda M. Dardarian (CA SBN 131001)
ldardarian@gbdhlegal.com
Andrew P. Lee (CA SBN 245903)
alee@gbdhlegal.com
Raymond A. Wendell (CA SBN 298333)
rwendell@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800; (510) 835-1417 (Fax)

Timothy P. Fox (CO Bar No. 25889)
tfox@creeclaw.org
CIVIL RIGHTS EDUCATION AND
  ENFORCEMENT CENTER
104 Broadway, Suite 400
Denver, CO 80203
(303) 757-7901; (303) 595-9705 (Fax)

David R. Carlson (WSBA No. 35767)
davidc@dr-wa.org
Stacie Berger Siebrecht (WSBA No. 29992)
stacies@dr-wa.org
Emily Cooper (WSBA No. 34406)
emilyc@dr-wa.org
DISABILITY RIGHTS WASHINGTON
315 5th Avenue South, Suite 850
Seattle, WA 98104
(206) 324-1521; (206) 957-0729 (Fax)

Attorneys for Plaintiffs and the Putative Class

1  And:

2        s/Kymberley K. Evanson
   Lorraine Lewis Phillips
3     lorraine.phillips@seattle.gov
   SEATTLE CITY ATTORNEY'S OFFICE
4     701 Fifth Avenue, Suite 2050
   Seattle, WA  98104-7097
5     (206) 684-8226

6     Paul J. Lawrence
   paul.lawrence@pacificalawgroup.com
7     Kymberly K. Evanson
   kymberly.evanson@pacificalawgroup.com
8     PACIFICA LAW GROUP LLP
   1191 Second Avenue, Suite 2000
9     Seattle, WA  98101
   (206) 245-1700

10

11     Attorneys for Defendant City of Seattle