Honorable Barbara J. Rothstein

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9    CONRAD REYNOLDSON, STUART
     PIXLEY, and DAVID WHEDBEE, on behalf
10   of themselves and all others similarly situated,

11                              Plaintiffs,

12        v.

13   CITY OF SEATTLE, a public entity,

14                              Defendant.

15

No. 2:15-cv-01608 - BJR

ORDER GRANTING PARTIES'
STIPULATED MOTION FOR SIXTY-
DAY CONTINUANCE OF ALL PRE-
TRIAL AND TRIAL DATES AND
DEADLINES

CLASS ACTION

16

17        Plaintiffs Conrad Reynoldson, Stuart Pixley, and David Whedbee and Defendant City of

18   Seattle have jointly requested a sixty-day continuance of all pre-trial and trial dates and deadlines

19   in this case in order to allow them to focus their efforts exclusively on settlement.  The Court

20   finds good cause for the request.  Accordingly, the pre-trial and trial dates and deadlines in this

21   case are amended as follows:

22

23

24

25

26

27   ORDER GRANTING PARTIES' STIPULATED MOTION FOR
     SIXTY-DAY CONTINUANCE OF ALL PRE-TRIAL AND
     TRIAL DATES AND DEADLINES
     (Cause No. 2:15-cv-01608 - BJR) - 1

| BENCH TRIAL DATE | December 11, 2017 |
|---|---|
| Reports from expert witness under FRCP 26(a)(2) | May 12, 2017 |
| All Motions Related to Discovery | June 12, 2017 |
| Discovery Completed | July 10, 2017 |
| Dispositive Motions | August 11, 2017 |
| Motions in Limine | November 6, 2017 |
| Joint Pretrial Order | November 27, 2017 |
| Trial Briefs and Proposed Findings of Fact and Conclusions of Law | November 27, 2017 |
| Pretrial Conference | November 27, 2017, or as soon thereafter as the Court is available. |
| Trial Begins | December 11, 2017, or as soon thereafter as the Court is available. |

The parties shall immediately notify the Court upon finalization of a settlement.

IT IS SO ORDERED.

Dated this 16th day of February, 2017.

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING PARTIES' STIPULATED MOTION FOR
SIXTY-DAY CONTINUANCE OF ALL PRE-TRIAL AND
TRIAL DATES AND DEADLINES
(Cause No. 2:15-cv-01608 - BJR) - 2