Honorable Barbara J. Rothstein

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

| | |
|---|---|
| CONRAD REYNOLDSON, STUART PIXLEY, and DAVID WHEDBEE, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, a public entity,<br><br>        Defendant. | No. 2:15-cv-01608-BJR<br><br>**DECLARATION OF LINDA M. DARDARIAN IN SUPPORT PLAINTIFFS' MOTION FOR AN AWARD OF REASONABLE ATTORNEYS' FEES, COSTS, AND EXPENSES**<br><br>**CLASS ACTION**<br><br>Date:    November 1, 2017<br>Time:    10:00 a.m.<br>Crtrm:  Suite 16128 |

Case No. 2:15-cv-01608-BJR
DECL. OF LINDA M. DARDARIAN ISO PLS.' MOTION FOR AN AWARD
OF REASONABLE ATTORNEYS' FEES, COSTS, AND EXPENSES

Goldstein, Borgen, Dardarian & Ho
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel: (510) 763-9800; Fax: (510) 835-1417

690009.6

1       I, Linda M. Dardarian, declare as follows:

2       1.     I am a member in good standing of the Bar of the State of California and a

3 shareholder at the law firm of Goldstein, Borgen, Dardarian & Ho ("GBDH"), in Oakland,

4 California.  I have permission to practice in the Western District of Washington *pro hac vice*.  I

5 am co-counsel for Plaintiffs and have been appointed Class Counsel in this action.  I am

6 providing this declaration to support Plaintiffs' Motion for an Award of Reasonable Attorneys'

7 Fees, Costs, and Expenses.  I have personal knowledge of the facts set forth in this declaration

8 and could and would testify competently to them.  I make this declaration in support of Class

9 Counsel's request for attorneys' fees and reimbursement of costs and expenses, as set forth in

10 Plaintiffs' Motion for an Award of Reasonable Attorneys' Fees, Costs, and Expenses.

11       2.     I am a 1987 graduate of Berkeley Law School (formerly Boalt Hall School of

12 Law at University of California, Berkeley).  I have been a member of the California State Bar

13 since 1987, and I am admitted to practice before the United States District Courts for the

14 Northern, Central, and Eastern Districts of California, the United States Courts of Appeals for

15 the Fifth, Ninth and Eleventh Circuits, as well as the United States Supreme Court.  From

16 September 1991 until December 1997, I was an associate at GBDH, and I became a partner in

17 January 1998.

18       3.     During my past twenty-six years at GDBH, I have been responsible for all facets

19 of class action and other complex litigation, from pre-filing investigation through appeal and

20 settlement.  As set forth in paragraphs 8 and 9, below, I have been lead or co-lead counsel in

21 many significant class and complex actions.  The class and collective actions I have led to

22 favorable class action settlements that have recouped hundreds of millions of dollars in payments

23

Case No. 2:15-cv-01608-BJR
DECL. OF LINDA M. DARDARIAN ISO PLS.' MOTION FOR AN AWARD
OF REASONABLE ATTORNEYS' FEES, COSTS, AND EXPENSES
Page 1

Goldstein, Borgen, Dardarian & Ho
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel: (510) 763-9800; Fax: (510) 835-1417

690009.6

1   to plaintiffs and class members and led to significant injunctive relief, valued in billions of

2   dollars.

3       4.      I also was one of the pioneers of a dispute resolution method called Structured

4   Negotiation.  Over the past twenty years, I and my co-counsel have used Structured Negotiation

5   to successfully reach systemic settlements in more than 50 groundbreaking cases, without

6   litigation.  Those settlements were reached with some of the country's largest corporations to

7   ensure that their information and services nationwide are accessible to and usable by individuals

8   who are blind or have low vision.  Some of those settlements include:

9       a.  Settlement agreements with Bank of America, Wells Fargo, Bank One/Chase,

10  Citibank, American Express, Equifax, TransUnion and Experian, E*Trade, and other financial

11  institutions to ensure that persons with visual impairments have independent access to automated

12  teller machines, and systemic access to websites, mobile applications, and printed materials

13  including bank statements, mortgage information, and credit file disclosures.

14      b.  Settlement agreements with national retail and mail-order pharmacies, including

15  Wal-Mart, Caremark, CVS/pharmacy, Humana, Rite Aid, and Walgreens to provide talking pill

16  bottles and alternative formats nationwide to their pharmacy customers who are blind or have

17  low vision.

18      c.  Settlement agreements with some of the nation's largest retailers, including Wal-

19  Mart, CVS, Rite Aid, Target, RadioShack, 7-Eleven, and Trader Joe's, to make their point of sale

20  machines and websites accessible to persons with visual impairments nationwide.

21      d.  Settlement agreements with Major League Baseball to ensure access to MLB.com

22  and all 30 club websites; with Weight Watchers to ensure that its online programs and weekly

23  meeting printed materials are accessible to members who are blind or visually impaired; and with

Case No. 2:15-cv-01608-BJR
DECL. OF LINDA M. DARDARIAN ISO PLS.' MOTION FOR AN AWARD
OF REASONABLE ATTORNEYS' FEES, COSTS, AND EXPENSES
Page 2

Goldstein, Borgen, Dardarian & Ho
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel: (510) 763-9800; Fax: (510) 835-1417

690009.6

1    Cinemark Theatres to ensure that blind patrons have access to audio description of movie visual

2    images.

3            e.    A comprehensive, systemic settlement with Kaiser Permanente to ensure that its

4    blind and low vision patients throughout California have access to patient care information and

5    services through the provision of talking pill bottles; braille, large print, audio, and other

6    alternative formats for patient specific and general medical forms and documents; accessible

7    website and mobile applications; training staff on provision of services to patients with visual

8    impairments; and removal of architectural barriers affecting blind patients.

9            f.    A settlement agreement with the City and County of San Francisco to install and

10   maintain audible pedestrian signals ("APS") at signalized crossings in the San Francisco

11   pedestrian right of way.  APS assist pedestrians with visual impairments by emitting a rapid

12   ticking sound in tandem with the WALK symbol displayed for sighted pedestrians, locator tones

13   to help those with visual impairments find the devices, vibrating push buttons during the walk

14   phase, and audible information such as street names when pedestrians press the push buttons for

15   one second or longer.

16       5.    I have frequently written and lectured on disability rights, civil rights, and wage

17   and hour litigation subjects, including recovery of statutory attorneys' fees.  I am a nationally

18   recognized leader in disability rights litigation and settlement negotiations, having earned

19   numerous awards for my work in disability rights, including the California Lawyer of the Year

20   Award in 2013, the World Institute on Disability's Disability Leadership Award in 2015, and

21   awards from the American Council of the Blind and American Foundation for the Blind for my

22   work on behalf of individuals with visual impairments.  I am the Chair of the Board of Directors

23   of Disability Rights Advocates and the Vice President of the Disability Rights Bar Association, a

Case No. 2:15-cv-01608-BJR
Decl. of Linda M. Dardarian ISO Pls.' Motion for an Award
of Reasonable Attorneys' Fees, Costs, and Expenses
Page 3

Goldstein, Borgen, Dardarian & Ho
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel: (510) 763-9800; Fax: (510) 835-1417

690009.6

1   national organization of hundreds of plaintiffs' lawyers who practice disability rights.  A true and

2   correct copy of my resume, which accurately summarizes my legal experience, is attached hereto

3   as Exhibit A.

4   **BACKGROUND AND EXPERIENCE OF GOLDSTEIN, BORGEN, DARDARIAN & HO**

5   6.      GBDH was founded in 1972.  For the past 45 years, GBDH has been representing

6   individuals against large companies and public entities in complex, class, and collective actions

7   in the firm's three primary practice areas: employment discrimination, wage and hour violations,

8   and disability access.  GBDH also represents plaintiffs in voting rights, consumer rights, and

9   environmental justice cases.  GBDH has long been recognized as one of the top plaintiffs' firms

10  in the country.  In 1992, the *National Law Journal* ("A National Who's Who of the Top Lawyers

11  in Employment Litigation") called the firm "[i]n a league of their own on the plaintiffs' side,

12  handling the largest class actions nationwide."  Every year since 2004, GBDH partners have

13  been named "Northern California Super Lawyers" by their peers, in recognition of their

14  outstanding legal achievements and high ethical standards.  I and the other GBDH partners are

15  rated "AV Preeminent" by Martindale Hubbell, indicating that our peers rank us at the highest

16  level of professional excellence.

17  7.      My law firm litigates class and complex public interest cases in state and federal

18  courts in various states across the country.  In the twenty-six years that I have been with the firm,

19  GBDH has obtained billions of dollars of relief for plaintiffs and class members, and has

20  obtained systemic changes in unlawful practices by governmental entities and large businesses.

21  8.      Some of the significant disability access class actions my firm has litigated

22  include the following:

23

Case No. 2:15-cv-01608-BJR
DECL. OF LINDA M. DARDARIAN ISO PLS.' MOTION FOR AN AWARD
OF REASONABLE ATTORNEYS' FEES, COSTS, AND EXPENSES
Page 4

Goldstein, Borgen, Dardarian & Ho
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel: (510) 763-9800; Fax: (510) 835-1417

690009.6

1          a.   *Willits v. City of Los Angeles*, No. 10-cv-05782 CBM (RZx) (C.D. Cal.), a

2    certified class action on behalf of all persons with mobility disabilities who have been denied

3    access to the City of Los Angeles's pedestrian right of way, in which I and my firm were class

4    counsel.  *See Willits v. City of Los Angeles*, No. CV 10-05782 CBM RZX, 2011 WL 7767305, at

5    *5 (C.D. Cal. Jan. 3, 2011).  Following a successful motion for class certification and motion for

6    partial summary judgment, the plaintiffs successfully obtained a systemic settlement, approved

7    in August 2016, that requires the City of Los Angeles to spend in excess of $1.37 billion over

8    thirty years remediating sidewalk and curb ramp barriers that prevent individuals with mobility

9    disabilities from having full and equal enjoyment of the City's pedestrian right of way, and

10   requires that all new construction and alterations performed in the City's pedestrian right of way

11   comply with the Americans with Disabilities Act, Section 504 of the Rehabilitation Act of 1973,

12   and the California Building Code.

13         b.   *Ochoa v. City of Long Beach*, No. 14-cv-04307-DSF (FFMx) (C.D. Cal.).  Similar

14   to the *Willits* case, this matter, in which I and my firm were co-lead counsel, was certified as a

15   class action, was litigated heavily for several years, and recently settled on a class basis.  The

16   settlement, which is pending final approval by the court, requires the City of Long Beach to

17   spend approximately $200 million over thirty years to remove sidewalk and curb ramp access

18   barriers from its pedestrian right of way.

19         c.   *Olson v. Sutter Health*, No. RG06-302354 (Alameda Cnty. Super. Ct.), a class

20   action under the Americans with Disabilities Act ("ADA") and California disability access laws,

21   in which I and my firm were co-lead counsel, requiring the Sutter Health hospital system to

22   remediate architectural barriers, install accessible medical equipment, and enhance policies and

23

Case No. 2:15-cv-01608-BJR
DECL. OF LINDA M. DARDARIAN ISO PLS.' MOTION FOR AN AWARD
OF REASONABLE ATTORNEYS' FEES, COSTS, AND EXPENSES
Page 5

Goldstein, Borgen, Dardarian & Ho
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel: (510) 763-9800; Fax: (510) 835-1417

690009.6

1   procedures to ensure accessible services for persons with mobility, visual, hearing, or speech

2   disabilities at all of its hospitals and clinics throughout Northern California.

3           d.   *Lane v. Tennessee*, No. 3:98-0731 (M.D. Tenn.), a landmark case brought under

4   the Americans with Disabilities Act against State of Tennessee and various Tennessee counties

5   for denying constitutionally guaranteed access to court proceedings to citizens with mobility

6   impairments, requiring architectural barrier removal at courthouses throughout Tennessee.

7           e.   *Camalo, et al. v. Macy's West, Inc.*, No. C98-2350 MHP, consolidated California

8   statewide class actions under the Americans with Disabilities Act and California law on behalf of

9   persons with mobility disabilities, in which I and my firm were co-lead class counsel, resulting in

10  systemic injunctive relief requiring removal of architectural barriers at all Macy's stores in

11  California, and payment of a class monetary fund to class members.

12          9.      Among other significant civil rights class and complex actions my firm has

13  litigated are:

14          a.   *Willey v. Techtronic Industries North America, Inc.*, No. RG 16806307 (Alameda

15  County Superior Court):  wage and hour class action on behalf of store representatives and field

16  representatives to recover unpaid overtime wages and payments for missed meal periods,

17  inaccurate wage statements, and out-of-pocket expenses.  This action resulted in a $3.5 million

18  class settlement the received final approval in August 2017.

19          b.   *Talamantes v. PPG Industries, Inc.*, 13-cv-04062-WHO (N.D. Cal.):  an unpaid

20  overtime class action on behalf of individuals who worked as territory managers for PPG

21  Industries and related subsidiaries, assisting with merchandising and selling PPG's paint

22  products at Home Depot stores.  The case resulted in a $5 million class settlement that was

23  approved by the court in January 2016.

Case No. 2:15-cv-01608-BJR
DECL. OF LINDA M. DARDARIAN ISO PLS.' MOTION FOR AN AWARD
OF REASONABLE ATTORNEYS' FEES, COSTS, AND EXPENSES
Page 6

Goldstein, Borgen, Dardarian & Ho
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel: (510) 763-9800; Fax: (510) 835-1417

690009.6

1          c.   *Willner v. Manpower Inc.*, 11-cv-2846 (N.D. Cal.):  wage and hour class action on

2    behalf of temporary employees who received wage statements that excluded information

3    required by the California Labor Code.  The case resulted in an $8.75 million class settlement

4    that was approved by the court in June 2015.

5          d.   *Garcia v. Oracle*, JCCP No. 004597 (Alameda County Superior Court):  wage

6    and hour class action on behalf of quality assurance engineers, customer support engineers, and

7    project managers who have worked for Oracle (and PeopleSoft) in California who were denied

8    required overtime pay and proper off-duty meal periods.  The case resulted in a $35 million

9    settlement that was approved by the court in 2012.

10          e.   *Contreras v. Bank of America,* No. CGC-07-467749 (San Francisco County

11    Superior Court):  wage and hour class action on behalf of mortgage loan officers for the

12    company's failure to reimburse class members' business expenses, including cell phone usage

13    and mileage, and for making unlawful deductions from class members' wages.  The case resulted

14    in a $16.65 million settlement that was approved in 2010.

15          f.   *McClain v. Lufkin Industries, Inc.*, No. 97-cv-0063 (E.D. Tex.):  race

16    discrimination class action on behalf of approximately 1,000 African American workers, alleging

17    that Lufkin's subjective employment practices had an unlawful disparate impact on African

18    Americans in initial job assignments and promotions.   Litigated over a 13 year period including

19    trial and multiple appeals, final judgment issued in 2010, and included a permanent injunction

20    prohibiting Lufkin from continuing to discriminate against African American workers and

21    requiring Lufkin to implement objective and non-discretionary promotion procedures, and

22    provided more than $10.5 million in monetary relief.

23

Case No. 2:15-cv-01608-BJR
DECL. OF LINDA M. DARDARIAN ISO PLS.' MOTION FOR AN AWARD
OF REASONABLE ATTORNEYS' FEES, COSTS, AND EXPENSES
Page 7

Goldstein, Borgen, Dardarian & Ho
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel: (510) 763-9800; Fax: (510) 835-1417

690009.6

1   g.   *Lin v. Siebel Software Systems, Inc.,* No. CIV 435601 (San Mateo Superior

2   Court):  class action lawsuit under the California Labor Code for unpaid overtime compensation

3   on behalf of Software Engineers and Senior Software Engineers who worked for Siebel in

4   California.  This case, in which I was co-lead counsel for the class, resulted in a $27.5 million

5   settlement in April 2007.

6   h.   *Butler, et al. v. Countrywide Home Loans, Inc*., No. BC268250 (Los Angeles

7   Sup.Ct.):  class action lawsuit under the California Labor Code and Unfair Competition Act for

8   overtime and other compensation on behalf of Account Executives in Countrywide's call centers

9   in California. This case, in which I was Lead Class Counsel, resulted in a $30 million settlement

10  that was approved by the court in June 2005.

11  i.   *Bullock v. Automobile Club of Southern California*, No. 01CC09035 (C.D. Cal.):

12  federal opt-in collective action and California class action for Sales Agents seeking overtime

13  compensation, resulting in a $19.5 million settlement that was approved in December 2004.

14  j.   *Butler v. Home Depot*, No. C94-4335-SI (N.D. Cal.): gender discrimination class

15  action, for which I was among class counsel, which resulted in a consent decree covering

16  employees in Home Depot's western division. The Home Depot settlement provided $87.5

17  million in monetary relief and extensive injunctive relief expanding employment opportunities

18  for the class of female employees and applicants.

19  k.   *Shores v. Publix, Inc*., No. 95-1162-CIV-T-25E (M.D. Fla.):  gender

20  discrimination class action, in which I was class counsel, obtaining a settlement that included a

21  companywide consent decree providing extensive injunctive relief to improve assignment,

22  training, compensation and promotion opportunities for female employees, and payment of $81.5

23  million in monetary relief.

Case No. 2:15-cv-01608-BJR
DECL. OF LINDA M. DARDARIAN ISO PLS.' MOTION FOR AN AWARD
OF REASONABLE ATTORNEYS' FEES, COSTS, AND EXPENSES
Page 8

Goldstein, Borgen, Dardarian & Ho
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel: (510) 763-9800; Fax: (510) 835-1417

690009.6

1      l.   *Kraszewski v. State Farm General Ins. Co.*, No. C-79-1261-TEH (N.D. Cal.):

2   gender discrimination case class action, in which I was among class counsel, brought on behalf

3   of women who were denied positions as insurance agents, and resulted in over $200 million in

4   monetary relief to the class and extensive injunctive relief.

5      m.   *Haynes v. Shoney's, Inc.*, No. 89-30093 RV (N.D. Fla.):  nationwide class action

6   on behalf of African American employees of Shoney's Restaurants.  The consent decree settling

7   the case provided $132.5 million in monetary relief as well as extensive injunctive relief.

8   Subsequent to the settlement, the University of Georgia Press published a book describing this

9   action, S. Watkins, The Black O:  Racism and Redemption in an American Corporate Empire

10  (1997).

11     n.   *Ridgeway v. Denny's, Inc.*, No. C-93-20202 JW (N.D. Cal.):  statewide class

12  action on behalf of African American customers of Denny's Restaurants in California that was

13  settled for $32.5 million in monetary relief and extensive injunctive relief.  The positive impact

14  the relief in this case had on Denny's corporate culture is the subject of a book, J. Adamson, The

15  Denny's Story:  How a Company in Crisis Resurrected its Good Name (2000) and has been

16  featured in a number of articles, including Fortune magazine ("Guess Who's Coming to

17  Denny's," August 3, 1998), and an episode of "60 Minutes."

18     o.   *Stender v. Lucky Stores*, No. C-88-1467 MHP (N.D. Cal.):  gender discrimination

19  class action on behalf of female employees of Lucky Stores in Northern California, in which I

20  was among class counsel.  The Consent Decree entered in this case provided for extensive

21  changes to Lucky's personnel and promotion practices and resulted in monetary relief of

22  approximately $80 million.

23

Case No. 2:15-cv-01608-BJR
DECL. OF LINDA M. DARDARIAN ISO PLS.' MOTION FOR AN AWARD
OF REASONABLE ATTORNEYS' FEES, COSTS, AND EXPENSES
Page 9

Goldstein, Borgen, Dardarian & Ho
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel: (510) 763-9800; Fax: (510) 835-1417

690009.6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

## GBDH'S REASONABLE TIME SPENT ON THIS MATTER AND NATURE OF ITS REPRESENTATION OF THE PLAINTIFF CLASS

10.     I have been involved in all aspects of this case since its inception.  I have been the lead counsel from GBDH in this case, and took the lead role in settlement negotiations on behalf of the class.  I supervised a team of attorneys and paralegals from GBDH in doing the work necessary to develop the factual record in this case, conduct litigation, and negotiate and finalize the class settlement.  I also coordinated litigation and settlement strategy with co-Class Counsel Tim Fox of the Civil Rights Education and Enforcement Center ("CREEC") and Stacie Siebrecht and Emily Cooper of Disability Rights Washington ("DRW").  Staffing this case with the three law firms was the most effective way for Class Counsel to apply our complementary areas of expertise in disability rights class actions, pedestrian right of way class actions, Structured Negotiation, and experience with the local disability community to address the concerns of Seattle's residents and visitors with mobility disabilities whose needs for accessible curb ramps were not being adequately addressed by the City.  Working with me on this matter were the following GBDH partners and associates:

a.     Andrew Lee is a 2006 graduate of the University of California Hastings College of the Law and has been a partner at GBDH since 2015.  Prior to 2015, he was an associate at GBDH and the law firm Schneider Wallace Cottrell Konecky Wotkyns, which specializes in systemic disability rights class actions and other complex litigation.  He is admitted to practice in California and before the United States District Courts for the Central and Northern Districts of California, as well as before the United States Courts of Appeals for the Ninth Circuit.  He is responsible for all aspects of class action and complex litigation, and since 2008, has continuously represented persons with mobility disabilities in systemic disability access class actions and Structured Negotiations seeking to enforce the rights of individuals with mobility

Case No. 2:15-cv-01608-BJR
DECL. OF LINDA M. DARDARIAN ISO PLS.' MOTION FOR AN AWARD
OF REASONABLE ATTORNEYS' FEES, COSTS, AND EXPENSES
Page 10

Goldstein, Borgen, Dardarian & Ho
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel: (510) 763-9800; Fax: (510) 835-1417

690009.6

1   disabilities to fully and equally access pedestrian rights of way.  Mr. Lee has been class counsel

2   in numerous litigated class actions involving the rights of persons with mobility disabilities to

3   access facilities in the pedestrian right of way of various cities, including *Kirola v. City and*

4   *County of San Francisco*, which involved a five-week bench trial.  *See* 74 F. Supp. 3d 1187

5   (N.D. Cal. 2014), *aff'd in part and rev'd in part*, __ F.3d __ (9th Cir. June 22, 2017), as well as

6   *Shemaria v. County of Marin*, and the *Willits* and *Ochoa* cases described above.

7        b.   Raymond Wendell joined GBDH as an associate in 2014.  Mr. Wendell graduated

8   *cum laude* from Harvard Law School in 2013, where he served as an editor on the Harvard Law

9   Review.  He is admitted to practice in California and before the United States District Courts for

10   the Central and Northern Districts of California and the Seventh Circuit Court of Appeals.  Prior

11   to joining GBDH, Mr. Wendell worked as a judicial law clerk for the Honorable Marilyn L. Huff

12   of the United States District Court, Southern District of California.  Mr. Wendell is counsel on

13   several cases involving disability discrimination, particularly those enforcing the rights of

14   individuals with mobility disabilities to fully and equally access pedestrian rights of way,

15   including *Willits* and *Ochoa*.

16        c.   Katharine Fisher is a 2015 graduate of Berkeley Law School.  Ms. Fisher joined

17   GBDH as an associate in 2016 after working as an attorney at a San Francisco employment law

18   and disability rights non-profit organization.  Ms. Fisher has assisted in several of the firms'

19   disability discrimination cases, including those enforcing the rights of individuals with

20   disabilities to the full and equal enjoyment of the services offered by public and private entities.

21   Ms. Fisher is admitted to practice in California and before the United States District Court for the

22   Northern District of California.

23

Case No. 2:15-cv-01608-BJR
DECL. OF LINDA M. DARDARIAN ISO PLS.' MOTION FOR AN AWARD
OF REASONABLE ATTORNEYS' FEES, COSTS, AND EXPENSES
Page 11

Goldstein, Borgen, Dardarian & Ho
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel: (510) 763-9800; Fax: (510) 835-1417

690009.6

d.   Ginger Grimes joined GBDH as an associate in 2016.  Ms. Grimes graduated *cum laude* from the University of California, Irvine School of Law in 2015.  Prior to joining GBDH, Ms. Grimes worked as a judicial law clerk for the Honorable Daniel R. Foley of the Intermediate Court of Appeals for the State of Hawaii.  Ms. Grimes is admitted to practice in Hawaii and California.

11.   GBDH's representation of the Plaintiff Class was on a wholly contingent basis. The firm devoted substantial resources to this matter, and we have received no payment for any of the more than 1,500 hours of services performed or the thousands of dollars in out-of-pocket costs and expenses that my firm committed to the negotiation, litigation, and resolution of this case.  We did this, with no guarantee of repayment, because of the importance of this case and the benefits it would bring to thousands of individuals with mobility disabilities.

12.   All attorneys and legal staff at GBDH are instructed to maintain contemporaneous time records reflecting the time spent on this and other matters.  In all instances, the time keeper indicates the date and amount of time spent on a task to one-tenth of an hour; describes the work that was performed during the indicated time period; and identifies the case to which the time should be charged.  My firm has kept contemporaneous records documenting in detail all time spent on this matter, including tasks performed by each time keeper on each day, in increments of 0.1 of an hour.  Those records are available for the Court to review should the Court wish to, and I will provide them to the Court for inspection if requested.

13.   I made every effort to litigate this matter efficiently by coordinating the work of GBDH's attorneys and paralegals, minimizing duplication, and assigning tasks in a time and cost efficient manner, based on the time keepers' experience levels and talents.

14.   I reviewed the records of all time that all GBDH timekeepers billed to this matter.

Case No. 2:15-cv-01608-BJR
DECL. OF LINDA M. DARDARIAN ISO PLS.' MOTION FOR AN AWARD
OF REASONABLE ATTORNEYS' FEES, COSTS, AND EXPENSES
Page 12

Goldstein, Borgen, Dardarian & Ho
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel: (510) 763-9800; Fax: (510) 835-1417

690009.6

1  I exercised billing judgment by deleting time entries that were duplicative, inefficient, vague,

2  administrative, or otherwise non-compensable.  In total, I reduced the time spent by GBDH

3  timekeepers by 119.2 hours, or approximately 7.4% of the total time billed to the case.  The

4  remaining hours GBDH billed were properly and necessarily spent on the firm's assigned tasks

5  and projects.  The detailed time records for the remaining hours spent by my firm and billed to

6  this case, from inception of the investigation through August 18, 2017, amount to a total of

7  1,496.8 hours, after exercise of billing judgment.  A true and correct summary of my firm's time

8  on the matter, separated by time keeper, and prepared from my firm's contemporaneous time

9  records, is attached hereto as Exhibit B.

10      15.    This 1,496.8 figure does not include time we have spent since August 18, 2017

11  drafting and finalizing this motion for an award of reasonable attorneys' fees, expenses and

12  costs, or the motion for service awards.  This figure also does not include the time that GBDH

13  will continue to incur to see this case through the final approval of the Consent Decree, including

14  responding to class member inquiries prior to the final approval hearing, helping prepare the

15  motion for final approval, and traveling to Seattle to attend the final approval hearing on

16  November 1, 2017.

17      16.    In particular, my time was focused primarily on overall pre-trial, discovery, and

18  settlement strategy; settlement negotiations; case coordination with co-counsel; directing

19  assignments to co-counsel based on skills and experience; case management within GBDH; high

20  level editing and strategy on briefing in the district court and to the mediator; and reviewing,

21  editing, and supervising the work of my associates and paralegals.  Based on my extensive

22  experience in Structured Negotiation and curb ramp access class actions, I took the lead in

23  drafting the initial demand letter inviting the City to engage in Structured Negotiation, the

Case No. 2:15-cv-01608-BJR
DECL. OF LINDA M. DARDARIAN ISO PLS.' MOTION FOR AN AWARD
OF REASONABLE ATTORNEYS' FEES, COSTS, AND EXPENSES
Page 13

Goldstein, Borgen, Dardarian & Ho
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel: (510) 763-9800; Fax: (510) 835-1417

690009.6

1  settlement memorandum of understanding, and the Consent Decree.

2      17.   Andrew Lee's work in this matter focused on drafting informal discovery requests

3  during the pre-suit negotiations phase, analyzing information provided during pre-suit

4  negotiations; research and analysis of curb ramp construction costs; vetting potential experts;

5  drafting portions of the parties' stipulated motion regarding class certification; revising and

6  editing the complaint, Rule 26(f) report and case management statement, written discovery, and

7  class member declarations; litigation strategy; and settlement strategy.

8      18.   Raymond Wendell was the main associate working on this matter for GBDH.  He

9  was the original drafter of most of GBDH's written work product, including the complaint,

10  Plaintiffs' first set of interrogatories, requests for the production of documents, requests for

11  admission, the parties' case management conference statement and Rule 26(f) report, portions of

12  the parties' stipulated motion for class certification, Plaintiff declarations supporting class

13  certification, the parties' stipulated motion to continue certain deadlines in the Court's

14  scheduling order, settlement correspondence, and the joint motion for preliminary approval of

15  class action settlement.  Mr. Wendell also researched a number of issues relevant to this

16  litigation, including Plaintiffs' cause of action pursuant to the Washington Law Against

17  Discrimination, the City's obligation to maintain its pedestrian right of way, defenses based on

18  technical infeasibility and structural impracticability, technical standards applicable to pre-ADA

19  construction, and the applicability of regulations promulgated under Section 504 of the

20  Rehabilitation Act of 1973.

21      19.   Katharine Fisher performed legal research regarding the parties' evidentiary

22  burden when stipulating to class certification.

23      20.   Ginger Grimes performed legal research regarding class action settlement

Case No. 2:15-cv-01608-BJR
DECL. OF LINDA M. DARDARIAN ISO PLS.' MOTION FOR AN AWARD
OF REASONABLE ATTORNEYS' FEES, COSTS, AND EXPENSES
Page 14

Goldstein, Borgen, Dardarian & Ho
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel: (510) 763-9800; Fax: (510) 835-1417

690009.6

1   approval in the Western District of Washington, and was the original drafter of Plaintiffs' motion

2   for an award of reasonable attorneys' fees, costs, and expenses, Plaintiffs' motion for service

3   awards, and the Plaintiff declarations supporting Plaintiffs' motion for incentive awards.

4       21.     I also assigned paralegals of varying years of experience to the case, and gave

5   them assignments commensurate with their skills and expertise.  They are as follows:

6           a.      GBDH senior paralegal Scott Grimes, who has 28 years of experience in

7   complex and class action litigation, was the primary case manager for this action, organizing and

8   supervising the work of the other paralegals on the team; participating in brief production,

9   including cite checking; preparing motions for filing with the Court; managing documents, and

10  the review, analysis, and compilation of the evidence produced by Plaintiffs and the City.

11          b.      Paralegal Damon Valdez has approximately 26 years of litigation

12  experience.  His primary duties in this matter included participating in brief production,

13  including cite checking and the compiling of exhibits; analyzing particular portions of the City's

14  pedestrian right of way to identify sidewalk corners where curb ramps were either missing or

15  obviously out of compliance with disability access technical specifications; reviewing and

16  indexing the City's document production; generating electronic maps of the City showing the

17  specific locations of barriers to access; monitoring case deadlines; and research regarding

18  reasonable hourly rates for complex and class action litigation in Seattle.

19          c.      Paralegal Stuart Kirkpatrick has four years of complex litigation

20  experience.  His primary duties in this matter included participating in brief production,

21  including cite checking and the compiling of exhibits; analyzing distinct portions of the City's

22  pedestrian right of way to identify sidewalk corners where curb ramps were missing or obviously

23  out of compliance with accessibility technical specifications; reviewing and indexing the City's

Case No. 2:15-cv-01608-BJR
DECL. OF LINDA M. DARDARIAN ISO PLS.' MOTION FOR AN AWARD
OF REASONABLE ATTORNEYS' FEES, COSTS, AND EXPENSES
Page 15

Goldstein, Borgen, Dardarian & Ho
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel: (510) 763-9800; Fax: (510) 835-1417

690009.6

1   document production; generating electronic maps of the City showing the specific locations of

2   barriers to access; and monitoring case deadlines.

3          d.      Case clerk Coral Trevino has been with GBDH since 2015.  Her primary

4   duty on this case involved analyzing assigned portions of the City's pedestrian right of way to

5   identify sidewalk corners where curb ramps were missing.

6   22.    Based on my experience in the field of disability rights, and my knowledge of and

7   familiarity with the disability rights and plaintiff class action bar nationwide, there are no firms

8   in the Seattle area that have the depth and breadth of experience and expertise of my firm in

9   litigating class actions involving the accessibility of pedestrian right of way facilities to

10  individuals with mobility disabilities, and in engaging in Structured Negotiation.

11  ### GBDH'S REASONABLE HOURLY RATES

12  23.    In addition to litigating my firm's entitlement to attorneys' fees and costs in our

13  own cases, my firm also litigates fee applications on behalf of other counsel.  Because of the

14  importance of recovery of attorneys' fees in such cases to a plaintiffs' contingency practice such

15  as mine, my firm keeps current on legal developments in the subject of attorneys' fees.  As such,

16  I am familiar with the prevailing market rates for leading attorneys in nationally, both private and

17  public interest, for complex and class action litigation of important issues.

18  24.    Based on research I have conducted and information I have gathered from

19  attorneys working at firms that practice complex and class action litigation in various courts

20  across the country, I understand that such firms have regular hourly rates, and they apply those or

21  substantially similar rates to all complex and class action cases, regardless of whether the case is

22  filed in their home jurisdiction or in other courts across the United States.  For example, Mark A.

23  Griffin, a partner at the Seattle-based law firm Keller Rohrback L.L.P. recently executed a

Case No. 2:15-cv-01608-BJR
DECL. OF LINDA M. DARDARIAN ISO PLS.' MOTION FOR AN AWARD
OF REASONABLE ATTORNEYS' FEES, COSTS, AND EXPENSES
Page 16

Goldstein, Borgen, Dardarian & Ho
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel: (510) 763-9800; Fax: (510) 835-1417

690009.6

1   declaration testifying that his firm uses its standard hourly rates, or substantially similar rates, in

2   all of its contingency fee complex class action cases, whether those cases are litigated in Seattle,

3   California, New York, Pennsylvania, or other jurisdictions.  *See* Griffin Decl. ¶ 4 ("these rates

4   are the same as, or substantially similar to, rates used by my firm in similar types of actions,"

5   listing similar actions litigated in W.D. Wash., N.D. Cal., and other locations), attached hereto as

6   Exhibit C.

7       25.     Together with my partners, I periodically establish hourly rates for the billing

8   personnel at our firm.  I establish the rates based on prevailing market rates for attorneys and law

9   firms in the San Francisco Bay Area that have attorneys and staff of comparable skill,

10  experience, and qualifications.  I obtain information concerning market rates from other

11  attorneys in the area that have similar experience doing similar work, from information that

12  occasionally appears in the local press and national bar publications, and in orders awarding

13  attorney's fees in similar cases.

14      26.     My firm's billing rates are charged to and paid by fee-paying clients of our firm,

15  and by defendants with whom we have settlement agreements that require monitoring.  These

16  rates reflect my firm's extensive experience in complex and class action litigation in the public

17  interest, in sidewalk access class actions in particular, and in Structured Negotiation.  We are

18  paid these rates by the hour on a regular billing basis.  They are also the rates we claim in our fee

19  applications in all of our contingent, fee shifting cases, regardless of venue, and the rates we

20  claim for Structured Negotiation regardless of where our clients or the entity with which we are

21  negotiating (the party responsible for paying our fees) resides.

22      27.     The bulk of GBDH's practice is contingent, and many of my firm's cases have

23  been large and substantial in settlement or verdict, as set forth in paragraphs 8 and 9, above.  In

Case No. 2:15-cv-01608-BJR
DECL. OF LINDA M. DARDARIAN ISO PLS.' MOTION FOR AN AWARD
OF REASONABLE ATTORNEYS' FEES, COSTS, AND EXPENSES
Page 17

Goldstein, Borgen, Dardarian & Ho
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel: (510) 763-9800; Fax: (510) 835-1417

690009.6

1   contingent risk civil rights cases, my firm and other firms doing this type of work frequently

2   advance tens or hundreds of thousands of dollars in expenses and costs and defer all payment of

3   our fees for several years, with no guarantee that any of the fees we incurred or costs we

4   advanced would ever be recovered.

5        28.     I have calculated our attorney's fees incurred in this matter using GBDH's 2016

6   hourly rates.  While we would be justified in seeking reimbursement at current 2017 hourly rates

7   due to the delay in payment from the date the time was actually spent to the date it will be

8   compensated (after final approval in November 2017), we have chosen to calculate our time at

9   2016 rates as a further demonstration of reasonableness.

10       29.     I am a 1987 law school graduate with 30 years of experience, and my hourly rate

11  for 2016 was $815.  Using our 2016 rates, my firm calculated our lodestar in this matter at $525

12  for partner Andrew Lee, a 2006 law school graduate with 9 years of complex litigation

13  experience; $375 per hour for associate Raymond Wendell, a 2013 law school graduate with 3

14  years of experience; $325 for both Katharine Fisher and Ginger Grimes, associates with 2 years

15  of experience; $275 per hour for senior paralegal Scott Grimes, who has 28 years of complex

16  litigation experience; $250 per hour for Damon Valdez, who has 26 years of experience; $200

17  per hour for paralegal Stuart Kirkpatrick, who has 4 years of complex litigation experience; and

18  $195 for case clerk Coral Trevino, who has 2 years of experience.  These hourly rates are the

19  same as those we charge to our fee-paying clients and defendants in monitoring settlements, who

20  pay for our services on an hourly, non-contingent basis.

21       30.     In setting these hourly rates, my firm consulted with attorneys with national

22  reputations, experience and practices like ours.  We determined that the rates we charge are

23  reasonable for attorneys of our experience, reputation and expertise and are consistent with the

Case No. 2:15-cv-01608-BJR
DECL. OF LINDA M. DARDARIAN ISO PLS.' MOTION FOR AN AWARD
OF REASONABLE ATTORNEYS' FEES, COSTS, AND EXPENSES
Page 18

Goldstein, Borgen, Dardarian & Ho
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel: (510) 763-9800; Fax: (510) 835-1417

690009.6

1    prevailing market rates for attorneys and paralegals of comparable levels of expertise and

2    reputation at Bay Area law firms that practice large class action and complex litigation

3    nationally.  For example, as demonstrated in the Griffin Declaration, GBDH's rates are

4    comparable to if not lower than those charged by Seattle-based Keller Rohrback for complex

5    litigation in federal court in Seattle and other courts around the United States.  *See* Griffin Decl.

6    ¶ 4 & Exh. 1 (charging $895 per hour in 2017 and $835 per hour in 2016 for partner whose legal

7    career began in 1986; $750 in 2017 and $700 in 2016 for partner whose legal career began in

8    2001; and between $225 and $290 in 2017 and between $225 and $285 per hour in 2016 for

9    paralegals having from 2 to 22 years of experience.)  *See also* Order Approving Pl. Mot. for

10   Award of Attorneys' Fees, Costs and Class Representative Service Awards, *Chan v. Wells Fargo*

11   *Home Mortgage*, No. 2:11-cv-00871-JLR (W.D. Wash. Oct. 1, 2015) (approving Keller

12   Rohrback's 2015 rates as reasonable in a wage and hour class action, including $300 to $895 per

13   hour for attorneys and $200 to $285 for paralegals), attached hereto as Exhibit D; Copley Decl.

14   Exh. 2 (setting forth the 2015 rates approved in *Chan*, including $525 per hour for associate

15   Benjamin Gould and $395 per hour for associate Matthew Preusch), attached hereto as Exhibit

16   E; Freeman Cappio Decl. ¶ 12 (claiming similar 2015 hourly rates for Keller Rohrback time

17   keepers in class action litigated in the Southern District of Florida, including $395 per hour for

18   associate Matthew Preusch and $525 for associates Daniel Mensher and Javila Unrein), attached

19   hereto as Exhibit F.  Attached hereto as Exhibit G is a true and correct copy of printed pages

20   from the Keller Rohrback website, www.krcomplexlit.com/attorney/, showing the relative years

21   of experience of associates Matthew Preusch (2013 law school graduate), Havila Unrein (2008

22   law school graduate) and Daniel Mensher (2007 law school graduate), and Benjamin Gould

23   (2006 law school graduate).

Case No. 2:15-cv-01608-BJR
DECL. OF LINDA M. DARDARIAN ISO PLS.' MOTION FOR AN AWARD
OF REASONABLE ATTORNEYS' FEES, COSTS, AND EXPENSES
Page 19

Goldstein, Borgen, Dardarian & Ho
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel: (510) 763-9800; Fax: (510) 835-1417

690009.6

31.     My firm's 2016 (as well as our higher 2017 rates) are being paid by clients in non-contingent fee cases, and by corporate defendants with whom I settled website accessibility cases on behalf of customers who are blind, including Bank of America, E*Trade, Motley Fool, and Kaiser Permanente.  Additionally, GBDH's regular hourly rates for 2016, as well as 2017 and 2015, have been approved as reasonable by state and federal courts in *Willey v. Techtronic Industries North America Inc.*, No RG 16806307 (Alameda County Superior Court, Aug. 4, 2017) (approving 2017 rates); *Barnes v. Sprig, Inc.*, No. CGC-15-548154 (San Francisco County Superior Court, Dec. 20, 2016) (approving 2016 rates); and *Willits v. City of Los Angeles*, No. 10-cv-05782 CBM (RZx) (C.D. Cal.) (approving 2015 rates); *Rulli v. Nielsen Co. (U.S.) LLC*, No. 14-cv-1835-VC (N.D. Cal.) (final approval order dated May 21, 2015) (approving 2015 rates).

## CLASS COUNSEL'S REQUESTED RECOVERY IS SUBSTANTIALLY LESS THAN THEIR COLLECTIVE LODESTAR

32.     Using GBDH's 2016 hourly rates, multiplied by the 1,496.8 hours GBDH has reasonably spent on this matter through August 18, 2017, GBDH's reasonable lodestar in this matter through August 18, 2017 is $794,038.00.  Together with the lodestar of my co-counsel at CREEC ($685,715.00) and DRW ($459,423.00), Class Counsel's total lodestar through August 18, 2017 is $1,939,176.  A true and correct summary of the collective lodestar for GBDH, CREEC and DRW in this matter through August 18, 2017 is attached hereto as Exhibit H.  Class Counsel's total combined lodestar figure does not account for the additional time that Class Counsel will spend on this matter between August 18, 2017 and the Effective Date of the Consent Decree, after the Court grants final approval of the settlement.  Yet Plaintiffs have agreed to request no more than $1.4 million in attorneys' fees, expenses and costs through the Effective Date.  This represents a reduction of approximately $600,000, or thirty percent (30%)

Case No. 2:15-cv-01608-BJR
DECL. OF LINDA M. DARDARIAN ISO PLS.' MOTION FOR AN AWARD
OF REASONABLE ATTORNEYS' FEES, COSTS, AND EXPENSES
Page 20

Goldstein, Borgen, Dardarian & Ho
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel: (510) 763-9800; Fax: (510) 835-1417

690009.6

1   of their total adjusted lodestar.

2       33.    The City does not contest Plaintiffs' $1.4 million request.  The parties agreed to

3   this figure as a result of vigorous, arms-length negotiations that took place before Mediator

4   Teresa A. Wakeen in May 2017.  The parties did not address the issues of attorneys' fees, costs,

5   or service awards to the named Plaintiffs until after all other terms of the Consent Decree were

6   resolved.

7                            **REASONABLE COSTS AND EXPENSES**

8       34.    GBDH is seeking reimbursement of its reasonable out-of-pocket costs and

9   expenses incurred in this matter.  These items are billed separately and are not included in my

10  firm's lodestar.  For accounting purposes and to ensure that all costs and expenses are accurately

11  assigned to the appropriate case, it is my firm's practice to assign a unique billing code for each

12  case that we investigate, litigate or negotiate.  This case had a unique billing code, and all

13  expense records, receipts and billing statements reflecting costs associated with this case were

14  assigned to that billing code.  My firm's total costs and expenses in this matter through August

15  18, 2017 come to $23,651.40.  Those costs include in-house copying, online research, the

16  payment of expert fees, the payment of mediator fees, and travel expenses.  GBDH paid these

17  costs and expenses on a regular and timely basis as they were incurred.  This means that my firm

18  paid out thousands of dollars in costs and expenses over a course of three years without any

19  guarantee of being reimbursed.  These costs and expenses have been necessarily and reasonably

20  incurred in this case.  A true and correct summary of my firm's costs and expenses prepared

21  from the billing code for this case, and separated by category, is attached hereto as Exhibit I.  A

22  true and correct summary of the collective costs and expenses incurred by GBDH, CREEC and

23  DRW in this matter through August 18, 2017 is attached hereto as Exhibit J.

Case No. 2:15-cv-01608-BJR
DECL. OF LINDA M. DARDARIAN ISO PLS.' MOTION FOR AN AWARD
OF REASONABLE ATTORNEYS' FEES, COSTS, AND EXPENSES
Page 21

Goldstein, Borgen, Dardarian & Ho
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel: (510) 763-9800; Fax: (510) 835-1417

690009.6

1    I declare under penalty of perjury under the laws of the United States and the State of

2  Washington that the foregoing is true and correct, and that this Declaration was executed this 6th

3  day of September 2017, in Oakland, California.

4

5                                                    *s/Linda M. Dardarian*
                                                     Linda M. Dardarian

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Case No. 2:15-cv-01608-BJR                              Goldstein, Borgen, Dardarian & Ho
DECL. OF LINDA M. DARDARIAN ISO PLS.' MOTION FOR AN AWARD      300 Lakeside Drive, Suite 1000
OF REASONABLE ATTORNEYS' FEES, COSTS, AND EXPENSES            Oakland, CA 94612
Page 22                                         Tel: (510) 763-9800; Fax: (510) 835-1417

690009.6

# EXHIBIT A

# RESUME

**LINDA M. DARDARIAN**
Goldstein, Borgen, Dardarian & Ho
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
(510) 763-9800 (phone)
(510) 835-1417 (fax)
ldardarian@gbdhlegal.com

## EDUCATION

**Berkeley Law (formerly University of California, Berkeley, Boalt Hall School of Law),** J.D., 1987
**Activities:**  Notes & Comments Editor, *Berkeley Women's Law Journal*, 1985-87; Summer Grants Administrator, Berkeley Law Foundation, 1986-87.

**California State University, Chico,** B.A., Political Science and American History, 1983, *magna cum laude* and with highest honors.

## PROFESSIONAL EXPERIENCE

**Goldstein, Borgen, Dardarian & Ho** (formerly Saperstein, Goldstein, Demchak & Baller), Oakland, CA
   January 1998 to present – *Partner*
   September 1991 to December 1997 – *Associate*.

**Duane, Lyman & Seltzer**, Berkeley, CA, June 1988 to September 1991 – *Associate*, specializing in law and motion practice in state and federal courts.

**Carroll, Burdick & McDonough**, San Francisco, CA, September 1987 to June 1988 - *Associate*, specializing in law and motion and appellate work.

## BAR MEMBERSHIPS

Bar of the State of California (1987), United States Supreme Court (1992), United States District Courts for the Northern, Central and Eastern Districts of California and the District of Minnesota; United States Court of Appeals for the Fifth, Ninth, and Eleventh Circuits.

Member – American Bar Association, Bar Association of Alameda County.

## AWARDS AND HONORS

Public Justice 2017 Trial Lawyer of the Year Award Finalist, in recognition of work in *Willits v. City of Los Angeles*, June 2017.

Disability Leadership Award, World Institute on Disability, awarded October 2015.

1

*California Lawyer Magazine*, California Lawyer Attorney of the Year ("CLAY Award") for extraordinary achievement in Disability Rights, awarded 2014.

"The Best Lawyers in America," Litigation: Labor & Employment, recognized each year from 2010 through 2016.

*Law & Politics Magazine*, The Top 50 Women, Northern California Super Lawyers award, August 2009.

*Law & Politics Magazine*, Northern California Super Lawyer award, received each year from 2005 through 2016.

2007 Achievement Award, American Council of the Blind, for excellence in representing blind and visually impaired persons in obtaining access to technology.

2008 Access Award, American Foundation for the Blind, for representing blind and visually impaired persons in obtaining independent access to information through talking ATMs, tactile point of sale machines, alternative formats for printed materials, and accessible pedestrian signals.

Noted in *California Lawyer Magazine*, December 2000, Lawyers of the Year.

Legal Aid At Work (formerly Legal Aid Society of San Francisco – Employment Law Center), June 1999 to present – member, Board of Directors.

Disability Rights Advocates, October 2007 to present – member, Board of Directors; Chair of Board of Directors, March 2015 to present.

World Institute on Disability, January 2008 to December 2015 – member, Board of Directors.

Disability Rights Bar Association, January 2013 to present – member, Executive Committee; Vice Chair of Executive Committee, June 2015 to present.

## PUBLICATIONS AND LECTURES

Executive Co-Editor, Lindemann & Grossman, *Employment Discrimination Law*, 2008 Supplement (BNA) (4th Ed.);

Executive Co-Editor, Lindemann & Grossman, *Employment Discrimination Law* (BNA) (4th Ed. 2007);

Executive Co-Editor, Lindemann & Grossman, *Employment Discrimination Law*, 2002 Supplement (BNA) (3d Ed. 2002);

Co-author, Discovery Chapter, Lindemann & Grossman, *Employment Discrimination Law,* 1998 and 2000 Supplements (BNA) (3d Ed.);

Co-author, Attorneys' Fees Chapter, *Wrongful Employment Termination Practice* (CEB) (2nd Ed. 1997);

2

Co-author, Discovery Chapter, Lindemann & Grossman, *Employment Discrimination Law* (BNA) (3d Ed. 1996);

Presenter, *Structured Negotiation:  A Winning Alternative to Lawsuits*, American Bar Association Dispute Resolution section meeting, March 29, 2017;

Presenter, *Digital Accessibility Legal Update*, California State University, Northridge Center on Disabilities' 32nd Annual Assistive Technology Conference, March 1 & 2, 2017;

Presenter, *War and Peace – The Saga of Willits v. City of Los Angeles, a Class Action Battled on Four Fronts with Historic Results*, Disability Rights Bar Association Annual Conference, April 1, 2016;

Presenter, *Digital Accessibility Annual Legal Update*, California State University, Northridge Center on Disabilities' 31st Annual International Technology and Persons with Disabilities Conference, March 23, 2016;

Presenter, *Litigation Strategy in Disability Rights Actions*, Disability Rights Bar Association Annual Conference, April 2014;

Presenter, *Digital Accessibility Annual Legal Update*, California State University, Northridge Center on Disabilities' 29th Annual International Technology and Persons with Disabilities Conference, March 2014;

Presenter, *Structured Negotiations, A Winning Strategy for Technology and Information Access*, 2014 Impact Fund Class Action Conference, February 2014;

Presenter, *Digital Accessibility: 2013 Legal Update*, and *Structured Negotiations: A Winning Strategy for Technology and Information Access,* California State University, Northridge, Center on Disabilities' Annual International Technology and Persons with Disabilities Conference, March 2013;

Presenter, *Disability Rights Class Actions after Dukes v. Walmart*, Disability Rights Bar Association Annual Conference, April 2012;

Presenter, *Web Accessibility: the Role of Law*, California State University, Northridge, Center on Disabilities' Annual International Technology and Persons with Disabilities Conference, March 2012;

Lecturer, *Web Accessibility Under the ADA*, Law Seminars International, January 2012;

Lecturer, *Retainer Agreements and Attorney's Fees Recovery*, Berkeley Law, October 2010;

Instructor, *Trial Advocacy Workshop*, Stanford Law School, September 2010;

Lecturer, *New ADA Regulations for Public Accommodations*, Law Seminars International, September 2010 & June 2011;

607774.8

Trainer, *Effective Direct Examination Skills*, Disability Rights California 2008 All Staff Training, September 2008;

Lecturer, *How to Assist Our Clients and Still Get Paid, a Re-Examination*, California Applicants' Attorneys Association Annual Convention, June 2007;

Lecturer, *Subjective Decisionmaking: Proper or Problematic?,* American Bar Association EEO Committee Mid-winter Meeting, March 2006;

Lecturer, *Of Course My Opinion Matters—I'm an Expert!,* American Bar Association Annual Meeting, Section of Labor & Employment Law, August 2005;

Lecturer, *Curveballs in EEO Litigation*, American Bar Association EEO Committee Mid-winter Meeting, April 2005;

Lecturer/Instructor, *Techniques for Effective Taking and Defending Depositions*, Bar Association of San Francisco Litigation Section Skills Seminar, February 2004;

Lecturer, *Attorney's Fees*, Impact Fund Title VII Class Action Conference, January 2004;

Lecturer, *The Year in Review:  Update of the Most Significant Fair Employment Cases,* Law Education Institute National CLE Conference, January 2004;

Lecturer, *How to Really Use Rule 30(b)(6) Depositions,* National Employment Lawyers Association Annual Convention, June 1999;

Lecturer, *Litigating Under Business & Professions Code § 17200*, California Employment Lawyers Association Chapter Meeting, May 1999;

Lecturer, *Attorney's Fees Litigation After <u>Dague</u>*, National Employment Lawyers Association Annual Convention, June 1993.


## SIGNIFICANT LITIGATION EXPERIENCE AND NEGOTIATED SETTLEMENTS

Since 1995, Ms. Dardarian has represented the American Council of the Blind, its various state affiliates, the American Foundation for the Blind, and many individuals with visual impairments nationwide, negotiating more than 50 non-litigated, groundbreaking settlements with some of the country's largest corporations to ensure that their information and services nationwide are accessible to and usable by individuals who are blind or have low vision.  Highlights include:

Settlement agreements with Bank of America, Wells Fargo, Bank One/Chase, Citibank, American Express, Equifax, TransUnion and Experian, E*Trade, and other financial institutions to ensure that persons with visual impairments have independent access to automated teller machines, and systemic access to websites, mobile applications, and printed materials including bank statements, mortgage information, and credit file disclosures.

Settlement agreements with national retail and mail-order pharmacies, including Wal-Mart, Caremark, CVS/pharmacy, Humana, Rite Aid, and Walgreens to provide talking pill bottles and alternative formats nationwide to their pharmacy customers who are blind or have low vision.

Settlement agreements with some of the nation's largest retailers, including Wal-Mart, CVS, Rite Aid, Target, RadioShack, 7-Eleven, and Trader Joe's, to make their point of sale machines and websites accessible to persons with visual impairments nationwide.

Settlement agreements with Major League Baseball to ensure access to MLB.com and all 30 club websites; with Weight Watchers to ensure that its online programs and weekly meeting printed materials are accessible to members who are blind or visually impaired; and with Cinemark Theatres to ensure that blind patrons have access to audio description of movie visual images.

Most recently, Ms. Dardarian negotiated a systemic settlement with Kaiser Permanente to ensure that its blind and low vision patients throughout California have access to patient care information and services through the provision of talking pill bottles; braille, large print, audio, and other alternative formats for patient specific and general medical forms and documents; accessible website and mobile applications; training staff on provision of services to patients with visual impairments; and removal of architectural barriers affecting blind patients.

Ms. Dardarian's significant litigation experience includes the following:

Willits, et al. v. City of Los Angeles, No. CV-10-5782 CBM RZX (C.D. Cal.) (certified class action on behalf of all persons with mobility disabilities who have been denied access to pedestrian rights of way in the City of Los Angeles as a result of defendant's failure to provide and maintain accessible sidewalks and curb ramps throughout the City, resulting in a settlement valued in excess of $1.4 billion); see 925 F. Supp. 2d 1089 (C.D. Cal. 2013).

Reynoldson, et al. v. City of Seattle, No. CV-15-01608 MJP (W.D. Wash.) (class action on behalf of all persons with mobility disabilities who have been denied access to pedestrian rights of way in the City of Seattle as a result of defendant's failure to provide and maintain accessible curb ramps throughout the City's pedestrian right of way, resulting in a settlement valued at approximately $300 million).

Balero, et al. v. Lumber Liquidators, No. CV 15-01005 JST (N.D. Cal.) (class action on behalf of California consumers who purchased laminate wood flooring products manufactured in China and sold by Lumber Liquidators, which Lumber Liquidators falsely advertised as compliant with California formaldehyde emission limits).

Ochoa, et al. v. City of Long Beach, CV 14-04307 DSF FFM (C.D. Cal.) (certified class action on behalf of persons with mobility disabilities who have been denied access to pedestrian rights of way in the City of Long Beach as a result of defendant's failure to provide and maintain accessible sidewalks and curb ramps throughout the City's pedestrian right of way, resulting in a settlement valued at approximately $200 million).

Greater Los Angeles Agency on Deafness, Inc., et al. v. Cable News Network, Inc., No. CV-11-3458 LB (N.D. Cal.) (class action on behalf of all persons in California who are deaf or hard of hearing and have been denied access to video content on CNN.com because of CNN's failure to provide captioning); see 2012 WL 99647 (N.D. Cal. Mar. 23, 2012), 742 F.3d 414 (9th Cir. 2014);

Bautista-Perez, et al. v. Holder, et al., No. C 07-4192 TEH (N.D. Cal.) (certified class action on behalf of 400,000 immigrants from El Salvador, Nicaragua and Honduras who have been

overcharged by the US Government to re-register for Temporary Protected Status); see 2009 WL 2031759 (N.D. Cal. July 9, 2009), 2009 WL 1202261 (N.D. Cal. May 1, 2009).

Center for Self-Improvement and Community Development v. Lennar Corporation, et al., No. CGC07-465738 (San Francisco County Superior Court) (Proposition 65 citizen suit and tort claims against Lennar Corporation and related entities for generating dust containing asbestos, hexavalent chromium, and other hazardous materials during construction of housing in Bayview Hunters Point).

Olson, et al. v. Sutter Health, No. RG06-302354 (Alameda County Superior Court) (class action under the ADA and California disability access laws requiring Sutter Health to remediate architectural barriers, install accessible medical equipment, and enhance policies and procedures to ensure accessible services for persons with mobility, visual, hearing, or speech disabilities at all of its hospitals throughout Northern California).

Lane v. Tennessee, No. 3:98-0731 (M.D. Tenn.) (Americans with Disabilities Act case against State of Tennessee and various Tennessee counties for denying constitutionally guaranteed access to court proceedings to citizens with mobility impairments, resulting in architectural barrier removal from courthouses across the state of Tennessee); see 541 U.S. 509 (2004).

Butler v. Countrywide Home Loans, Inc., No. BC 268250 (Los Angeles County Superior Court) ($30 million class action under California wage and hour laws on behalf of "account executives" seeking overtime, meal period compensation, reimbursement of unlawfully deducted wages and other monetary relief).

Lin v. Siebel Software Systems, Inc., No. CIV 435601 (San Mateo County Superior Court) ($27.5 million class action under California wage and hour laws on behalf of software engineers, seeking unpaid overtime wages).

Lieber, et al. v. Macy's West, Inc., No. C96-02955 MHP and Camalo, et al. v. Macy's West, Inc., No. C98-2350 MHP (California statewide class actions under the Americans with Disabilities Act, California Unruh Civil Rights Act, and California Disabled Persons Act on behalf of persons with mobility disabilities, resulting in systemic injunctive relief requiring removal of architectural barriers at all Macy's stores in California and resulting in largest class fund in any disability rights public accommodation class action); see 80 F. Supp. 2d 1065 (N.D. Cal. 1999).

San Francisco BayKeeper v. Dow Chemical Company, No. C97-01988 (Safe Drinking Water and Toxic Enforcement Act of 1986 action to protect Contra Costa County water supply from discharges of carcinogens and reproductive toxins).

Citizens for a Better Environment v. Union Oil Co., Case No. C-94-0712 TEH (N.D. Cal.).  See 861 F. Supp. 889 (N.D. Cal. 1994), aff'd, 83 F.3d 1111 (9th Cir. 1996), cert. denied, 519 U.S. 1101 (1997); 996 F. Supp. 934 (N.D. Cal. 1997) (citizens suit under the Clean Water Act to limit refinery discharges of selenium into San Francisco Bay.  Listed as one of the year's top 10 environmental cases, California Lawyer Magazine, December 1995.

Citizens for a Better Environment v. Exxon Oil Co., Case No. CV-S-94-1151 GEB (E.D. Cal.) (citizens suit under the Clean Water Act to limit refinery discharges of selenium into San Francisco Bay).

6

Shores v. Publix Super Markets, No. 95-1162-CIV-T-25E (M.D. Fla.) (class action under Title VII challenging gender discrimination in defendant's job assignment, promotion, training and compensation practices, resulting in systemic improvements to job assignment and promotion procedures and more than $84 million in monetary relief); see 69 Empl. Prac. Dec. (CCH) ¶ 44,477, 87681 (M.D. Fla. 1996).

Butler v. Home Depot, No. C-94-4335 SI (N.D. Cal.) (class action under Title VII challenging gender discrimination in defendant's job application, assignment, promotion, training and compensation practices, resulting in systemic improvements to personnel practices and procedures and approximately $85 million in monetary relief); see 70 Fair Empl. Prac. Cas. (BNA) 51 (N.D. Cal. 1996); 984 F. Supp. 1257 (N.D. Cal. 1997).

Pines, AARP, et al. v. State Farm General Ins. Co., No. SA CV 89-631 (C.D. Cal.) (nationwide ADEA collective action).

Stender v. Lucky Stores, Inc. No. C-88-1467 MHP (N.D. Cal.) (Title VII class action alleging gender discrimination in initial job placement, allocation of hours, movement from part-time to full-time employment, and promotion, resulting in systemic improvements to personnel policies and practices and in excess of $60 million in monetary relief); see 803 F. Supp. 259 (N.D. Cal. 1992).

Kraszewski v. State Farm General Ins. Co., No. C 79-1261 TEH (N.D. Cal.) (statewide Title VII sex discrimination class action resulting in the hiring or promotion of women into 50% of agent positions and approximately $250 million in monetary relief); see 38 Fair Empl. Prac. Cas. (BNA) 197 (N.D. Cal. 1985).

Allison v. Citgo Petroleum Corp., No. 96-30489, 151 F.3d 402 (5th Cir. 1998) (counsel for plaintiffs/appellants in petition for rehearing en banc, which resulted in court of appeal modifying and clarifying its original opinion).

Ketchum v. Moses, 24 Cal. 4th 1122 (2001) (counsel for amici curiae Asian Law Caucus, East San Jose Community Law Center, Employment Law Center, La Raza Centro Legal, The Impact Fund, and Golden Gate University School of Law's Women's Employment Rights Clinic in appeal to California Supreme Court establish the availability of contingent risk multipliers to the prevailing party in actions under California fee shifting statutes).

Cortez v. Purolator Products Air Filtration Company, 23 Cal. 4th 163 (2000) (counsel for amici curiae Asian Law Caucus, East San Jose Community Law Center, Employment Law Center, La Raza Centro Legal, The Impact Fund, and Golden Gate University School of Law's Women's Employment Rights Clinic in appeal to California Supreme Court to determine method of calculating restitution and disgorgement, application of class certification procedures, defenses and applicable statute of limitations in unlawful business practice cases under Cal. Business & Professions Code § 17200).

Crommie v. California Public Utilities Com'n, 840 F. Supp. 719 (N.D. Cal. 1994), aff'd in part sub. nom., Mangold v. Public Utilities Com'n., 67 F.3d 1470 (9th Cir. 1995) (counsel for amici curiae Employment Law Center, Equal Rights Advocates, Disability Rights Education Defense Fund, The Impact Fund, The Lawyers Committee for Civil Rights for the San Francisco Bay Area, and Mexican American Legal Defense and Education Fund regarding application of California substantive attorney's fees law to civil rights case filed in federal court).

7

# EXHIBIT B

*Reynoldson v. City of Seattle*
Billing Summary for Goldstein, Borgen, Dardarian & Ho

| Biller | Rate | Hours | Fees |
|---|---|---|---|
| Dardarian, Linda | $810 | 587.2 | $475,632.00 |
| Fisher, Katharine | $325 | 13.0 | $4,225.00 |
| Grimes, Ginger | $325 | 18.2 | $5,915.00 |
| Grimes, Scott G. | $275 | 27.2 | $7,480.00 |
| Kirkpatrick, Stuart | $200 | 151.1 | $30,220.00 |
| Lee, Andrew | $575 | 155.6 | $89,470.00 |
| Trevino, Coral | $195 | 57.8 | $11,271.00 |
| Valdez, Damon | $250 | 98.8 | $24,700.00 |
| Wendell, Raymond | $375 | 387.0 | $145,125.00 |
| **Total** | | **1,495.9** | **$794,038.00** |

# EXHIBIT C

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 2002 08-md-02002 |
| This document relates to: ALL DIRECT PURCHASER ACTIONS | |

## <u>DECLARATION OF MARK A. GRIFFIN</u>

I, Mark A. Griffin, declare as follows:

1.        I am a Partner of the law firm of Keller Rohrback L.L.P.  My firm is counsel to John Lisciandro d/b/a Lisciandro's Restaurant, a plaintiff in this action.  I make this Declaration based on my personal knowledge.  If called as a witness, I could and would competently testify to the matters stated herein.

2.        This Declaration pertains to the hours worked by professionals in my firm and the expenses incurred by this firm during the period from March 1, 2014 through June 30, 2017. My firm has submitted to Co-Lead Counsel in this case (i) monthly reports setting forth the hours which this firm (by individual) has devoted to work on this case for the foregoing period of time, and (ii) monthly reports setting forth the expenses incurred in connection with this firm's work on the case during that same period. These monthly reports are based upon records of time and expenses regularly maintained by my firm in the normal course of conducting its business.

3.        At the direction of Co-Lead Counsel, my firm has performed the following tasks in this litigation: communications regarding litigation strategy, key developments in the case,

discovery obligations, and settlements; analysis and coding of defendants' document

productions; preparation of Plaintiff Lisciandro and defense of Plaintiff Lisciandro at deposition;

participation in 30(b)(6) and percipient witness depositions of Defendants; analysis of class

certification issues; and analysis and contributions to the Direct Purchaser Class Plaintiffs'

successful response to Defendant Rose Acre Farm's post-hearing memorandum in support of its

motion for summary judgment.

      4.     Attached as Exhibit 1 hereto are the monthly lodestar reports which this firm has

submitted to Co-Lead Counsel for the Direct Purchaser Class Plaintiffs from March 1, 2014

through June 30, 2017.  The lodestar reports identify the name of the individual working on the

case; his/her title and years of experience; billable rate; hours worked by category of task; hours

and lodestar by month; and hours and lodestar by year. The lodestar amount reflected in the

reports attached at Exhibit 1 is for work assigned by Co-Lead Class Counsel and was performed

by professional staff at my law firm for the benefit of the Direct Purchaser Plaintiff Class.  I have

reviewed the lodestar reports attached hereto and can confirm that they are true and correct.  All

work reported by individuals (attorneys and non-attorneys) on behalf of the Direct Purchaser

Plaintiff Class in this matter was performed on a wholly contingent basis.  The rates set forth in

the monthly reports attached as Exhibit 1 are the regular, historical hourly rates in effect at the

time work was performed.  These rates are the same as, or substantially similar to, rates used by

my firm in similar types of actions.  In addition, my firm has submitted fee petitions in other

cases that have reported hourly rates at amounts comparable to those sought herein, and courts

have approved an award of attorneys' fees in such cases.  Examples include:  *In re Lithium*

*Batteries Antitrust Litigation,* Case No. 13-02420 (N.D. Ca May 25, 2017) (Doc. 1813, Ex. 21)

(Recently filed fee petition but no ruling yet); *Louisiana Firefighters' Ret. Sys. v. Northern Trust*

*Invs., NA.,* No. 09-07203 (N.D. Ill. Aug. 5, 2015) (finding that Keller Rohrback's hourly rates are reasonable); *Keithly v. Intelius, Inc.,* Case No. 09-1485RSL (W.D. Wash. Nov. 21, 2013) (Doc. 314) (Court approving percentage-of-fund award and cross-checked against hourly rates); *Cason-Merenda v. Detroit Medical Center,* Case No. 06-CV-15601 (E.D. Mich. Oct. 24, 2013) (Doc. 823) (Court approved percentage-of-fund award cross-checked against hourly rates); *In re Beacon Associates Litig.,* No. 09-0777 (S.D.N.Y. May 29, 2013) (awarding Keller Rohrback attorneys' rates between $295 and $785); *In re Bear Stearns Cos. ERISA Litig.,* No. 08-2804 (S.D.N.Y. Sept. 20, 2012) (awarding KR attorneys' rates between $295 and $785); *Herfert v. Crayola LLC,* No. 11-01301 (W.D. Wash, Apr. 27, 2012) (approving Keller Rohrback's hourly rates as reasonable); *Fleishman v. Albany Medical Center,* No. 06-0765 (N.D.N.Y. Dec. 13. 2011) (approving percentage-of-fund award cross-checked against hourly rates); *In Re Merck & Co., Inc. Securities, Derivative & ERISA Litigation,* MDL No. 1658 (D.N.J. Nov. 29, 2011) (approving percentage-of-fund award cross-checked against hourly rates); *Jerry Cooper, Inc. v. Lifequotes of America, Inc.,* No. 04-40304 (Nov. 18, 2011) (approving percentage-of-fund award cross-checked against hourly rates); *Johnson v. Arizona Hospital and Healthcare Association,* No. 07-1292 (D. Ariz. May 4, 2011) (approving percentage-of-fund award cross-checked against hourly rates); *In re Ford Motor Co. ERISA Litig.,* No. 06-11718 (E.D. Mich. Feb. 15, 2011) (awarding Keller Rohrback attorneys' rates between $331 and $740); *In Re IndyMac ERISA Litigation,* No. 08-4579 (C.D. Cal. Jan. 19, 2011) (Court approving percentage-of-fund award cross-checked against hourly rates); *Buus v. WAMU Pension Plan,* No. 07-00903 (W.D. Wash. Oct. 29, 2010) (approving percentage-of-fund award cross-checked against hourly rates); *In Re Washington Mutual, Inc, ERISA Litigation,* No. 08-01919 (W.D. Wash. Oct. 1, 2010) (approving percentage-of-fund award cross-checked against hourly rates); *In re Delphi Corp. Sec.,*

*Derivative & ERISA Litig.,* No. 05-1725 (E.D. Mich., May 12, 2010) (awarding attorneys' rates

between $300 and $675); *Youakim v. Isilon Sys., Inc.,* No. 07-1764 (W.D. Wash. Mar. 5, 2010)

(approving percentage-of-fund award cross-checked against hourly rates); *Fouad v. Isilon*

*Systems, Inc.,* No. 07-1764 (W.D. Wash. Feb. 12, 2010) (approving percentage-of-fund award

cross-checked against hourly rates); *In re Merrill Lynch & Co., Inc. Sec., Derivative and ERISA*

*Litig.,* No. 07-9633 (S.D.N.Y. Aug. 4, 2009) (awarding attorneys' rates between $265 and $675);

*Pelletz v. Weyerhaeuser Co.,* 592 F. Supp. 2d at 1322, 1326-27 (W.D. Wash. Jan, 9, 2009)

(approving Keller Rohrback's hourly rates as reasonable).

      5.      The total lodestar for this firm for March 1, 2014 through June 30, 2017 is

$333,293.90.

      6.      Attached as Exhibit 2 hereto are monthly charts setting forth the expenses

incurred by this firm in connection with this litigation from March 1, 2014 through June 30,

2017.   These costs were incurred on behalf of the Direct Purchaser Plaintiff Class by my firm on

a contingent basis and have not been reimbursed.

      7.      The total amount of non-taxable expenses[1] incurred by firm from March 1, 2014

through June 30, 2017 is $4,124.12.

      8.      The total amount of unreimbursed assessments paid by this firm to the Litigation

Fund since the inception of this case through June 30, 2017 is $40,000.00.

      ///

      ///

---

[1] Per this Court's Order of November 9, 2012 (Dkt. No. 759), *id.* at 13, only nontaxable costs may be awarded. Accordingly, the expense values on Exhibit 1 <u>exclude</u> costs for service of process, filing fees, copying, or the cost of obtaining hearing transcripts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 17, 2017, at Seattle, Washington.

Mark A. Griffin

# EXHIBIT 1

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: March 1 - 31, 2014**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below:           Charlene Engle
Email address of Person Entering Information:        Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mark Griffin | Partner | 1986 | $ 775.00 | | 0.60 | | | 0.20 | | | 0.80 | $ 620.00 | 0.80 | $ 620.00 |
| Amy Hanson | Associate | 1998 | $ 485.00 | | 37.40 | | | 1.50 | | | 38.90 | $ 18,866.50 | 38.90 | $ 18,866.50 |
| Erica Knerr | Paralegal | 2003 | $ 215.00 | | | | | 0.50 | | | 0.50 | $ 107.50 | 0.50 | $ 107.50 |
| Vijay Gosalia | Associate | 2005 | $ 380.00 | | 69.70 | | | | | | 69.70 | $ 26,486.00 | 69.70 | $ 26,486.00 |
| Mary Montgomery | Paralegal | 1991 | $ 263.00 | 0.10 | | | | 1.10 | | | 1.20 | $ 315.60 | 1.20 | $ 315.60 |
| Lynn Sarko | Partner | 1981 | $ 895.00 | 1.00 | | | | | | | 1.00 | $ 895.00 | 1.00 | $ 895.00 |
| Mavis Bates | Paralegal | 1988 | $ 210.00 | | | 8.30 | | | | | 8.30 | $ 1,743.00 | 8.30 | $ 1,743.00 |
| | | | | | | | | | | | | | | |
| **Total:** | | | | 1.10 | 107.70 | 8.30 | 0.00 | 3.30 | 0.00 | 0.00 | 120.40 | $ 49,033.60 | 120.40 | $ 49,033.60 |

*including legal research

Notes about entered information:

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: April 1 - 30, 2014**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below: Charlene Engle
Email address of Person Entering Information: Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Hours | | | | | |
| Mark Griffin | Partner | 1986 | $ 775.00 | | | | | 1.60 | | | 1.60 | $ 1,240.00 | 2.40 | $ 1,860.00 |
| Amy Hanson | Associate | 1998 | $ 485.00 | 0.50 | 43.70 | | | 0.20 | | | 44.40 | $ 21,534.00 | 83.30 | $ 40,400.50 |
| Erica Knerr | Paralegal | 2003 | $ 215.00 | | | | | | | | | | 0.50 | $ 107.50 |
| Vijay Gosalia | Associate | 2005 | $ 380.00 | | 55.80 | | | | | | 55.80 | $ 21,204.00 | 125.50 | $ 47,690.00 |
| Mary Montgomery | Paralegal | 1991 | $ 263.00 | | 1.00 | | | | | | 1.00 | $ 263.00 | 2.20 | $ 578.00 |
| Lynn Sarko | Partner | 1981 | $ 895.00 | | | | | | | | | | 1.00 | $ 895.00 |
| Mavis Bates | Paralegal | 1988 | $ 210.00 | | | | | | | | | | 8.30 | $ 1,743.00 |
| **Total:** | | | | 0.50 | 100.50 | 0.00 | 0.00 | 1.80 | 0.00 | 0.00 | 102.80 | $ 44,241.00 | 223.20 | $ 93,274.60 |

*including legal research

Notes about entered information:

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: May 1 - 31, 2014**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below:       Charlene Engle
Email address of Person Entering Information:    Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Hours | | | | | |
| Mark Griffin | Partner | 1986 | $ 775.00 | | 2.60 | | | | | | 2.60 | $ 2,015.00 | 5.00 | $ 3,875.00 |
| Amy Hanson | Associate | 1998 | $ 485.00 | 17.50 | | | | 0.70 | | | 18.20 | $ 8,827.00 | 101.50 | $ 49,227.50 |
| Erica Knerr | Paralegal | 2003 | $ 215.00 | | | | | | | | | | 0.50 | $ 107.50 |
| Vijay Gosalia | Associate | 2005 | $ 380.00 | | 75.80 | | | | | | 75.80 | $ 28,804.00 | 201.30 | $ 76,494.00 |
| Mary Montgomery | Paralegal | 1991 | $ 263.00 | | | | | | | | | | 2.20 | $ 578.60 |
| Lynn Sarko | Partner | 1981 | $ 895.00 | | | | | | | | | | 1.00 | $ 895.00 |
| Mavis Bates | Paralegal | 1988 | $ 210.00 | | | 1.90 | | | | | 1.90 | $ 399.00 | 10.20 | $ 2,142.00 |
| | | | | | | | | | | | | | | |
| Total: | | | | 0.00 | 95.90 | 1.90 | 0.00 | 0.70 | 0.00 | 0.00 | 98.50 | $ 40,045.00 | 321.70 | $ 133,319.60 |

*including legal research

Notes about entered information:

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: June 1 - 30, 2014**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below:   Charlene Engle
Email address of Person Entering Information:   Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | Hours | | | | | | | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | | | | |
| Mark Griffin | Partner | 1986 | $ 775.00 | | 1.20 | 3.40 | | 0.40 | | | 5.00 | $ 3,875.00 | 10.00 | $ 7,750.00 |
| Amy Hanson | Associate | 1998 | $ 485.00 | | | | | 3.20 | | | 3.20 | $ 1,552.00 | 104.70 | $ 50,779.50 |
| Erica Knerr | Paralegal | 2003 | $ 215.00 | | | | | 0.30 | | | 0.30 | $ 64.50 | 0.80 | $ 172.00 |
| Vijay Gosalia | Associate | 2005 | $ 380.00 | | 64.50 | | | | | | 64.50 | $ 24,510.00 | 265.80 | $ 101,004.00 |
| Mary Montgomery | Paralegal | 1991 | $ 263.00 | | | | | 0.20 | | 0.10 | 0.30 | $ 78.90 | 2.50 | $ 657.50 |
| Lynn Sarko | Partner | 1981 | $ 895.00 | | | | | | | | | | 1.00 | $ 895.00 |
| Mavis Bates | Paralegal | 1988 | $ 210.00 | | | 1.00 | | | | | 1.00 | $ 210.00 | 11.20 | $ 2,352.00 |
| Darla Marshall | Paralegal | 1994 | $ 215.00 | 2.40 | | | | | | | 2.40 | $ 516.00 | 2.40 | $ 516.00 |
| Total: | | | | 2.40 | 65.70 | 4.40 | 0.00 | 4.10 | 0.00 | 0.10 | 76.70 | $ 30,806.40 | 398.40 | $ 164,126.00 |

*including legal research

Notes about entered information:

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: July 1 - 31, 2014**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below:      Charlene Engle
Email address of Person Entering Information:      Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mark Griffin | Partner | 1986 | $ 775.00 | | 0.40 | 0.20 | | | | | 0.60 | $ 465.00 | 10.60 | $ 8,215.00 |
| Amy Hanson | Associate | 1998 | $ 485.00 | | | | | 0.50 | | | 0.50 | $ 242.50 | 105.20 | $ 51,022.00 |
| Erica Knerr | Paralegal | 2003 | $ 215.00 | | | | | | | | | | 0.80 | $ 172.00 |
| Vijay Gosalia | Associate | 2005 | $ 380.00 | | 30.60 | | | | | | 30.60 | $ 11,628.00 | 296.40 | $ 112,632.00 |
| Mary Montgomery | Paralegal | 1991 | $ 263.00 | | | | | 1.40 | | | 1.40 | $ 368.20 | 3.90 | $ 1,025.70 |
| Lynn Sarko | Partner | 1981 | $ 895.00 | | | | | | | | | | 1.00 | $ 895.00 |
| Mavis Bates | Paralegal | 1988 | $ 210.00 | | | 0.50 | | | | | 0.50 | $ 105.00 | 11.70 | $ 2,457.00 |
| Darla Marshall | Paralegal | 1994 | $ 215.00 | | | | | | | | | | 2.40 | $ 516.00 |
| RoxAnn Ward | Paralegal | 1998 | $ 210.00 | | | | | 0.25 | | | 0.25 | $ 52.50 | 0.25 | $ 52.50 |
| | | | | | | | | | | | | | | |
| **Total:** | | | | 0.00 | 31.00 | 0.70 | 0.00 | 2.15 | 0.00 | 0.00 | 33.85 | $ 12,861.20 | 432.25 | $ 176,987.20 |

*including legal research

Notes about entered information:

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: August 1 - 31, 2014**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below: Charlene Engle
Email address of Person Entering Information: Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | Hours | | | | | | | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | | | | |
| Mark Griffin | Partner | 1986 | $ 775.00 | | 0.20 | 0.40 | | | 1.20 | | 1.80 | $ 1,395.00 | 12.40 | $ 9,610.00 |
| Amy Hanson | Associate | 1998 | $ 485.00 | | | | | | | | | | 105.20 | $ 51,022.00 |
| Erica Knerr | Paralegal | 2003 | $ 215.00 | | | | | | | | | | 0.80 | $ 172.00 |
| Vijay Gosalia | Associate | 2005 | $ 380.00 | | 40.40 | | | | | | 40.40 | $ 15,352.00 | 336.80 | $ 127,984.00 |
| Mary Montgomery | Paralegal | 1991 | $ 263.00 | | | 0.60 | | 0.40 | | | 1.00 | $ 263.00 | 4.90 | $ 1,288.70 |
| Lynn Sarko | Partner | 1981 | $ 895.00 | | | | | | | | | | 1.00 | $ 895.00 |
| Mavis Bates | Paralegal | 1988 | $ 210.00 | | | 0.50 | | | | | 0.50 | $ 105.00 | 12.20 | $ 2,562.00 |
| Darla Marshall | Paralegal | 1994 | $ 215.00 | | | | | | | | | | 2.40 | $ 516.00 |
| RoxAnn Ward | Paralegal | 1998 | $ 210.00 | | | | | | | | | | 0.25 | $ 52.50 |
| **Total:** | | | | 0.00 | 40.60 | 1.50 | 0.00 | 0.40 | 1.20 | 0.00 | 43.70 | $ 17,115.00 | 475.95 | $ 194,102.20 |

*including legal research

Notes about entered information:

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: September 1 - 30, 2014**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below:   Charlene Engle
Email address of Person Entering Information:   Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mark Griffin | Partner | 1986 | $ 775.00 | | | 0.20 | | 0.40 | | | 0.60 | $ 465.00 | 13.00 | $ 10,075.00 |
| Amy Hanson | Associate | 1998 | $ 485.00 | | | 3.80 | | 3.20 | | | 7.00 | $ 3,395.00 | 112.20 | $ 54,417.00 |
| Erica Knerr | Paralegal | 2003 | $ 215.00 | | | | | 0.20 | 0.20 | | 0.40 | $ 86.00 | 1.20 | $ 258.00 |
| Vijay Gosalia | Associate | 2005 | $ 380.00 | | 28.60 | | | | | | 28.60 | $ 10,868.00 | 365.40 | $ 138,852.00 |
| Mary Montgomery | Paralegal | 1991 | $ 263.00 | | 0.10 | 1.00 | | | | | 1.10 | $ 289.30 | 6.00 | $ 1,578.00 |
| Lynn Sarko | Partner | 1981 | $ 895.00 | 0.50 | | | | | 0.50 | | 1.00 | $ 895.00 | 2.00 | $ 1,790.00 |
| Mavis Bates | Paralegal | 1988 | $ 210.00 | | | 0.30 | | | | | 0.30 | $ 63.00 | 12.50 | $ 2,625.00 |
| Darla Marshall | Paralegal | 1994 | $ 215.00 | | | | | | | | | | 2.40 | $ 516.00 |
| RoxAnn Ward | Paralegal | 1998 | $ 210.00 | | | | | | | | | | 0.25 | $ 52.50 |
| Ray Farrow | Partner | 2001 | $ 645.00 | | | | | | | 0.80 | 0.80 | $ 516.00 | 0.80 | $ 516.00 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **Total:** | | | | 0.50 | 28.70 | 5.30 | 0.00 | 3.80 | 0.70 | 0.80 | 39.80 | $ 16,577.30 | 515.75 | $ 210,679.50 |

*including legal research

Notes about entered information:

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: October 1 - 31, 2014**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below: Charlene Engle
Email address of Person Entering Information: Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/Year Legal Career Began | Current Hourly Rate | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mark Griffin | Partner | 1986 | $ 775.00 | | 0.80 | | | 0.20 | | | 1.00 | $ 775.00 | 14.00 | $ 10,850.00 |
| Amy Hanson | Associate | 1998 | $ 485.00 | | 0.20 | | | 1.10 | | 0.10 | 1.40 | $ 679.00 | 113.60 | $ 55,096.00 |
| Erica Knerr | Paralegal | 2003 | $ 215.00 | | | | | | | | | | 1.20 | $ 258.00 |
| Vijay Gosalia | Associate | 2005 | $ 380.00 | | | | | | | | | | 365.40 | $ 138,852.00 |
| Mary Montgomery | Paralegal | 1991 | $ 263.00 | 0.60 | | 1.00 | | 1.20 | | | 2.80 | $ 736.40 | 8.80 | $ 2,314.40 |
| Lynn Sarko | Partner | 1981 | $ 895.00 | | | | | | 0.80 | | 0.80 | $ 716.00 | 2.80 | $ 2,506.00 |
| Mavis Bates | Paralegal | 1988 | $ 210.00 | | | 1.10 | | | | | 1.10 | $ 231.00 | 13.60 | $ 2,856.00 |
| Darla Marshall | Paralegal | 1994 | $ 215.00 | | | | | | | | | | 2.40 | $ 516.00 |
| RoxAnn Ward | Paralegal | 1998 | $ 210.00 | | | | | | | | | | 0.25 | $ 52.50 |
| Ray Farrow | Partner | 2001 | $ 645.00 | | | | | | | | | | 0.80 | $ 516.00 |
| | | | | | | | | | | | | | | |
| **Total:** | | | | 0.60 | 1.00 | 2.10 | 0.00 | 2.50 | 0.80 | 0.10 | 7.10 | $ 3,137.40 | 522.85 | $ 213,816.90 |

*including legal research

Notes about entered information:

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: November 1 - 30, 2014**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below:        Charlene Engle
Email address of Person Entering Information:     Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mark Griffin | Partner | 1986 | $ 775.00 | | 1.40 | 1.60 | | | | | 3.00 | $ 2,325.00 | 17.00 | $ 13,175.00 |
| Amy Hanson | Associate | 1998 | $ 485.00 | | | | | 1.50 | 0.50 | 2.00 | 4.00 | $ 1,940.00 | 117.60 | $ 57,036.00 |
| Erica Knerr | Paralegal | 2003 | $ 215.00 | | | | | | | | | | 1.20 | $ 258.00 |
| Vijay Gosalia | Associate | 2005 | $ 380.00 | | | | | | | | | | 365.40 | $ 138,852.00 |
| Mary Montgomery | Paralegal | 1991 | $ 263.00 | 0.60 | | 0.20 | | 0.10 | | | 0.90 | $ 236.70 | 9.70 | $ 2,551.10 |
| Lynn Sarko | Partner | 1981 | $ 895.00 | 0.50 | | | | | | | 0.50 | $ 447.50 | 3.30 | $ 2,953.50 |
| Mavis Bates | Paralegal | 1988 | $ 210.00 | | | 0.30 | | | | | 0.30 | $ 63.00 | 13.90 | $ 2,919.00 |
| Darla Marshall | Paralegal | 1994 | $ 215.00 | | | | | | | | | | 2.40 | $ 516.00 |
| RoxAnn Ward | Paralegal | 1998 | $ 210.00 | | | | | | | | | | 0.25 | $ 52.50 |
| Ray Farrow | Partner | 2001 | $ 645.00 | | | | | | | | | | 0.80 | $ 516.00 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **Total:** | | | | 1.10 | 1.40 | 2.10 | 0.00 | 1.60 | 0.50 | 2.00 | 8.70 | $ 5,012.20 | 531.55 | $ 218,829.10 |

*including legal research

Notes about entered information:

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: December 1 - 31, 2014**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below:        Charlene Engle
Email address of Person Entering Information:       Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mark Griffin | Partner | 1986 | $ 775.00 | | 2.20 | 0.20 | | 0.20 | | | 2.60 | $ 2,015.00 | 19.60 | $ 15,190.00 |
| Amy Hanson | Associate | 1998 | $ 485.00 | 0.70 | | | | | 0.20 | | 0.90 | $ 436.50 | 118.50 | $ 57,472.50 |
| Erica Knerr | Paralegal | 2003 | $ 215.00 | | | | | | | | | | 1.20 | $ 258.00 |
| Vijay Gosalia | Associate | 2005 | $ 380.00 | | | | | | | | | | 365.40 | $ 138,852.00 |
| Mary Montgomery | Paralegal | 1991 | $ 263.00 | | | 0.60 | | | | | 0.60 | $ 157.80 | 10.30 | $ 2,708.90 |
| Lynn Sarko | Partner | 1981 | $ 895.00 | | | | | | | | | | 3.30 | $ 2,953.50 |
| Mavis Bates | Paralegal | 1988 | $ 210.00 | | | | | | | | | | 13.90 | $ 2,919.00 |
| Darla Marshall | Paralegal | 1994 | $ 215.00 | | | | | | | | | | 2.40 | $ 516.00 |
| RoxAnn Ward | Paralegal | 1998 | $ 210.00 | | | | | | | | | | 0.25 | $ 52.50 |
| Ray Farrow | Partner | 2001 | $ 645.00 | | | | | | | | | | 0.80 | $ 516.00 |
| Leah Douglas | Associate | | $ 215.00 | 0.60 | | | | | | | 0.60 | $ 129.00 | 0.60 | $ 129.00 |
| | | | | | | | | | | | | | | |
| **Total:** | | | | **1.30** | **2.20** | **0.80** | **0.00** | **0.20** | **0.20** | **0.00** | **4.70** | **$ 2,738.30** | **536.25** | **$ 221,567.40** |

*including legal research

Notes about entered information:

| | In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002 |
| --- | --- |
| | Time Report and Lodestar Summary |

### Reporting Period: January 1 - 31, 2015

Firm: Keller Rohrback LLP
Name of Person Entering Information Below: Charlene Engle
Email address of Person Entering Information: cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | Hours | | | | | |
| Mark Griffin | Partner | 1986 | $ 825.00 | 0.50 | | 2.60 | 1.00 | | | | 4.10 | $ 3,382.50 | 4.10 | $ 3,382.50 |
| Amy Hanson | Associate | 1998 | $ 525.00 | 1.10 | 0.30 | | | 0.60 | 0.70 | | 2.70 | $ 1,417.50 | 2.70 | $ 1,417.50 |
| Darla Marshall | Paralegal | 1994 | $ 215.00 | 0.30 | | | | | | | 0.30 | $ 64.50 | 0.30 | $ 64.50 |
| Mary Montgomery | Paralegal | 1994 | $ 275.00 | 0.60 | 0.80 | 1.00 | | 1.00 | | | 3.40 | $ 935.00 | 3.40 | $ 935.00 |
| **Total:** | | | | **2.00** | **1.60** | **3.60** | **1.00** | **1.60** | **0.70** | **0.00** | **10.50** | **$ 5,799.50** | **10.50** | **$ 5,799.50** |

*including legal research

Notes about entered information:

If you have any questions or concerns as you're filling in the information above, please contact Angie Poulin at Poulin@wka-law.com or (215) 545-7200, extension 207.

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: February 1 - 28, 2015**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below:          Charlene Engle
Email address of Person Entering Information:        Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mark Griffin | Partner | 1986 | $  825.00 | | 0.40 | 0.20 | | | | | 0.60 | $  495.00 | 4.70 | $  3,877.50 |
| Amy Hanson | Associate | 1998 | $  525.00 | | 0.50 | | | | | 0.40 | 0.90 | $  472.50 | 3.60 | $  1,890.00 |
| Darla Marshall | Paralegal | 1994 | $  215.00 | | | | | | | | | | 0.30 | $  64.50 |
| Mary Montgomery | Paralegal | 1994 | $  275.00 | | | 0.30 | | | | | 0.30 | $  82.50 | 3.70 | $  1,017.50 |
| | | | | | | | | | | | | | | |
| **Total:** | | | | **0.00** | **0.90** | **0.50** | **0.00** | **0.00** | **0.00** | **0.40** | **1.80** | **$  1,050.00** | **12.30** | **$  6,849.50** |

*including legal research

Notes about entered information:

If you have any questions or concerns as you're filling in the information above, please contact Angie Poulin at Poulin@wka-law.com or (215) 545-7200, extension 207.

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: March 1 - 31, 2015**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below:     Charlene Engle
Email address of Person Entering Information:   Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mark Griffin | Partner | 1986 | $ 825.00 | | | | | | | | | | 4.70 | $ 3,877.50 |
| Amy Hanson | Associate | 1998 | $ 525.00 | | | 0.50 | | 0.30 | | | 0.80 | $ 420.00 | 4.40 | $ 2,310.00 |
| Darla Marshall | Paralegal | 1994 | $ 215.00 | | | | | | | | | | 0.30 | $ 64.50 |
| Mary Montgomery | Paralegal | 1994 | $ 275.00 | | | | | | | | | | 3.70 | $ 1,017.50 |
| | | | | | | | | | | | | | | |
| **Total:** | | | | **0.00** | **0.00** | **0.50** | **0.00** | **0.30** | **0.00** | **0.00** | **0.80** | **$ 420.00** | **13.10** | **$ 7,269.50** |

*including legal research

Notes about entered information:

If you have any questions or concerns as you're filling in the information above, please contact Angie Poulin at Poulin@wka-law.com or (215) 545-7200, extension 207.

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: April 1 - 30, 2015**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below:  Charlene Engle
Email address of Person Entering Information:  Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mark Griffin | Partner | 1986 | $ 825.00 | | 0.60 | 0.20 | | | | | 0.80 | $ 660.00 | 5.50 | $ 4,537.50 |
| Amy Hanson | Associate | 1998 | $ 525.00 | | 21.10 | 0.20 | | | | | 21.30 | $ 11,182.50 | 25.70 | $ 13,492.50 |
| Darla Marshall | Paralegal | 1994 | $ 215.00 | | | | | | | | | | 0.30 | $ 64.50 |
| Mary Montgomery | Paralegal | 1994 | $ 275.00 | | | | | | | | | | 3.70 | $ 1,017.50 |
| Raymond Farrow | Partner | 2001 | $ 700.00 | | | 0.30 | | | | | 0.30 | $ 210.00 | 0.30 | $ 210.00 |
| RoxAnn Ward | Paralegal | 1998 | $ 210.00 | 0.50 | | | | | | | 0.50 | $ 105.00 | 0.50 | $ 105.00 |
| **Total:** | | | | 0.50 | 21.70 | 0.70 | 0.00 | 0.00 | 0.00 | 0.00 | 22.90 | $ 12,157.50 | 36.00 | $ 19,427.00 |

*including legal research

Notes about entered information:

If you have any questions or concerns as you're filling in the information above, please contact Angie Poulin at Poulin@wka-law.com or (215) 545-7200, extension 207.

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: May 1 - 31, 2015**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below:     Charlene Engle
Email address of Person Entering Information:     Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mark Griffin | Partner | 1986 | $ 825.00 | | 0.40 | 0.20 | | | | | 0.60 | $ 495.00 | 6.10 | $ 5,032.50 |
| Amy Hanson | Associate | 1998 | $ 525.00 | | 9.40 | 0.10 | | | | | 9.50 | $ 4,987.50 | 35.20 | $ 18,480.00 |
| Darla Marshall | Paralegal | 1994 | $ 215.00 | | | | | | | | | | 0.30 | $ 64.50 |
| Mary Montgomery | Paralegal | 1994 | $ 275.00 | | | | | | | | | | 3.70 | $ 1,017.50 |
| Raymond Farrow | Partner | 2001 | $ 700.00 | | | | | | | | | | 0.30 | $ 210.00 |
| RoxAnn Ward | Paralegal | 1998 | $ 210.00 | | | | | | | | | | 0.50 | $ 105.00 |
| | | | | | | | | | | | | | | |
| **Total:** | | | | **0.00** | **9.80** | **0.30** | **0.00** | **0.00** | **0.00** | **0.00** | **10.10** | **$ 5,482.50** | **46.10** | **$ 24,909.50** |

*including legal research

Notes about entered information:

If you have any questions or concerns as you're filling in the information above, please contact Angie Poulin at Poulin@wka-law.com or (215) 545-7200, extension 207.

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: June 1 - 30, 2015**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below:     Charlene Engle
Email address of Person Entering Information:     Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mark Griffin | Partner | 1986 | $ 825.00 | | | | | | | | | | 6.10 | $ 5,032.50 |
| Amy Hanson | Associate | 1998 | $ 525.00 | | | | | | | | | | 35.20 | $ 18,480.00 |
| Darla Marshall | Paralegal | 1994 | $ 215.00 | | | | | | | | | | 0.30 | $ 64.50 |
| Mary Montgomery | Paralegal | 1994 | $ 275.00 | | | | | | | | | | 3.70 | $ 1,017.50 |
| Raymond Farrow | Partner | 2001 | $ 700.00 | | | | | | | | | | 0.30 | $ 210.00 |
| RoxAnn Ward | Paralegal | 1998 | $ 210.00 | | | | | | | | | | 0.50 | $ 105.00 |
| | | | | | | | | | | | | | | |
| **Total:** | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ - | 46.10 | $ 24,909.50 |

*including legal research

Notes about entered information:

If you have any questions or concerns as you're filling in the information above, please contact Angie Poulin at Poulin@wka-law.com or (215) 545-7200, extension 207.

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: July 1 - 31, 2015**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below:            Charlene Engle
Email address of Person Entering Information:          Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mark Griffin | Partner | 1986 | $ 825.00 | | | 0.20 | | | | | 0.20 | $ 165.00 | 6.30 | $ 5,197.50 |
| Amy Hanson | Associate | 1998 | $ 525.00 | | | 0.40 | | | | | 0.40 | $ 210.00 | 35.60 | $ 18,690.00 |
| Darla Marshall | Paralegal | 1994 | $ 215.00 | | | | | | | | | | 0.30 | $ 64.50 |
| Mary Montgomery | Paralegal | 1994 | $ 275.00 | | | | | | | | | | 3.70 | $ 1,017.50 |
| Raymond Farrow | Partner | 2001 | $ 700.00 | | | | | | | | | | 0.30 | $ 210.00 |
| RoxAnn Ward | Paralegal | 1998 | $ 210.00 | | | | | | | | | | 0.50 | $ 105.00 |
| | | | | | | | | | | | | | | |
| **Total:** | | | | **0.00** | **0.00** | **0.60** | **0.00** | **0.00** | **0.00** | **0.00** | **0.60** | **$ 375.00** | **46.70** | **$ 25,284.50** |

*including legal research

Notes about entered information:

If you have any questions or concerns as you're filling in the information above, please contact Angie Poulin at Poulin@wka-law.com or (215) 545-7200, extension 207.

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: August 1 - 31, 2015**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below:     Charlene Engle
Email address of Person Entering Information:     Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mark Griffin | Partner | 1986 | $ 825.00 | | | | | | | | | | 6.30 | $ 5,197.50 |
| Amy Hanson | Associate | 1998 | $ 525.00 | | | | | | | | | | 35.60 | $ 18,690.00 |
| Darla Marshall | Paralegal | 1994 | $ 215.00 | | | | | | | | | | 0.30 | $ 64.50 |
| Mary Montgomery | Paralegal | 1994 | $ 275.00 | | | | | | | | | | 3.70 | $ 1,017.50 |
| Raymond Farrow | Partner | 2001 | $ 700.00 | | | | | | | | | | 0.30 | $ 210.00 |
| RoxAnn Ward | Paralegal | 1998 | $ 210.00 | | | | | | | | | | 0.50 | $ 105.00 |
| **Total:** | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ - | 46.70 | $ 25,284.50 |

*including legal research

Notes about entered information:

If you have any questions or concerns as you're filling in the information above, please contact Angie Poulin at Poulin@wka-law.com or (215) 545-7200, extension 207.

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: September 1 - 30, 2015**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below:   Charlene Engle
Email address of Person Entering Information:   Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | Hours | | | | | | | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | | | | |
| Mark Griffin | Partner | 1986 | $ 825.00 | | 1.00 | 0.60 | | | | | 1.60 | $ 1,320.00 | 7.90 | $ 6,517.50 |
| Amy Hanson | Associate | 1998 | $ 525.00 | 0.30 | | | | | | | 0.30 | $ 157.50 | 35.90 | $ 18,847.50 |
| Darla Marshall | Paralegal | 1994 | $ 215.00 | 1.80 | | | | | | | 1.80 | $ 387.00 | 2.10 | $ 451.50 |
| Mary Montgomery | Paralegal | 1994 | $ 275.00 | | | 0.40 | | | | | 0.40 | $ 110.00 | 4.10 | $ 1,127.50 |
| Raymond Farrow | Partner | 2001 | $ 700.00 | | | | | | | 0.80 | 0.80 | $ 560.00 | 1.10 | $ 770.00 |
| RoxAnn Ward | Paralegal | 1998 | $ 210.00 | | | | | | | | | | 0.50 | $ 105.00 |
| **Total:** | | | | 2.10 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.80 | 4.90 | $ 2,534.50 | 51.60 | $ 27,819.00 |

*including legal research

Notes about entered information:

If you have any questions or concerns as you're filling in the information above, please contact Angie Poulin at Poulin@wka-law.com or (215) 545-7200, extension 207.

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: October 1 - 31, 2015**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below:               Charlene Engle
Email address of Person Entering Information:            Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mark Griffin | Partner | 1986 | $  825.00 | 0.20 | | | | | | | 0.20 | $   165.00 | 8.10 | $   6,682.50 |
| Amy Hanson | Associate | 1998 | $  525.00 | 0.30 | | | | | | 0.50 | 0.80 | $   420.00 | 36.70 | $  19,267.50 |
| Darla Marshall | Paralegal | 1994 | $  215.00 | 0.10 | | | | | | | 0.10 | $    21.50 | 2.20 | $     473.00 |
| Mary Montgomery | Paralegal | 1994 | $  275.00 | 0.10 | | | | | | | 0.10 | $    27.50 | 4.20 | $   1,155.00 |
| Raymond Farrow | Partner | 2001 | $  700.00 | | | | | | | | | | 1.10 | $     770.00 |
| RoxAnn Ward | Paralegal | 1998 | $  210.00 | | | | | | | | | | 0.50 | $     105.00 |
| | | | | | | | | | | | | | | |
| **Total:** | | | | **0.70** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.50** | **1.20** | **$   634.00** | **52.80** | **$  28,453.00** |

*including legal research

Notes about entered information:

If you have any questions or concerns as you're filling in the information above, please contact Angie Poulin at Poulin@wka-law.com or (215) 545-7200, extension 207.

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: November 1 - 30, 2015**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below:     Charlene Engle
Email address of Person Entering Information:     Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mark Griffin | Partner | 1986 | $ 825.00 | | 0.40 | | | | | | 0.40 | $ 330.00 | 8.50 | $ 7,012.50 |
| Amy Hanson | Associate | 1998 | $ 525.00 | | | | | | | | | | 36.70 | $ 19,267.50 |
| Darla Marshall | Paralegal | 1994 | $ 215.00 | | | | | | | | | | 2.20 | $ 473.00 |
| Mary Montgomery | Paralegal | 1994 | $ 275.00 | | | 0.40 | | | | | 0.40 | $ 110.00 | 4.60 | $ 1,265.00 |
| Raymond Farrow | Partner | 2001 | $ 700.00 | | | | | | | | | | 1.10 | $ 770.00 |
| RoxAnn Ward | Paralegal | 1998 | $ 210.00 | | | | | | | | | | 0.50 | $ 105.00 |
| | | | | | | | | | | | | | | |
| **Total:** | | | | **0.00** | **0.40** | **0.40** | **0.00** | **0.00** | **0.00** | **0.00** | **0.80** | **$ 440.00** | **53.60** | **$ 28,893.00** |

*including legal research

Notes about entered information:

If you have any questions or concerns as you're filling in the information above, please contact Angie Poulin at Poulin@wka-law.com or (215) 545-7200, extension 207.

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: December 1 - 31, 2015**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below: Charlene Engle
Email address of Person Entering Information: Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mark Griffin | Partner | 1986 | $ 825.00 | 0.20 | | | | | | | 0.20 | $ 165.00 | 8.70 | $ 7,177.50 |
| Amy Hanson | Associate | 1998 | $ 525.00 | | | | | | 0.20 | | 0.20 | $ 105.00 | 36.90 | $ 19,372.50 |
| Darla Marshall | Paralegal | 1994 | $ 215.00 | | | | | | | | | | 2.20 | $ 473.00 |
| Mary Montgomery | Paralegal | 1994 | $ 275.00 | | | | | | | | | | 4.60 | $ 1,265.00 |
| Raymond Farrow | Partner | 2001 | $ 700.00 | | | | | | | | | | 1.10 | $ 770.00 |
| RoxAnn Ward | Paralegal | 1998 | $ 210.00 | | | | | | | | | | 0.50 | $ 105.00 |
| **Total:** | | | | **0.20** | **0.00** | **0.00** | **0.00** | **0.00** | **0.20** | **0.00** | **0.40** | **$ 270.00** | **54.00** | **$ 29,163.00** |

*including legal research

Notes about entered information:

If you have any questions or concerns as you're filling in the information above, please contact Angie Poulin at Poulin@wka-law.com or (215) 545-7200, extension 207.

| In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002 |
|---|
| Time Report and Lodestar Summary |

### Reporting Period: January 1 - 31, 2016

Firm: Keller Rohrback LLP

Name of Person Entering Information Below: Charlene Engle

Email address of Person Entering Information: Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amanda Gonzales | Paralegal | 2013 | $ 225.00 | 0.40 | | | | | | | 0.40 | $ 90.00 | 0.40 | $ 90.00 |
| Mark Griffin | Partner | 1986 | $ 835.00 | | | 0.40 | | | 0.20 | | 0.60 | $ 501.00 | 0.60 | $ 501.00 |
| Amy Hanson | Associate | 1998 | $ 525.00 | 0.70 | 2.20 | | | | 0.90 | | 3.80 | $ 1,995.00 | 3.80 | $ 1,995.00 |
| Mary Montgomery | Paralegal | 1994 | $ 285.00 | 0.30 | 1.70 | | | | | | 2.00 | $ 570.00 | 2.00 | $ 570.00 |
| Total: | | | | 1.40 | 3.90 | 0.40 | 0.00 | 0.00 | 1.10 | 0.00 | 6.80 | $ 3,156.00 | 6.80 | $ 3,156.00 |

*including legal research

Notes about entered information:

If you have any questions or concerns as you're filling in the information above, please contact Angie Poulin at Poulin@wka-law.com or (215) 545-7200, extension 207.

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: February 1 - 29, 2016**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below:          Charlene Engle
Email address of Person Entering Information:        Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amanda Gonzales | Paralegal | 2013 | $ 225.00 | | | | | | | | | | 0.40 | $ 90.00 |
| Mark Griffin | Partner | 1986 | $ 835.00 | 0.40 | | | | | | | 0.40 | $ 334.00 | 1.00 | $ 835.00 |
| Amy Hanson | Associate | 1998 | $ 525.00 | | | 0.70 | | | | | 0.70 | $ 367.50 | 4.50 | $ 2,362.50 |
| Mary Montgomery | Paralegal | 1994 | $ 285.00 | | | | | | | | | | 2.00 | $ 570.00 |
| | | | | | | | | | | | | | | |
| **Total:** | | | | **0.40** | **0.00** | **0.70** | **0.00** | **0.00** | **0.00** | **0.00** | **1.10** | **$ 701.50** | **7.90** | **$ 3,857.50** |

*including legal research

Notes about entered information:

If you have any questions or concerns as you're filling in the information above, please contact Angie Poulin at Poulin@wka-law.com or (215) 545-7200, extension 207.

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: March 1 - 31, 2016**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below: Charlene Engle
Email address of Person Entering Information: Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amanda Gonzales | Paralegal | 2013 | $ 225.00 | | | | | | | | | | 0.40 | $ 90.00 |
| Mark Griffin | Partner | 1986 | $ 835.00 | | | 0.20 | | | | | 0.20 | $ 167.00 | 1.20 | $ 1,002.00 |
| Amy Hanson | Associate | 1998 | $ 525.00 | | | | | | | | | | 4.50 | $ 2,362.50 |
| Mary Montgomery | Paralegal | 1994 | $ 285.00 | | | | | | | | | | 2.00 | $ 570.00 |
| Daniel Lenentine | Paralegal | 2011 | $ 255.00 | | 4.50 | | | | | | 4.50 | $ 1,147.50 | 4.50 | $ 1,147.50 |
| | | | | | | | | | | | | | | |
| **Total:** | | | | **0.00** | **4.50** | **0.20** | **0.00** | **0.00** | **0.00** | **0.00** | **4.70** | **$ 1,314.50** | **12.60** | **$ 5,172.00** |

*including legal research

Notes about entered information:

If you have any questions or concerns as you're filling in the information above, please contact Angie Poulin at Poulin@wka-law.com or (215) 545-7200, extension 207.

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: April 1 - 30, 2016**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below: Charlene Engle
Email address of Person Entering Information: Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amanda Gonzales | Paralegal | 2013 | $ 225.00 | | | | | | | | | | 0.40 | $ 90.00 |
| Mark Griffin | Partner | 1986 | $ 835.00 | 0.20 | 0.40 | | | | | | 0.60 | $ 501.00 | 1.80 | $ 1,503.00 |
| Amy Hanson | Associate | 1998 | $ 525.00 | | | 59.90 | | | | | 59.90 | $ 31,447.50 | 64.40 | $ 33,810.00 |
| Mary Montgomery | Paralegal | 1994 | $ 285.00 | | | | | | | | | | 2.00 | $ 570.00 |
| Daniel Lenentine | Paralegal | 2011 | $ 255.00 | | | | | | | | | | 4.50 | $ 1,147.50 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **Total:** | | | | **0.20** | **0.40** | **59.90** | **0.00** | **0.00** | **0.00** | **0.00** | **60.50** | **$ 31,948.50** | **73.10** | **$ 37,120.50** |

*including legal research

Notes about entered information:

If you have any questions or concerns as you're filling in the information above, please contact Angie Poulin at Poulin@wka-law.com or (215) 545-7200, extension 207.

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: May 1 - 31, 2016**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below:     Charlene Engle
Email address of Person Entering Information:     Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amanda Gonzales | Paralegal | 2013 | $ 225.00 | | | | | | | | | | 0.40 | $ 90.00 |
| Mark Griffin | Partner | 1986 | $ 835.00 | 0.20 | 0.20 | 0.20 | | | 0.20 | | 0.80 | $ 668.00 | 2.60 | $ 2,171.00 |
| Amy Hanson | Associate | 1998 | $ 525.00 | | | 4.30 | | | 0.20 | | 4.50 | $ 2,362.50 | 68.90 | $ 36,172.50 |
| Mary Montgomery | Paralegal | 1994 | $ 285.00 | | | 0.60 | | | | | 0.60 | $ 171.00 | 2.60 | $ 741.00 |
| Daniel Lenentine | Paralegal | 2011 | $ 255.00 | | | | | | | | | | 4.50 | $ 1,147.50 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **Total:** | | | | 0.20 | 0.20 | 5.10 | 0.00 | 0.00 | 0.40 | 0.00 | 5.90 | $ 3,201.50 | 79.00 | $ 40,322.00 |

*including legal research

Notes about entered information:

If you have any questions or concerns as you're filling in the information above, please contact Angie Poulin at Poulin@wka-law.com or (215) 545-7200, extension 207.

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: June 1 - 30, 2016**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below: Charlene Engle
Email address of Person Entering Information: Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amanda Gonzales | Paralegal | 2013 | $ 225.00 | | | | | | | | | | 0.40 | $ 90.00 |
| Mark Griffin | Partner | 1986 | $ 835.00 | | 0.20 | | | | | | 0.20 | $ 167.00 | 2.80 | $ 2,338.00 |
| Amy Hanson | Associate | 1998 | $ 525.00 | 0.20 | | | | | 0.20 | | 0.40 | $ 210.00 | 69.30 | $ 36,382.50 |
| Mary Montgomery | Paralegal | 1994 | $ 285.00 | 0.40 | 0.40 | 0.10 | | | | | 0.90 | $ 256.50 | 3.50 | $ 997.50 |
| Daniel Lenentine | Paralegal | 2011 | $ 255.00 | | | | | | | | | | 4.50 | $ 1,147.50 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **Total:** | | | | **0.60** | **0.60** | **0.10** | **0.00** | **0.00** | **0.20** | **0.00** | **1.50** | **$ 633.50** | **80.50** | **$ 40,955.50** |

*including legal research

Notes about entered information:

If you have any questions or concerns as you're filling in the information above, please contact Angie Poulin at Poulin@wka-law.com or (215) 545-7200, extension 207.

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: July 1 - 31, 2016**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below:  Charlene Engle
Email address of Person Entering Information:  Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amanda Gonzales | Paralegal | 2013 | $ 225.00 | | | | | | | | | | 0.40 | $ 90.00 |
| Mark Griffin | Partner | 1986 | $ 835.00 | | | 2.00 | | 0.20 | 0.20 | | 2.40 | $ 2,004.00 | 5.20 | $ 4,342.00 |
| Amy Hanson | Associate | 1998 | $ 525.00 | | | | | 3.90 | 0.70 | | 4.60 | $ 2,415.00 | 73.90 | $ 38,797.50 |
| Mary Montgomery | Paralegal | 1994 | $ 285.00 | | | | | 0.80 | | | 0.80 | $ 228.00 | 4.30 | $ 1,225.50 |
| Daniel Lenentine | Paralegal | 2011 | $ 255.00 | | 1.00 | | | | | | 1.00 | $ 255.00 | 5.50 | $ 1,402.50 |
| | | | | | | | | | | | | | | |
| **Total:** | | | | **0.00** | **1.00** | **2.00** | **0.00** | **4.90** | **0.90** | **0.00** | **8.80** | **$ 4,902.00** | **89.30** | **$ 45,857.50** |

*including legal research

Notes about entered information:

If you have any questions or concerns as you're filling in the information above, please contact Angie Poulin at Poulin@wka-law.com or (215) 545-7200, extension 207.

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: August 1 - 31, 2016**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below:     Charlene Engle
Email address of Person Entering Information:     Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amanda Gonzales | Paralegal | 2013 | $ 225.00 | | | | | | | | | | 0.40 | $ 90.00 |
| Mark Griffin | Partner | 1986 | $ 835.00 | 0.60 | | 0.80 | | | 0.20 | | 1.60 | $ 1,336.00 | 6.80 | $ 5,678.00 |
| Amy Hanson | Associate | 1998 | $ 525.00 | | | | 1.30 | | 1.00 | | 2.30 | $ 1,207.50 | 76.20 | $ 40,005.00 |
| Mary Montgomery | Paralegal | 1994 | $ 285.00 | 0.10 | | | | | | | 0.10 | $ 28.50 | 4.40 | $ 1,254.00 |
| Daniel Lenentine | Paralegal | 2011 | $ 255.00 | | | | | | | | | | 5.50 | $ 1,402.50 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **Total:** | | | | **0.70** | **0.00** | **0.80** | **0.00** | **1.30** | **1.20** | **0.00** | **4.00** | **$ 2,572.00** | **93.30** | **$ 48,429.50** |

*including legal research

Notes about entered information:

If you have any questions or concerns as you're filling in the information above, please contact Angie Poulin at Poulin@wka-law.com or (215) 545-7200, extension 207.

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: September 1 - 30, 2016**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below:   Charlene Engle
Email address of Person Entering Information:   Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amanda Gonzales | Paralegal | 2013 | $ 225.00 | | | | | | | | | | 0.40 | $ 90.00 |
| Mark Griffin | Partner | 1986 | $ 835.00 | | | 1.60 | | | 0.40 | | 2.00 | $ 1,670.00 | 8.80 | $ 7,348.00 |
| Amy Hanson | Associate | 1998 | $ 525.00 | | | 4.60 | | | 0.50 | | 5.10 | $ 2,677.50 | 81.30 | $ 42,682.50 |
| Mary Montgomery | Paralegal | 1994 | $ 285.00 | 0.40 | | 2.40 | | | | | 2.80 | $ 798.00 | 7.20 | $ 2,052.00 |
| Daniel Lenentine | Paralegal | 2011 | $ 255.00 | | | | | | | | | | 5.50 | $ 1,402.50 |
| Ray Farrow | Partner | 2001 | $ 700.00 | | | 1.60 | | 0.60 | 1.70 | | 3.90 | $ 2,730.00 | 3.90 | $ 2,730.00 |
| **Total:** | | | | **0.40** | **0.00** | **10.20** | **0.00** | **0.60** | **2.60** | **0.00** | **13.80** | **$ 7,875.50** | **107.10** | **$ 56,305.00** |

*including legal research

Notes about entered information:

If you have any questions or concerns as you're filling in the information above, please contact Angie Poulin at Poulin@wka-law.com or (215) 545-7200, extension 207.

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: October 1 - 31, 2016**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below:  Charlene Engle
Email address of Person Entering Information:  Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | **Hours** | | |
| Amanda Gonzales | Paralegal | 2013 | $ 225.00 | | | | | | | | | | 0.40 | $ 90.00 |
| Mark Griffin | Partner | 1986 | $ 835.00 | | | 0.60 | | | 0.20 | | 0.80 | $ 668.00 | 9.60 | $ 8,016.00 |
| Amy Hanson | Associate | 1998 | $ 525.00 | 2.20 | | | | | 4.00 | | 6.20 | $ 3,255.00 | 87.50 | $ 45,937.50 |
| Mary Montgomery | Paralegal | 1994 | $ 285.00 | | | 0.60 | | | | | 0.60 | $ 171.00 | 7.80 | $ 2,223.00 |
| Daniel Lenentine | Paralegal | 2011 | $ 255.00 | | | | | | | | | | 5.50 | $ 1,402.50 |
| Ray Farrow | Partner | 2001 | $ 700.00 | | | | | | | | | | 3.90 | $ 2,730.00 |
| **Total:** | | | | 2.20 | 0.00 | 1.20 | 0.00 | 0.00 | 4.20 | 0.00 | 7.60 | $ 4,094.00 | 114.70 | $ 60,399.00 |

*including legal research

Notes about entered information:

If you have any questions or concerns as you're filling in the information above, please contact Angie Poulin at Poulin@wka-law.com or (215) 545-7200, extension 207.

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: November 1 - 30, 2016**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below: Charlene Engle
Email address of Person Entering Information: Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amanda Gonzales | Paralegal | 2013 | $ 225.00 | | | | | | | | | | 0.40 | $ 90.00 |
| Mark Griffin | Partner | 1986 | $ 835.00 | | | 0.80 | | | | | 0.80 | $ 668.00 | 10.40 | $ 8,684.00 |
| Amy Hanson | Associate | 1998 | $ 525.00 | 1.00 | | | | | 2.00 | | 3.00 | $ 1,575.00 | 90.50 | $ 47,512.50 |
| Mary Montgomery | Paralegal | 1994 | $ 285.00 | | | | | | | | | | 7.80 | $ 2,223.00 |
| Daniel Lenentine | Paralegal | 2011 | $ 255.00 | | | | | | | | | | 5.50 | $ 1,402.50 |
| Ray Farrow | Partner | 2001 | $ 700.00 | | | 3.50 | | | | | 3.50 | $ 2,450.00 | 7.40 | $ 5,180.00 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **Total:** | | | | 1.00 | 0.00 | 4.30 | 0.00 | 0.00 | 2.00 | 0.00 | 7.30 | $ 4,693.00 | 122.00 | $ 65,092.00 |

*including legal research

Notes about entered information:

If you have any questions or concerns as you're filling in the information above, please contact Angie Poulin at Poulin@wka-law.com or (215) 545-7200, extension 207.

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: December 1 - 31, 2016**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below: Charlene Engle
Email address of Person Entering Information: Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amanda Gonzales | Paralegal | 2013 | $ 225.00 | | | | | | | | | | 0.40 | $ 90.00 |
| Mark Griffin | Partner | 1986 | $ 835.00 | | | | | | 1.20 | | 1.20 | $ 1,002.00 | 11.60 | $ 9,686.00 |
| Amy Hanson | Associate | 1998 | $ 525.00 | | | | | | 2.90 | | 2.90 | $ 1,522.50 | 93.40 | $ 49,035.00 |
| Mary Montgomery | Paralegal | 1994 | $ 285.00 | | | | | | | | | | 7.80 | $ 2,223.00 |
| Daniel Lenentine | Paralegal | 2011 | $ 255.00 | | | | | | | | | | 5.50 | $ 1,402.50 |
| Ray Farrow | Partner | 2001 | $ 700.00 | | | | | | 1.10 | | 1.10 | $ 770.00 | 8.50 | $ 5,950.00 |
| | | | | | | | | | | | | | | |
| **Total:** | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.20 | 0.00 | 5.20 | $ 3,294.50 | 127.20 | $ 68,386.50 |

*including legal research

Notes about entered information:

If you have any questions or concerns as you're filling in the information above, please contact Angie Poulin at Poulin@wka-law.com or (215) 545-7200, extension 207.

| In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002 |
| --- |
| Time Report and Lodestar Summary |

**Reporting Period: January 1 - 31, 2017**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below: Charlene Engle
Email address of Person Entering Information: Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ray Farrow | Partner | 2001 | $ 750.00 | | | | | | 0.80 | | 0.80 | $ 600.00 | 0.80 | $ 600.00 |
| Mark Griffin | Partner | 1986 | $ 895.00 | 0.40 | | | | 1.20 | | | 1.60 | $ 1,432.00 | 1.60 | $ 1,432.00 |
| Amy Hanson | Associate | 1998 | $ 525.00 | | | | | 1.90 | | | 1.90 | $ 997.50 | 1.90 | $ 997.50 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| Total: | | | | 0.40 | 0.00 | 0.00 | 0.00 | 3.10 | 0.80 | 0.00 | 4.30 | $ 3,029.50 | 4.30 | $ 3,029.50 |

*including legal research

Notes about entered information:

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: February 1 - 28, 2017**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below:     Charlene Engle
Email address of Person Entering Information:     Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ray Farrow | Partner | 2001 | $   750.00 | | | | | | 1.40 | | 1.40 | $   1,050.00 | 2.20 | $   1,650.00 |
| Mark Griffin | Partner | 1986 | $   895.00 | 0.70 | | 0.20 | | | | | 0.90 | $   805.50 | 2.50 | $   2,237.50 |
| Amy Hanson | Associate | 1998 | $   525.00 | 0.80 | | | | | 1.90 | | 2.70 | $   1,417.50 | 4.60 | $   2,415.00 |
| Darla Marshall | Paralegal | 1994 | $   225.00 | | | 0.40 | | | | | 0.40 | $   90.00 | 0.40 | $   90.00 |
| Lynn Sarko | Partner | 1981 | $   940.00 | 0.50 | | | | | | | 0.50 | $   470.00 | 0.50 | $   470.00 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **Total:** | | | | **2.00** | **0.00** | **0.60** | **0.00** | **0.00** | **3.30** | **0.00** | **5.90** | **$   3,833.00** | **10.20** | **$   6,862.50** |

*including legal research

Notes about entered information:

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: March 1 - 31, 2017**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below:     Charlene Engle
Email address of Person Entering Information:     Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | Hours | | | | | | | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | | | | |
| Ray Farrow | Partner | 2001 | $ 750.00 | | | | | | 2.10 | | 2.10 | $ 1,575.00 | 4.30 | $ 3,225.00 |
| Mark Griffin | Partner | 1986 | $ 895.00 | 0.60 | | | | 0.20 | 0.20 | | 1.00 | $ 895.00 | 3.50 | $ 3,132.50 |
| Amy Hanson | Associate | 1998 | $ 525.00 | | | | | 2.00 | 0.30 | | 2.30 | $ 1,207.50 | 6.90 | $ 3,622.50 |
| Darla Marshall | Paralegal | 1994 | $ 225.00 | | | 0.20 | | | | | 0.20 | $ 45.00 | 0.60 | $ 135.00 |
| Lynn Sarko | Partner | 1981 | $ 940.00 | | | | | | | | | | 0.50 | $ 470.00 |
| Mary Montgomery | Paralegal | 1994 | $ 290.00 | 0.80 | | 1.30 | | 1.40 | | | 3.50 | $ 1,015.00 | 3.50 | $ 1,015.00 |
| | | | | | | | | | | | | | | |
| **Total:** | | | | 1.40 | 0.00 | 1.50 | 0.00 | 3.60 | 2.60 | 0.00 | 9.10 | $ 4,737.50 | 19.30 | $ 11,600.00 |

*including legal research

Notes about entered information:

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: April 1 - 30, 2017**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below: Charlene Engle
Email address of Person Entering Information: Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ray Farrow | Partner | 2001 | $ 750.00 | | | | | | | | | | 4.30 | $ 3,225.00 |
| Mark Griffin | Partner | 1986 | $ 895.00 | | | | | | 0.20 | | 0.20 | $ 179.00 | 3.70 | $ 3,311.50 |
| Amy Hanson | Associate | 1998 | $ 525.00 | | | | | | | | | | 6.90 | $ 3,622.50 |
| Darla Marshall | Paralegal | 1994 | $ 225.00 | | | | | | | | | | 0.60 | $ 135.00 |
| Lynn Sarko | Partner | 1981 | $ 940.00 | | | | | | 0.20 | | 0.20 | $ 188.00 | 0.70 | $ 658.00 |
| Mary Montgomery | Paralegal | 1994 | $ 290.00 | | | 0.10 | | | | | 0.10 | $ 29.00 | 3.60 | $ 1,044.00 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **Total:** | | | | **0.00** | **0.00** | **0.10** | **0.00** | **0.00** | **0.40** | **0.00** | **0.50** | **$ 396.00** | **19.80** | **$ 11,996.00** |

*including legal research

Notes about entered information:

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: May 1 - 31, 2017**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below: Charlene Engle
Email address of Person Entering Information: Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Hours | | | | | | | | | | |
| Ray Farrow | Partner | 2001 | $ 750.00 | | | | | | | | | | 4.30 | $ 3,225.00 |
| Mark Griffin | Partner | 1986 | $ 895.00 | | | 0.20 | | | | | 0.20 | $ 179.00 | 3.90 | $ 3,490.50 |
| Amy Hanson | Associate | 1998 | $ 525.00 | | | | | | | | | | 6.90 | $ 3,622.50 |
| Darla Marshall | Paralegal | 1994 | $ 225.00 | | | | | | | | | | 0.60 | $ 135.00 |
| Lynn Sarko | Partner | 1981 | $ 940.00 | | | | | | | | | | 0.70 | $ 658.00 |
| Mary Montgomery | Paralegal | 1994 | $ 290.00 | | | | | | | | | | 3.60 | $ 1,044.00 |
| **Total:** | | | | 0.00 | 0.00 | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | $ 179.00 | 20.00 | $ 12,175.00 |

*including legal research

Notes about entered information:

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Time Report and Lodestar Summary

**Reporting Period: June 1 - 30, 2017**

Firm: Keller Rohrback LLP
Name of Person Entering Information Below: Charlene Engle
Email address of Person Entering Information: Cengle@kellerrohrback.com

| Name of Professional | Status | Year of Admission/ Year Legal Career Began | Current Hourly Rate | Hours | | | | | | | Current Month Total Hours | Current Month Lodestar | Year-to-Date Total Hours | Year-to-Date Lodestar |
| | | | | (1) Investigations, Factual Research | (2) Discovery | (3) Pleadings, Briefs, Pretrial Motions* | (4) Court Appearances | (5) Settlement | (6) Litigation Strategy, Analysis & Case Management | (7) Class Certification | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ray Farrow | Partner | 2001 | $ 750.00 | | | | | | | | | | 4.30 | $ 3,225.00 |
| Mark Griffin | Partner | 1986 | $ 895.00 | | | 0.40 | | | | | 0.40 | $ 358.00 | 4.30 | $ 3,848.50 |
| Amy Hanson | Associate | 1998 | $ 525.00 | | | | | 0.60 | 2.20 | | 2.80 | $ 1,470.00 | 9.70 | $ 5,092.50 |
| Darla Marshall | Paralegal | 1994 | $ 225.00 | | | | | | | | | | 0.60 | $ 135.00 |
| Lynn Sarko | Partner | 1981 | $ 940.00 | | | | | | | | | | 0.70 | $ 658.00 |
| Mary Montgomery | Paralegal | 1994 | $ 290.00 | | | 0.60 | | | | | 0.60 | $ 174.00 | 4.20 | $ 1,218.00 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **Total:** | | | | 0.00 | 0.00 | 1.00 | 0.00 | 0.60 | 2.20 | 0.00 | 3.80 | $ 2,002.00 | 23.80 | $ 14,177.00 |

*including legal research

Notes about entered information:

# EXHIBIT 2

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Expense Report and Summary of Fees & Expenses

**Firm: Keller Rohrback LLP**

| Name of Person Entering Information Below: | Charlene Engle | Charlene Engle | Charlene Engle | Charlene Engle | Charlene Engle | Charlene Engle | Charlene Engle | Charlene Engle | Charlene Engle | Charlene Engle | Charlene Engle | Charlene Engle |
| Email address of Person Entering Information: | Cengle@kellerrohrback.com | Cengle@kellerrohrback.com | Cengle@kellerrohrback.com | Cengle@kellerrohrback.com | Cengle@kellerrohrback.com | Cengle@kellerrohrback.com | Cengle@kellerrohrback.com | Cengle@kellerrohrback.com | Cengle@kellerrohrback.com | Cengle@kellerrohrback.com | Cengle@kellerrohrback.com | Cengle@kellerrohrback.com |

| Description | Jan 1-31, 2014 | January YTD | Feb 1-28, 2014 | February YTD | March 1-31, 2014 | March YTD | April 1-30, 2014 | April YTD | May 1-31, 2014 | May YTD | June 1-30, 2014 | June YTD | July 1-31, 2014 | July YTD | August 1-31, 2014 | August YTD | September 1-30, 2014 | September YTD | October 1-31, 2014 | October YTD | November 1-30, 2014 | November YTD | December 1-31, 2014 | December YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assessments | | | | | | 25,000.00 | | 25,000.00 | | | | 25,000.00 | | 25,000.00 | | 25,000.00 | | 25,000.00 | | 25,000.00 | | 25,000.00 | | 25,000.00 |
| Commercial Copies | | | | | | | | | | | | | | | | | | | | | | | | |
| Internal Reproduction/Copies | | | | | 66.55 | 66.55 | 27.40 | 93.95 | 11.50 | 95.45 | 19.60 | 115.05 | 8.00 | 123.05 | 0.40 | 123.45 | 58.85 | 182.30 | 2.40 | 184.70 | 0.40 | 185.10 | | 185.10 |
| Court Fees (filing, etc.) | | | | | | | | | | | | | | | | | | | | | | | | |
| Court Reporters/Transcripts | | | | | | | | | | | | | | | | | | | | | | | | |
| Computer Research | | | | | 303.65 | 303.65 | | 303.65 | | 303.65 | | 303.65 | | 303.65 | | 303.65 | | 303.65 | | 303.65 | | 303.65 | | 303.65 |
| Telephone/Fax/Email | | | | | 15.00 | 15.00 | 47.92 | 62.92 | | 62.92 | | 62.92 | | 62.92 | | 62.92 | 6.30 | 69.22 | | 69.22 | | 69.22 | 0.40 | 69.62 |
| Postage/Express Delivery/Messenger | | | | | 11.44 | 11.44 | | 11.44 | 0.35 | 11.99 | | 11.99 | | 11.99 | | 11.99 | 1.43 | 13.42 | 0.79 | 13.97 | 1.32 | 15.29 | | 15.29 |
| Professional Fees (expert, investigator, accountant, etc.) | | | | | 27.75 | 27.75 | 28.25 | 55.90 | 67.26 | 123.24 | 93.51 | 216.75 | 8.72 | 225.47 | 55.26 | 280.73 | 0.46 | 281.21 | | 281.21 | 0.46 | 281.69 |
| Witness/Service Fees | | | | | | | | | | | | | | | | | | | | | | | | |
| Travel (Air Transportation, Ground Travel, Meals, Lodging, etc.) | | | | | 2,139.27 | 2,139.27 | 520.02 | 2,659.29 | | 2,659.29 | | 2,659.29 | | 2,659.29 | | 2,659.29 | | 2,659.29 | | 2,659.29 | | 2,659.29 | | 2,659.29 |
| Word Processing | | | | | | | | | | | | | | | | | | | | | | | | |
| Miscellaneous (Describe): | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| **TOTAL EXPENSES** | $ - | $ - | $ - | $ - | $ 2,363.66 | $ 2,363.66 | $ 613.57 | $ 3,177.23 | $ 25,979.31 | $ 28,256.54 | $ 113.11 | $ 28,369.65 | $ 16.72 | $ 28,386.37 | $ 55.66 | $ 28,442.03 | $ 67.06 | $ 28,509.09 | $ 2.95 | $ 28,512.04 | $ 2.20 | $ 28,514.24 | $ 0.40 | $ 28,514.64 |

| General Notes about entered information: | January Notes: | February Notes: | March Notes: | April Notes: | May Notes: | June Notes: | July Notes: | August Notes: | September Notes: | October Notes: | November Notes: | December Notes: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Expense Report and Summary of Fees & Expenses

**Firm: Keller Rohrback LLP**

| | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name of Person Entering Information Below: | Charlene Engle | | Charlene Engle | | Charlene Engle | | Charlene Engle | | Charlene Engle | | Charlene Engle | | Charlene Engle | | Charlene Engle | | Charlene Engle | | Charlene Engle | | Charlene Engle | | Charlene Engle | |
| Email address of Person Entering Information: | Cengle@kellerrohrback.com | Cengle@kellerrohrback.com | Cengle@kellerrohrback.com | Cengle@kellerrohrback.com | Cengle@kellerrohrback.com | Cengle@kellerrohrback.com | Cengle@kellerrohrback.com | Cengle@kellerrohrback.com | Cengle@kellerrohrback.com | Cengle@kellerrohrback.com | Cengle@kellerrohrback.com | Cengle@kellerrohrback.com | | | | | | | | | | | | | | |

| Description | Jan 1-31, 2015 | January YTD | Feb 1-28, 2015 | February YTD | March 1-31, 2015 | March YTD | April 1-30, 2015 | April YTD | May 1-31, 2015 | May YTD | June 1-30, 2015 | June YTD | July 1-31, 2015 | July YTD | August 1-31, 2015 | August YTD | September 1-30, 2015 | September YTD | October 1-31, 2015 | October YTD | November 1-30, 2015 | November YTD | December 1-31, 2015 | December YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assessments | | | | | | | | | | | | | | | | | | | | | | | | |
| Commercial Copies | | | | | | | | | | | | | | | | | | | | | | | | |
| Internal Reproduction/Copies | $ 32.40 | $ 32.40 | $ 0.20 | $ 32.60 | | $ 32.60 | 17.60 | 50.20 | | 50.20 | | 50.20 | | 50.20 | | 50.20 | | 50.20 | 24.40 | 74.60 | | | | |
| Court Fees (filing, etc.) | | | | | | | | | | | | | | | | | | | | | | | | |
| Court Reporters/Transcripts | | | | | | | | | | | | | | | | | | | | | | | | |
| Computer Research | | | | | $ 12.80 | 12.80 | | 12.80 | | 12.80 | | 12.80 | 8.90 | 21.70 | | 21.70 | 10.90 | 32.60 | | 32.60 | 32.60 | | 32.60 |
| Telephone/Fax/Email | | | | | | | 0.33 | 0.33 | | 0.33 | | 0.33 | | 0.33 | | 0.33 | 0.70 | | 0.33 | 0.33 | | 0.33 |
| Postage/Express Delivery/Messenger | $ 27.91 | $ 27.91 | $ 27.44 | 55.35 | | 55.35 | | 55.35 | | 55.35 | | 55.35 | | 55.35 | | 55.35 | | 55.35 | | 55.35 | 55.35 | | 55.35 |
| Professional Fees (expert, investigator, accountant, etc.) | | | | | | | | | | | | | | | | | | | | | | | | |
| Witness/Service Fees | | | | | | | | | | | | | | | | | | | | | | | | |
| Travel (Air Transportation, Ground Travel, Meals, Lodging, etc.) | | | | | | | | | | | | | | | | | | | | | | | | |
| Word Processing | | | | | | | | | | | | | | | | | | | | | | | | |
| Miscellaneous (Describe) | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| **TOTAL EXPENSES** | $ 60.31 | $ 60.31 | $ 27.64 | $ 88.15 | $ 12.80 | $ 100.95 | $ 17.93 | $ 118.88 | $ - | $ 118.88 | $ - | $ 118.88 | $ 8.90 | $ 127.78 | $ - | $ 127.78 | $ 10.20 | $ 137.98 | $ 25.10 | $ 163.08 | $ 12.20 | $ 175.28 | $ - | $ 175.28 |

| General Notes about entered information: | January Notes: | February Notes: | March Notes: | April Notes: | May Notes: | June Notes: | July Notes: | August Notes: | September Notes: | October Notes: | November Notes: | December Notes: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Expense Report and Summary of Fees & Expenses

Firm: Keller Rohrback LLP

| | Name of Person Entering Information Below: | Charlene Engle | | Charlene Engle | | Charlene Engle | | Charlene Engle | | Charlene Engle | | Charlene Engle | | Charlene Engle | | Charlene Engle | | Charlene Engle | | Charlene Engle | | Charlene Engle | | Charlene Engle | |
| | Email address of Person Entering Information: | Cengle@kellerrohrback.com | | Cengle@kellerrohrback.com | | Cengle@kellerrohrback.com | | Cengle@kellerrohrback.com | | Cengle@kellerrohrback.com | | Cengle@kellerrohrback.com | | Cengle@kellerrohrback.com | | Cengle@kellerrohrback.com | | Cengle@kellerrohrback.com | | Cengle@kellerrohrback.com | | Cengle@kellerrohrback.com | | Cengle@kellerrohrback.com | |

| Description | Jan 1-31, 2016 | January YTD | Feb 1-29, 2016 | February YTD | March 1-31, 2016 | March YTD | April 1-30, 2016 | April YTD | May 1-31, 2016 | May YTD | June 1-30, 2016 | June YTD | July 1-31, 2016 | July YTD | August 1-31, 2016 | August YTD | September 1-30, 2016 | September YTD | October 1-31, 2016 | October YTD | November 1-30, 2016 | November YTD | December 1-31, 2016 | December YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assessments | | | | | | | | | | | | | | | | | | | | | | | | |
| Commercial Copies | | | | | | | | | | | | | | | | | | | | | | | | |
| Internal Reproduction/Copies | $ 31.40 | $ 31.40 | | $ 31.40 | | $ 31.40 | $ 18.80 | $ 50.20 | | $ 50.20 | | $ 50.20 | $ 0.00 | $ 50.20 | $ 0.40 | $ 50.20 | $ 0.40 | $ 51.60 | $ 3.60 | $ 55.20 | $ 0.40 | $ 55.60 | | $ 55.60 |
| Court Fees (filing, etc.) | | | | | | | | | | | | | | | | | | | | | | | | |
| Court Reporters/Transcripts | | | | | | | | | | | | | | | | | | | | | | | | |
| Computer Research | $ 3.10 | $ 3.10 | $ 0.80 | $ 3.90 | $ 0.50 | $ 4.40 | $ 173.50 | $ 177.90 | $ 36.57 | $ 214.47 | | $ 214.47 | | $ 214.47 | | $ 214.47 | $ 0.10 | $ 214.57 | | $ 214.57 | $ 3.00 | $ 217.57 | | $ 217.57 |
| Telephone/Fax/Email | | | | | | | | | | | | | | | | | $ 0.11 | $ 0.11 | | $ 0.11 | | $ 0.11 | | $ 0.11 |
| Postage/Express Delivery/Messenger | $ 86.79 | $ 86.79 | | $ 86.79 | | $ 86.79 | | $ 86.79 | | $ 86.79 | | $ 86.79 | $ 1.02 | $ 88.61 | $ 29.00 | $ 117.61 | | $ 117.61 | $ 0.47 | $ 117.88 | $ 0.47 | $ 118.35 | | $ 118.35 |
| Professional Fees (expert, investigator, accountant, etc.) | | | | | | | | | | | | | | | | | | | | | | | | |
| Witness/Service Fees | | | | | | | | | | | | | | | | | | | | | | | | |
| Travel (Air Transportation, Ground Travel, Meals, Lodging, etc.) | | | | | | | | | | | | | | | | | | | | | | | | |
| Word Processing | | | | | | | | | | | | | | | | | | | | | | | | |
| Miscellaneous (Describe) | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| **TOTAL EXPENSES** | $ 121.29 | $ 121.29 | $ 0.80 | $ 122.09 | $ 0.50 | $ 122.59 | $ 192.30 | $ 314.89 | $ 36.57 | $ 351.46 | $ - | $ 351.46 | $ 2.22 | $ 353.68 | $ 29.40 | $ 383.08 | $ 0.61 | $ 383.69 | $ 4.07 | $ 387.76 | $ 3.87 | $ 391.63 | $ - | $ 391.63 |

| General Notes about internal information: | January Notes: | February Notes: | March Notes: | April Notes: | May Notes: | June Notes: | July Notes: | August Notes: | September Notes: | October Notes: | November Notes: | December Notes: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

In Re Processed Egg Products Anti-Trust Litigation, MDL No. 2002, E.D. Pa. 08-md-02002
Expense Report and Summary of Fees & Expenses

**Firm: Keller Rohrback LLP**

| | | |
|---|---|---|
| Name of Person Entering Information Below: | Charlene Engle | Charlene Engle ... |
| Email address of Person Entering Information: | Cengle@kellerrohrback.com | Cengle@kellerrohrback.com ... |

| Description | Jan 1-31, 2017 | January YTD | Feb 1-28, 2017 | February YTD | March 1-31, 2017 | March YTD | April 1-30, 2017 | April YTD | May 1-31, 2017 | May YTD | June 1-30, 2017 | June YTD | July 1-31, 2017 | July YTD | August 1-31, 2017 | August YTD | September 1-30, 2017 | September YTD | October 1-31, 2017 | October YTD | November 1-30, 2017 | November YTD | December 1-31, 2017 | December YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assessments | | | | | | | | | | | | | | | | | | | | | | | | |
| Commercial Copies | | | | | | | | | | | | | | | | | | | | | | | | |
| Internal Reproduction/Copies | | | $ 2.00 | 2.00 | $ 1.00 | 3.00 | | 3.00 | | 3.00 | | 3.00 | | 3.00 | | 3.00 | | 3.00 | | 3.00 | | 3.00 | | 3.00 |
| Court Fees (filing, etc.) | | | | | | | | | | | | | | | | | | | | | | | | |
| Court Reporters/Transcripts | | | | | | | | | | | | | | | | | | | | | | | | |
| Computer Research | | | | | $ 9.00 | 9.00 | | 9.00 | | 9.00 | | 9.00 | | 9.00 | | 9.00 | | 9.00 | | 9.00 | | 9.00 | | 9.00 |
| Telephone/Fax/Email | | | | | | | | | | | | | | | | | | | | | | | | |
| Postage/Express Delivery/Messenger | | | | | $ 30.57 | 30.57 | | 30.57 | | 30.57 | | 30.57 | | 30.57 | | 30.57 | | 30.57 | | 30.57 | | 30.57 | | 30.57 |
| Professional Fees (expert, investigator, accountant, etc.) | | | | | | | | | | | | | | | | | | | | | | | | |
| Witness/Service Fees | | | | | | | | | | | | | | | | | | | | | | | | |
| Travel (Air Transportation, Ground Travel, Meals, Lodging, etc.) | | | | | | | | | | | | | | | | | | | | | | | | |
| Word Processing | | | | | | | | | | | | | | | | | | | | | | | | |
| Miscellaneous (Describe): | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| **TOTAL EXPENSES** | $ - | $ - | $ 2.00 | 2.00 | $ 40.57 | 42.57 | $ - | 42.57 | $ - | 42.57 | $ - | 42.57 | $ - | 42.57 | $ - | 42.57 | $ - | 42.57 | $ - | 42.57 | $ - | 42.57 | $ - | 42.57 |

| General Notes about entered information: | January Notes: | February Notes: | March Notes: | April Notes: | May Notes: | June Notes: | July Notes: | August Notes: | September Notes: | October Notes: | November Notes: | December Notes: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

1

# EXHIBIT D

The Honorable James L. Robart

1

2

3

4

5

6

7

8

9

10                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
11                            AT SEATTLE

12

13   BRENT CHAN and DIEN LUU, on behalf of          No. 2:11-cv-00871-JLR
     themselves and all others similarly situated,
14                                                  [PROPOSED] ORDER APPROVING
                              Plaintiffs,           PLAINTIFFS' MOTION FOR AWARD
15                                                  OF ATTORNEYS' FEES, COSTS, AND
          v.                                        CLASS REPRESENTATIVE SERVICE
16                                                  AWARDS
     WELLS FARGO HOME MORTGAGE, a
17   division of WELLS FARGO BANK, N.A.,

18                            Defendant.

19

20        WHEREAS, Plaintiffs Brent Chan and Dien Luu ("Plaintiffs") in this action entitled

21   *Chan, et al. v. Wells Fargo Home Mortg.*, Case No. 2:11-cv-00871-JLR (W.D. Wash.) (the

22   "Litigation") and Defendant Wells Fargo Home Mortgage ("Wells Fargo" or "Defendant,"

23   collectively, the "Parties") have entered into the Joint Stipulation of Settlement and Release of

24

25

26

1   Claims, filed with the Court on May 11, 2015 (the "Stipulation"),[1] after arm's-length Settlement

2   discussions with the assistance of a mediator;

3       WHEREAS, the Stipulation was granted preliminary approval on May 29, 2015;

4       WHEREAS the Court directed Plaintiffs to notify the putative class of the proposed

5   settlement using specific language, methods and deadlines;

6       WHEREAS, Plaintiffs provided notice to the Settlement Class as directed;

7       WHEREAS, the Court has considered and granted final approval of the Stipulation as

8   fair, reasonable and adequate;

9

10      WHEREAS Plaintiffs now seek an award of attorneys' fees, recovery of costs, and Class

11  representative service awards (the "Motion"); and

12      WHEREAS the Court has fully considered the facts and circumstances presented in favor

13  of and in opposition to the Motion, considered the sentiments expressed by members of the

14  Class, and good cause appearing therefore;

15      IT IS HEREBY ORDERED:

16

17      1.      The Court has jurisdiction over the subject matter of the Action, the Class

18  Representatives, all Class members, and Defendant.

19      2.      Plaintiffs seek a fee award of $396,000. The reasonableness of an attorneys' fee

20  award can be evaluated under either the "lodestar method" or the "percentage of the fund"

21  method. Both methods can be used to cross-check each other.

22      3.      Looking first to a lodestar analysis, the Court may consider, among other factors,

23

24  the time and labor required, the novelty and difficulty of the questions involved, the skill

25

26  ─────────────
    [1] Capitalized terms in this Order, if not capitalized for reasons of grammar, have the same meanings as the defined
    terms in the Stipulation.

    [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR          KELLER ROHRBACK L.L.P.
    AWARD OF ATTORNEYS' FEES, COSTS AND CLASS                 1201 Third Avenue, Suite 3200
    REPRESENTATIVE SERVICE AWARDS (2:11-cv-00871-JLR) - 2     Seattle, Washington 98101-3052
                                                              TELEPHONE: (206) 623-1900
                                                              FACSIMILE: (206) 623-3384

necessary to perform the legal services properly, time limitations imposed by the client or circumstances, the amount involved and the results obtained, and the experience, reputation, and ability of the attorneys. Plaintiffs' lodestar is $1,088,351.00.

4.    Here, counsel seek only a fraction of the reported lodestar: a negative multiplier of .36. The Court need look no further than Counsel's significant negative multiplier to find the fee request reasonable.

5.    In addition to this fact, however, the Court notes that the number of hours dedicated to the case are within the range one might reasonably expect under the circumstances, as demonstrated by the declarations of Ms. Lin, Mr. Pauley and Mr. Copley. The lodestar reflects Class Counsel's usual and customary billing rates, which range from $300 to $895 for attorneys and from $200 to $285 for paralegals. These are rates billed to and paid by clients who engage Class Counsel on an hourly fee-for-service basis. These billing rates are justified considering Class Counsel's experience in complex wage and hour litigation, class actions and collective actions locally and nationally. They brought considerable skill and expertise to bear, which likely enabled them to work more efficiently that otherwise would have been the case. Class Counsel's stated billing rates are in line with the rates approved in other litigation involving alleged misclassification of Wells Fargo HMCs, several other cases in this District, and numerous cases in other districts involving Class Counsel. The reported rates are presumptively reasonable. On a blended (weighted) basis, Class Counsel's average billing rate is $473.15.

6.    Under a lodestar analysis, the Court finds that Plaintiffs' fee request of $396,000 is fair, reasonable and adequate.

7.    Cross-checking the requested lodestar against the percentage-of-recovery, it is appropriate to consider (1) the results achieved; (2) the risk of litigation; (3) the skill required

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
AWARD OF ATTORNEYS' FEES, COSTS AND CLASS
REPRESENTATIVE SERVICE AWARDS (2:11-cv-00871-JLR) - 3

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

and the quality of work; (4) the contingent nature of the fee and the financial burden carried by the plaintiffs; and (5) awards made in similar cases. Here, the requested fee ($396,000) is 30% of the gross recovery ($1,320,000) obtained for the Class. The "benchmark" percentage fee in this jurisdiction is 25%, but the Court has discretion to award fees above or below this percentage as the circumstances warrant.

8.      Applying the percentage-of-recovery factors to this cross-check process, the Court finds that the results achieved are excellent. The Class stands to recover a substantial percentage of their maximum single damages. Plaintiffs' risk of continued litigation was significant in terms of additional time and delay, risk of an adverse result on the merits, and risk of an adverse result on the issue of class certification. This litigation called for experienced counsel, and Class Counsel rose to the challenge. Class Counsel represented Plaintiffs on a contingent basis and assumed the risk of non-payment and non-recovery of advanced expenses. Fee awards in other similar cases are generally in the 30%-33.3% range.

9.      Using percentage analysis to cross-check the Court's previous lodestar analysis, the Court finds that Plaintiffs' fee request of $396,000, 30% of the gross recovery, is fair, reasonable and adequate.

10.     Wells Fargo does not oppose the fee request, and no Class member has objected to it.

11.     The Court has considered Plaintiffs' request that Class Counsel be reimbursed $25,303.38 in costs advanced for the benefit of the Class. Wells Fargo does not oppose the expense request, and no Class member has objected to it. The requested expenses are hereby approved as fair, reasonable and adequate.

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
AWARD OF ATTORNEYS' FEES, COSTS AND CLASS
REPRESENTATIVE SERVICE AWARDS (2:11-cv-00871-JLR) - 4

12.     The Court has considered Plaintiffs' request that the two Class Representatives, Mr. Luu and Mr. Chan, receive Service Awards of $7,500 each. Such Service Awards are common in class action cases and are important to compensate plaintiffs for the time and effort expended in assisting the prosecution of the litigation, the risks incurred by becoming and continuing as a litigant, and any other burdens sustained by plaintiffs. Here, the service awards recognize the risks that the Named Plaintiffs faced by participating in a lawsuit against their former employer and the efforts they made on behalf of the Class, including producing documents, continuously speaking with Class Counsel, and actively participating in the mediation. Wells Fargo does not oppose the service award request, and no Class member has objected to it. The requested service awards are hereby approved as fair, reasonable and adequate.

13.     Plaintiffs' Motion is GRANTED. Accordingly, consistent with section 7.2 of the Stipulation, the Settlement Administrator shall, within fifteen (15) calendar days after the Effective Date:

- Pay Class Counsel $396,000 for attorneys' fees;

- Pay Class Counsel $25,303.38 for reimbursement of expenses;

- Pay Dien Luu $7,500 as a Class Representative service award; and

- Pay Brent Chan $7,500 as a Class Representative service award.

14.     Without affecting the finality of this Order in any way, the Court reserves exclusive jurisdiction over the Action, the Plaintiffs, the Class and the Released Parties for the purposes of, *inter alia*, (i) supervising the administration, interpretation, effectuation or enforcement of the Stipulation, including the Plan of Allocation, and (ii) supervising the distribution of the Net Settlement Fund.

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
AWARD OF ATTORNEYS' FEES, COSTS AND CLASS
REPRESENTATIVE SERVICE AWARDS (2:11-cv-00871-JLR) - 5

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1   Dated: \ October , 2015

2                                          THE HONORABLE JAMES L. ROBART
                                           UNITED STATES DISTRICT COURT JUDGE
3

4   Presented by:

5   KELLER ROHRBACK L.L.P.

6

7   By s/ Lynn Lincoln Sarko
    By s/ Mark A. Griffin
8   By s/ T. David Copley
    By s/ Tana Lin
9       Lynn Lincoln Sarko, WSBA #16569
        Mark A. Griffin, WSBA #16296
10      T. David Copley, WSBA #19379
        Tana Lin, WSBA #32571
11      1201 Third Avenue, Suite 3200
        Seattle, WA 98101
12      Telephone: (206) 623-1900
        Facsimile: (206) 623-3384
13      lsarko@KellerRohrback.com
        mgriffin@KellerRohrback.com
14      dcopley@KellerRohrback.com
        tlin@KellerRohrback.com

15  PAULEY LAW GROUP, PLLC

16

17  By s/ Timothy J. Pauley
        Timothy J. Pauley
18      1001 Fourth Ave, Suite 3200
        Seattle, WA 98154-1003
19      Telephone: (206) 684-9454
        tpauley@pauleylawgroup.com
20
        *Attorneys for Plaintiffs*
21

22

23

24

25

26

    [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR          **KELLER ROHRBACK L.L.P.**
    AWARD OF ATTORNEYS' FEES, COSTS AND CLASS                 1201 Third Avenue, Suite 3200
    REPRESENTATIVE SERVICE AWARDS (2:11-cv-00871-JLR) - 6     Seattle, Washington 98101-3052
                                                              TELEPHONE: (206) 623-1900
                                                              FACSIMILE: (206) 623-3384

# EXHIBIT E

The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRENT CHAN and DIEN LUU, on behalf of
themselves and all others similarly situated,

Plaintiffs,

v.

WELLS FARGO HOME MORTGAGE, a
division of WELLS FARGO BANK, N.A.,

Defendant.

No. 2:11-cv-00871-JLR

**DECLARATION OF T. DAVID COPLEY
IN SUPPORT OF PLAINTIFFS'
UNOPPOSED MOTION FOR AWARD OF
ATTORNEYS' FEES, RECOVERY OF
COSTS, AND CLASS REPRESENTATIVE
SERVICE AWARDS**

**NOTE ON MOTION CALENDAR:
October 1, 2015**

**ORAL ARGUMENT REQUESTED**

I, T. David Copley, declare as follows:

1. I am a Partner in the law firm Keller Rohrback L.L.P. ("Keller Rohrback" or "KR"). My firm is co-counsel in this matter with Pauley Law Group pllc, ("Pauley"). We jointly represent Plaintiffs Dien Luu, Brent Chan, and the class they purport to represent ("Plaintiffs"). I make this Declaration based on my personal knowledge. If called as a witness, I could and would competently testify to the matters stated herein. This Declaration pertains to the hours

DECLARATION OF T. DAVID COPLEY IN SUPPORT OF
PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, ETC.
(2:11-cv-00871-JLR) - 1

**KELLER ROHRBACK L.L.P.**

worked by professionals in my firm, and the expenses incurred by this firm, during the period from January 2009 through July 31, 2015.

The Risks Undertaken

2.　　In every case, the plaintiff faces the risk of non-recovery. This case presented distinctive risks. Wells Fargo is a sophisticated defendant that has been litigating the HMC misclassification issue for many years. It has successfully resisted Rule 23 class certification and 29 U.S.C. § 216 collective action certification. And it has won summary judgment when plaintiffs have asserted State-law claims for improper wage deductions. Plus, the risk here was compounded because the *State-law claims* asserted were sidetracked into the MDL proceedings involving federal *FLSA claims*.

The Result Achieved

3.　　Plaintiffs believe that the Settlement, attached hereto as Exhibit 1, achieves a remarkably good result for the Class, especially given the obstacles noted above. Plaintiffs' damages model estimates the maximum potential single damages for the Misclassification claim at approximately $3.1 million (six hours of overtime per week at time-and-a-half). Wells Fargo's apparent damages model would cap single damages at approximately $383,000 (2 hours of overtime per week at half-time). Plaintiffs value the Deductions claim at approximately $876,231; Wells Fargo claims it is worth zero.

4.　　Given this range of possible outcomes, including the possibility of a defense verdict or lack of class certification, the $1,320,000 settlement (for a 478 person Class) is an excellent result. It represents *34.4%* of the highest estimated damages on the Misclassification claims and *30%* of the highest estimated damages on the Deductions claim. Every Class Member

DECLARATION OF T. DAVID COPLEY IN SUPPORT OF
PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, ETC.
(2:11-cv-00871-JLR) - 2

is guaranteed at least $100. And the average gross recovery per Class Member is not insignificant: $2,762.

Plaintiffs' Counsel Have Not Received Any Compensation or Reimbursement Since the Beginning of this Case

5.      All of work performed by Keller Rohrback on behalf of Plaintiffs in this matter was performed on a wholly contingent basis. Keller Rohrback has not received any compensation or reimbursement since the beginning of this case 4 years ago.

6.      The contingent nature of this representation imposed significant opportunity costs: KR was unable to accept other potentially profitable work and was forced to allocate resources to this case that might have been more profitably invested in other litigation matters. In addition, KR financed this litigation, including the advancement of expenses, through careful cash-flow management and the firm's available line of credit.

7.      The financial burden on contingent fee counsel is far greater than it is on firms that are paid on an ongoing basis throughout lengthy and complex litigation.

Exhibit 2: KR Hours Worked

8.      The total number of hours reasonably expended on this litigation by my firm from inception to July 31, 2015 is 1479.7 hours. The total lodestar for my firm at current rates is $866,728.50. Expense items are billed separately and are not duplicated in my firm's lodestar.

9.      My firm kept files contemporaneously documenting all time spent, including tasks performed, and expenses incurred. Attached as Exhibit 2 hereto is a chart setting forth:  (i) the individuals from this firm who have worked on this case; (ii) the billable rates charged by each such individual for work performed on this case; (iii) the total number of hours that each

DECLARATION OF T. DAVID COPLEY IN SUPPORT OF
PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, ETC.
(2:11-cv-00871-JLR) - 3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

individual has worked on this case, by year; and (iv) the total hours and total lodestar for the firm.

10. Exhibit 2 was prepared from contemporaneous time records regularly prepared and maintained by my firm. I have reviewed the time entries underlying Exhibit 2 and can confirm that the time entries reflect work reasonably and necessarily performed for the benefit of Plaintiffs in this action. The numbers reported in Exhibit 2 are true and correct.

11. Those records will be made available for inspection by the Court if requested. The hourly rates for my firm's partners, attorneys and professional support staff included in Exhibit 2 are the usual and customary hourly rates charged for their services in similar complex litigation. In addition, my firm has submitted fee petitions in other cases that have reported hourly rates at amounts comparable to those sought herein, and courts have approved awards of attorneys' fees in such cases.

Exhibit 2: KR Hourly Rates

12. The rates set forth in Exhibit 2 reflect each timekeeper's usual and customary hourly rates. These rates are the same as, or substantially similar to, rates used by my firm in similar types of actions. In addition, my firm has submitted fee petitions in other cases that have reported hourly rates at amounts comparable to those sought herein, and courts have approved awards of attorneys' fees in such cases.

13. Given the specialized nature of this case and the unusual procedural path (through the MDL process, a contentious MDL settlement, and eventual remand to this Court), Keller Rohrback assigned especially experienced attorneys to this case. Mark Griffin (29 years' experience), Tana Lin (24 years' experience), and David Copley (30 years' experience) are seasoned members of KR's Complex Litigation Group who devote most of their practice to

DECLARATION OF T. DAVID COPLEY IN SUPPORT OF
PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, ETC.
(2:11-cv-00871-JLR) - 4

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

procedurally complex class action and collective action litigation. This experience allowed them to represent Plaintiffs' interests thoroughly and efficiently.

Class Counsel's rates have been approved in numerous other class action cases. *In re Processed Egg Prods. Antitrust Litig.*, No. 08-2002-GP (E.D. Pa. Sept. 26, 2011) (summarizing court approval of rates charged by Keller Rohrback L.L.P. attorneys and awarding fees). *See also Louisiana Firefighters' Ret. Sys. v. Northern Trust Invs., N.A.*, No. 09-cv-07203 (N.D. Ill. Aug. 5, 2015) (finding that KR's hourly rates are reasonable); *In re Beacon Assocs. Litig.*, No. 09-0777 (S.D.N.Y. May 29, 2013) (awarding KR attorneys' rates between $295 and $785); *In re Bear Stearns Cos. ERISA Litig.*, No. 08-2804 (S.D.N.Y. Sept. 20, 2012) (awarding KR attorneys' rates between $295 and $785); *In re Ford Motor Co. ERISA Litig.*, No. 06-11718 (E.D. Mich. Feb. 15, 2011) (awarding KR attorneys' rates between $331 and $740); *In re State St. Bank & Trust Co. ERISA Litig.*, No. 07-8488 (S.D.N.Y. Feb. 19, 2010) (awarding attorneys' rates between $300 and $740); *In re Delphi Corp. Sec., Derivative & ERISA Litig.*, No. 05-1725 (E.D. Mich., May 12, 2010) (awarding attorneys' rates between $300 and $675).

14.     Cases in this District approving KR billing rates as reasonable include: *Herfert v. Crayola LLC*, No. 11-01301 (W.D. Wash. Apr. 27, 2012) (approving KR hourly rates as reasonable); *Pelletz*, 592 F. Supp. 2d at 1326-27 (same). *See also In re Wash. Mut., Inc. ERISA Litig.*, No. 2:08-md-01919-MJP (W.D. Wash. Oct. 1, 2010) (approving percentage-of-fund award cross-checked against KR hourly rates); *Buus v. WAMU Pension Plan*, No. 07-CV-00903 MJP (W.D. Wash. Oct. 29, 2010) (same); *Youakim v. Isilon Sys., Inc.*, No. 07-1764 (W.D. Wash. Mar. 5, 2010) (same).

DECLARATION OF T. DAVID COPLEY IN SUPPORT OF
PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, ETC.
(2:11-cv-00871-JLR) - 5

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Exhibit 3: KR Expenses

15.     Keller Rohrback advanced significant unreimbursed expenses of the litigation. The expenses incurred in this action are commercially reasonable and are reflected on Keller Rohrback's books and records. These books and records are prepared from expense vouchers, check records, and other source materials, and they represent an accurate record of the expenses incurred. The expenses include necessary travel, expert witnesses and copying, as well as telephone, fax, computer aided research, and document database storage and maintenance.

16.     Keller Rohrback incurred a total of $24,534.93 in unreimbursed expenses, all of which were reasonable and necessary for the prosecution of this litigation. A summary of those expenses by category is attached as Exhibit 3.

17.     For in-house copies, Keller Rohrback charged $0.10 per page for black/white copies and $0.70 per page for color copies. This billing rate was set to partially recoup the costs of labor, paper, copy machine lease payments, and other overhead costs directly attributable to making copies. The firm does not make a profit on the internal copy charges. For large copy projects, my firm sends the copy projects to outside vendors to make copies. The lowest rate that we pay for such copying services varies between $0.12 and $0.20 for black/white 8.5x11 copies. For color copies, we are charged either $0.99 (8.5x11) or $1.98 (11x17). The actual amounts paid to outside vendors for copies on the matter were billed to this matter.

18.     For Westlaw charges, Keller Rohrback calculated legitimate case-related charges from Westlaw's usual flat-rate charge. The amount requested is recovery of costs only; it does not include recovery of the firm's undifferentiated overhead.

DECLARATION OF T. DAVID COPLEY IN SUPPORT OF
PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, ETC.
(2:11-cv-00871-JLR) - 6

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

<u>Aggregate Lodestar and Expense Numbers for Class Counsel (KR and Pauly)</u>

19.    For the Court's convenience, the following Table shows the aggregate lodestar

and expense numbers for Class Counsel: Keller Rohrback and Pauley Law Group pllc.

| Firm | Fees | Expenses |
|------|------|----------|
| Keller Rohrback L.L.P. | $ 866,728.50 | $ 24,534.93 |
| Pauley Law Group pllc | $ 221,762.50 | $ 768.45 |
| TOTAL | $ 1,088,491.00 | $ 25,303.38 |

20.    Plaintiffs' fee request represents a negative multiplier: 0.36 (Any number less

than 1 is a negative multiplier.) In colloquial terms, Class Counsel are only seeking .36 cents on

every dollar they invested in the litigation.

<u>Messrs. Luu and Chan Provided Noteworthy Assistance as Class Representatives</u>

21.    Plaintiffs Dien Luu and Brent Chan made significant contributions to this

litigation. They actively participated in case investigation, complaint drafting, and mediation.

They searched for and provided documents, reviewed the original complaint, and were

instrument in the factual investigation that led to filing the Amended Complaint. They

participated in the discovery process, producing documents, and assisting counsel in reviewing

documents obtained from Wells Fargo. Finally, they regularly communicated with Class Counsel

throughout the course of the litigation and responded to ongoing requests for information from

counsel.

<u>No Class Members Have Objected to Plaintiffs' Request for Fees, Expenses, or Class
Representative Service Awards</u>

22.    As authorized by the Court, Class Notice was disseminated to the Settlement

Class. That Class Notice included detailed information about the proposed Settlement, including:

DECLARATION OF T. DAVID COPLEY IN SUPPORT OF
PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, ETC.
(2:11-cv-00871-JLR) - 7

Service Award: If the Court approves such payment, Fifteen Thousand Dollars and No Cents ($15,000.00) will be paid out to Named Plaintiffs Brent Chan and Dien Luu. This payment is being sought to compensate Named Plaintiffs for their time, effort and burden in prosecuting this case on behalf of Class Members.

Attorneys' Fees: Class Counsel will apply to the Court for attorneys' fees up to thirty percent (30%) of the MGSA, which amounts to a maximum of Three Hundred Ninety-Six Thousand Dollars and No Cents ($396,000). This amount will be requested given the significant number of hours that Class Counsel spent in pursuing this case on behalf of the Class Members, the risks that Class Counsel took that no fees would be recovered, and the result achieved for the Class Members.

Attorneys' Costs: Class Counsel will apply to the Court for costs not to exceed Thirty Thousand dollars ($30,000) to compensate Class Counsel for costs incurred in pursuing this case on behalf of the Class Members.

Settlement Administrator's Costs: Rust Consulting, Inc. has been hired to handle the administration of class notice, claims, and distribution of Individual Payments to Class Members. Class Counsel will make an application to the Court for the Settlement Administrator's Costs which currently are estimated to total Twenty Thousand Dollars ($20,000).

Lin. Decl., Ex. B., Dkt. # 42, p. 43.

23.     To date, Class Members have not objected to any of these provisions. The objection deadline has not yet passed, so Class Counsel intend to file a supplemental report prior to the Final Approval Hearing.

24.     In point of fact, Class counsel have kept well within the estimates provided in the Class Notice. Total reimbursable expenses are only $25,303.38, not the estimated $30,000. The costs of Rust Consulting have turned out to be $19,000, not the estimated $20,000. These savings benefit the Class in terms of a larger net recovery.

<u>The Settlement Compares Favorably with Settlement Achieved in Similar Litigation Involving Non-Washington Wells Fargo HMCs</u>

25.     To Class Counsel's knowledge, Wells Fargo has settled several cases involving alleged misclassification of HMCs. Despite many facial similarities, it is somewhat difficult to

DECLARATION OF T. DAVID COPLEY IN SUPPORT OF
PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, ETC.
(2:11-cv-00871-JLR) - 8

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

compare these cases because they raise, variously, claims under FLSA and the laws of different States. They also seek recovery for different elements of damages, including unpaid overtime, unpaid meal breaks, unpaid rest breaks, and improper deductions from wages. Nonetheless, a high-level analysis of public filings shows that the instant settlement compares favorably with those other settlements:

| | Settlement Amount | Class Size | Average Gross Recovery Per Person |
|---|---|---|---|
| **Chan and Luu, No. (W.D. Wash.)** | **$1,320,000** | **478** | **$2,761** |
| *DeLeon v. Wells Fargo Bank, N.A.,* No. 1:12-04494 (S.D.N.Y.), | $1,875,000 | 669 | $2,802 |
| *Gonzalez v. Wells Fargo Home Mortg., Inc.,* No. 1:11-02142 (D.N.J.) | $937,750 | 341 | $2,750 |
| *Hoffman v. Wells Fargo,* No. 11-06011 (N.D. Ill.) | $650,000 | 278 | $2,338 |
| *Lofton v. Wells Fargo Home Mortg.,* No. 11-509502 (Super. Ct. Cal.) | $19,000,000 | 4725 | $4,021* |
| *Richardson v. Wells Fargo Bank, N.A.,* No. 4:10-04949 (S.D. Tex.) | $15,000,000 | 4487 | $3,342** |

\*   Reflects ten year class period
\*\* Reflects possible premium for Lead Case in MDL No. 2266.

26.     The above comparisons are necessarily rough, but it appears that if the instant settlement is granted final approval Washington HMCs will recover more (on average gross basis) than the Wells Fargo HMCs in the *Chu* and *Gonzales* cases, roughly the same as the Wells Fargo HMCs in the *Deleon* case, and slightly less than the Wells Fargo HMCs in *Lofton* and *Richardson*.

DECLARATION OF T. DAVID COPLEY IN SUPPORT OF
PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, ETC.
(2:11-cv-00871-JLR) - 9

27.     Attached hereto as Exhibit 4 is the Notice of Proposed Settlement of Class Action Pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715 ("CAFA Notice").

28.     Attached hereto as Exhibit 5 is *Dennings v. Clearwire Corp.*, No. 2:10-cv-01859-JLR (W.D. Wash. Nov. 8, 2011).

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

Executed this 12th day of August, 2015, in Seattle, Washington.


                                    s/ T. David Copley
                                    T. David Copley

DECLARATION OF T. DAVID COPLEY IN SUPPORT OF
PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, ETC.
(2:11-cv-00871-JLR) - 10

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**CERTIFICATE OF SERVICE**

I certify that on August 12, 2015, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system which will send notification of such filing to the persons listed

below:

Daniel L. Thieme, WSBA #12855
Breanne M. Sheetz, WSBA #39632
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101-3122
Phone:  (206) 623-3300
Fax:  (206) 447-6965
Email:  dthieme@littler.com;
       bsheetz@littler.com

Lindbergh Porter, Jr.
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA  94108-2693
Phone:  (415) 399-8445
Fax:  (415) 743-6541
Email: lporter@littler.com


                                          s/ T. David Copley
                                          T. David Copley

DECLARATION OF T. DAVID COPLEY IN SUPPORT OF
PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, ETC.
(2:11-cv-00871-JLR) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

# EXHIBIT 2

**WELLS FARGO WAGE & HOUR FEES**

**DATES: Inception - July 31, 2015**

| Timekeeper | Position | Hours | Rate | Lodestar |
|---|---|---|---|---|
| Kris Bartlett | PL | 21.80 | $215 | $ 4,687.00 |
| Mavis Bates | PL | 9.00 | $200 | $ 1,800.00 |
| Cate Brewer | PL | 1.10 | $215 | $ 236.50 |
| Gretchen Cappio | P | 2.10 | $700 | $ 1,470.00 |
| David Copley | P | 154.20 | $750 | $ 115,650.00 |
| Jason Dillman | PL | 20.40 | $285 | $ 5,814.00 |
| Leah Douglas | PL | 4.60 | $215 | $ 989.00 |
| John Evans | PL | 7.80 | $220 | $ 1,716.00 |
| Carly Eyler | PL | 0.70 | $220 | $ 154.00 |
| Raymond Farrow | P | 2.80 | $700 | $ 1,960.00 |
| Eric Fierro | A | 23.70 | $475 | $ 11,257.50 |
| Amaira Gallagher | PL | 1.10 | $210 | $ 231.00 |
| Catlin Gibson | PL | 105.20 | $245 | $ 25,774.00 |
| Benjamin Gould | A | 13.00 | $525 | $ 6,825.00 |
| Mark Griffin | P | 129.70 | $815 | $ 105,705.50 |
| Jennifer Hill | PL | 5.30 | $245 | $ 1,298.50 |
| Erin Hoffrance | PL | 1.60 | $220 | $ 352.00 |
| Susan James | PL | 6.75 | $255 | $ 1,721.25 |
| Erica Knerr | PL | 46.40 | $215 | $ 9,976.00 |
| Dan Lenentine | PL | 2.30 | $245 | $ 563.50 |
| Philip Lewis | PL | 7.20 | $245 | $ 1,764.00 |
| Tana Lin | P | 663.30 | $700 | $ 464,310.00 |
| Melissa Madsen | PL | 4.60 | $220 | $ 1,012.00 |
| Darla Marshall | PL | 0.60 | $215 | $ 129.00 |
| Ryan McDevitt | A | 0.40 | $470 | $ 188.00 |
| Mary Montgomery | PL | 139.30 | $275 | $ 38,307.50 |
| Mae Oberste | PL | 0.50 | $245 | $ 122.50 |
| Cavin Parrilla | PL | 7.20 | $215 | $ 1,548.00 |
| Matt Preusch | A | 8.40 | $395 | $ 3,318.00 |
| Melanie Pugh | PL | 1.10 | $200 | $ 220.00 |
| Emily Rayborn | PL | 0.20 | $200 | $ 40.00 |
| Katie Rodenburg | PL | 7.25 | $215 | $ 1,558.75 |
| Lynn Lincoln Sarko | P | 25.50 | $895 | $ 22,822.50 |
| Milana Shenderovich | PL | 0.20 | $200 | $ 40.00 |
| Katie Sifferman | PL | 0.90 | $200 | $ 180.00 |
| Jay Simmons | PL | 0.30 | $220 | $ 66.00 |
| Brian Spangler | PL | 8.20 | $215 | $ 1,763.00 |
| RoxAnn Ward | PL | 2.60 | $210 | $ 546.00 |
| Ben Watson | PL | 2.30 | $215 | $ 494.50 |

| | | | | | |
|---|---|---|---|---|---|
| Margie Wetherald | P | 36.90 | $750 | $ | 27,675.00 |
| Debra Lynn Wilcher | PL | 0.20 | $215 | $ | 43.00 |
| Michael Woerner | P | 3.00 | $800 | $ | 2,400.00 |
| | | | | | |
| **TOTAL** | | **1,479.70** | | **$** | **866,728.50** |

# EXHIBIT F

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 14-CV-22950-UU

AMANDA WEST, PRISCILLA PEREZ,
PHILLIP LITCHFIELD, MICHAEL CASNER,
STANLEY CONSTANTINE, SEAN
WHATLEY, CHRISTOPHER DAVIS,
CATHERINE BOOHER, RAVINDER RANGI,
and MELISSA C. MACIAS individually and
on behalf of all others similarly situated,

        *Plaintiffs,*

*v.*

EXAMSOFT WORLDWIDE INC.,

        *Defendant.*

_____

## DECLARATION OF GRETCHEN FREEMAN CAPPIO IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR THE AWARD OF ATTORNEYS' FEES, LITIGATION EXPENSES AND SERVICE AWARD PAYMENTS

I, Gretchen Freeman Cappio, declare as follows:

1.      I am a Partner at Keller Rohrback L.L.P. ("Keller Rohrback"), and one of the five attorneys appointed as Class Counsel for the Settlement Class in the Court's May 12, 2015 Order Granting Preliminary Approval of Class Action Settlement. ECF No. 37.  I make this Declaration of my own personal knowledge, and if called to do so, I could testify competently to the matters stated herein.

2.      I submit this declaration in support of Plaintiffs' Motion for the Award of Attorney's Fees, Litigation Expenses and Service Award Payments and Motion for Final Approval of Class Action Settlement.

3.      I am licensed to practice law in the State of Washington, and I am admitted *pro hac vice* in the instant action.

4.      Keller Rohrback has extensive experience handling class actions, and the firm is a national leader in protecting the rights of consumers and employees.  To date, Keller Rohrback has achieved recoveries over $6 billion.  Attached hereto as Exhibit A is Keller Rohrback's Complex Litigation resume.

5.      This Declaration is based upon my personal knowledge of: (i) the services rendered by Keller Rohrback during this litigation; (ii) Keller Rohrback's pertinent prior experience; and (iii) the hourly rates Keller Rohrback typically charges our clients.

6.      On August 5, 2014, my firm filed a putative Class Action Complaint against ExamSoft Worldwide, Inc. on behalf of Plaintiffs Christopher Davis and Catherine Booher related to the alleged failure of Defendant's software during the July 2014 Bar Exam. This case was filed in the United States District Court for the Easter District of Washington, where it is currently captioned as *Davis, et al. v ExamSoft Worldwide, Inc.*, Case No. 2:14-cv-00256.

7.      On August 15, 2014, my firm filed a putative Class Action Complaint against Examsoft Worldwide, Inc. on behalf of Plaintiffs Ravinder Rangi and Melissa Macias related to the alleged failure of Defendant's software during the July 2014 Bar Exam.  This case was filed in the United States District Court for the Eastern District of California, where it is currently captioned as *Rangi, et al. v. Examsoft Worldwide, Inc*., Case No. 2:14-cv-01919.

8.      Keller Rohrback's involvement in this case dates to July of 2014 when we began our investigation after the alleged failure of Examsoft's software during the July 2014 bar exam.

Following our investigation, we filed two separate Class Action Complaints on behalf of four
applicants.[1]

9.      Keller Rohrback has played a substantial role in the prosecution of this action, and
helped successfully negotiate the settlement of this matter to the benefit of the proposed
Settlement Class.  Since 2014, following the commencement of this case, my firm has worked
cooperatively with the lawyers representing the other Plaintiffs in this case to help successfully
resolve this matter.  I attended the initial in-person meeting with defense counsel on October 1,
2014, and I also attended the mediation with Rodney A. Max on January 15, 2015 in Chicago,
Illinois.

10.      In addition to attending mediation and other settlement negotiations, my staff and
I have spoken to numerous class members, conducted substantial factual and legal research,
drafted numerous pleadings and correspondence, communicated regularly with our co-counsel
regarding strategy, monitored all press activities related to the alleged failure, prepared
settlement materials, reviewed materials and updates from the claims administrator, and provided
regular status reports to the District Court.

11.      The following schedule is a summary of time spent by the partners, attorneys, and
other professional support staff of Keller Rohrback in the prosecution of this litigation.  The
lodestar calculation is based on the firm's current billing rates.  For personnel who are no longer
employed by the firm, the lodestar calculation is based upon the billing rates for his or her final
year of employment.  The hourly rates are the same as the usual and customary hourly rates

---

[1] My firm brought a similar action – filed on August 7, 2014, in the United States District Court for the Northern
District of California and currently captioned as *Maya Dillard Smith, et al., v. ExamSoft Worldwide, Inc.*, 3:14-cv-
03590 – which has been stayed. Plaintiff Smith included individual causes of action in her complaint and, for that
reason, is not participating as a Named Plaintiff in this Settlement. But she has agreed to stay her action pending
determination of approval of this Settlement.

charged for services in other actions. The lodestar summary reflects Keller Rohrback's experience in the field, the complexity of the matters involved in this litigation, and the prevailing rate for providing such services.

12.     The total number of hours expended on this litigation by the firm from inception through June 19, 2015 is 799.70. The total lodestar to date for Keller Rohrback is $402,175.00.

| Timekeeper | Hours | Rate |
|---|---|---|
| **Partners:** | | |
| Gretchen Cappio | 222.00 | $700 |
| Lynn Sarko | 21.80 | $895 |
| **Subtotal Partners** | 243.80 | |

| Timekeeper | Hours | Rate |
|---|---|---|
| **Attorneys:** | | |
| Daniel Mensher | 301.10 | $525 |
| Matthew Preusch | 31.80 | $395 |
| Havila Unrein | 11.20 | $525 |
| **Subtotal Attorneys** | 344.10 | |

| Timekeeper | Hours | Rate |
|---|---|---|
| **Professionals:** | | |
| Cate Brewer | 42.00 | $215 |
| Jennifer Dallape | 5.00 | $215 |
| Philip Lewis | 120.50 | $245 |
| Darla Marshall | 16.00 | $215 |
| Mary Montgomery | 24.80 | $275 |
| Mae Oberste | 3.50 | $245 |
| **Subtotal Professional** | 211.80 | |
| | | |
| **Grand Total Fees** | 799.70 | |

13.     Attached hereto as Exhibit B is a summary of the firm's expenses incurred in the prosecution of this matter, totaling $13,864.34.

14.     Intensive preparation allowed Class Counsel to enter settlement negotiations and mediation in an advantageous position, well-informed of the facts and law at issue in this action.

15.     In addition to working diligently at the outset of our firm's involvement in the litigation and aspiring to recover meaningful class-wide relief quickly, Keller Rohrback further reduced fees and costs by working cooperatively with co-counsel.

16.     As a result, Class Counsel were able to obtain a favorable settlement to benefit the Settlement Class while also conserving judicial resources and promoting efficiency to the benefit of all Parties.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 24th day of June, 2015, at Seattle, Washington.

KELLER ROHRBACK L.L.P.

By: _____

Gretchen Freeman Cappio

# EXHIBIT G



Select Page ☰



## Matthew Preusch

Santa Barbara

801 Garden Street, Suite 301
Santa Barbara, CA 93101

P: 805.456.1496
F: 805.456.1497

 Email

 vCard

 PDF



**Matthew Preusch practices in Keller Rohrback's nationally recognized Complex Litigation Group**. Before joining Keller Rohrback, Matthew served as an honors attorney in the Oregon Department of Justice's appellate and trial divisions. He was a judicial extern for the Hon. Michael W. Mosman in the District of Oregon during law school. Prior to his legal career, he spent ten years as a journalist in the Pacific Northwest, covering regional and national news for *The Oregonian*, *The New York Times*, and other publications.

## Bar and Court Admissions ⊖

2014, California
2014, U.S. District Court for the Central District of California
2014, U.S. District Court for the Eastern District of California
2014, U.S. District Court for the Northern District of California
2014, U.S. District Court for the Southern District of California
2014, U.S. Court of Appeals for the Ninth Circuit
2013, Oregon
2013, U.S. District Court for the District of Oregon

## Education ⊖

**Pomona College** – B.A., 2000, Politics, Philosophy, and Economics

**Lewis & Clark Law School**, J.D., magna cum laude, 2013, Environmental & Natural Resources Law Certificate

## Professional and Civic Involvement 

Oregon State Bar Association, *Member*

State Bar of California, *Member*

Santa Barbara County Bar Association, *Member*

## Articles & Presentations 

Panelist, Bridgeport Consumer Class Action Litigation Conference, "Current State of the Law on Ascertainability and Standing," January 2017

Speaker, Bridgeport Environmental Class Action Webinar, March 2016

Panelist, Lewis and Clark Law School, Public Interest Law Project, " Cutting-Edge Bet the Company Mega Class Action CLE" February 2016

Speaker, Harris Martin Porter Ranch Gas Leak Litigation Conference, "Remedies," 19 January 2016

Panelist, Bridgeport Consumer Class Action Litigation Conference, "Current State of the Law on Ascertainability and Standing," January 2016

Matthew Preusch, How to Ethically and Effectively Talk to Reporters, Environmental Law News, Vol. 25, No. 1 (Spring 2015).

Speaker, Don't Say, "No Comment": How To Ethically and Effectively Talk to Reporters, Santa Barbara County Bar Association (Sep. 16, 2015)

Oregon State Bar Environmental & Natural Resources Section *Case Notes* (July 2015)

Matthew Preusch, Tim Weaver, Yakama Tribes' Salmon Champion, Says His Goodbyes, *The Oregonian* (Jan. 1, 2010).

Matthew Preusch, DEQ to Help Polluter Seek Federal Break on Mercury Emission, *The Oregonian* (Aug. 19, 2009).

Matthew Preusch, Amid Forests Ashes, A Debate Over Logging Profits is Burning On, *The New York Times* (Apr. 15, 2004)



**Representative Cases**

[Corona v. Sony](#)

[Santa Barbara Oil Spill](#)

< Back to Attorneys

## Practice Emphasis

Class Action and Consumer Litigation

Consumer and Data Privacy Protection

Environmental Litigation

## Recent Posts

Keller Rohrback Files First Class Action Suit Against Wells Fargo Relating To Mortgage Interest Rate-Lock Extension Fees

Keller Rohrback Continues to Investigate Wells Fargo Auto Loan Insurance Practices

Court Grants Preliminary Approval of $142 Million Settlement in Wells Fargo Unauthorized Accounts Class Action

Keller Rohrback L.L.P. Investigates Reports that Wells Fargo Made Unauthorized Loan Modifications to Mortgages During Bankruptcy

Keller Rohrback L.L.P. Investigates Reports that Wells Fargo Charged Customers Millions in Improper Mortgage Rate Lock Fees

Keller Rohrback L.L.P.: Plaintiffs in Wells Fargo Account Scandal Seek Court Approval for $142 Million Settlement

KR Investigating Allegations that Wells Fargo Merchant Services L.L.C. Charged Improper Fees to Small Businesses

Keller Rohrback: Wells Fargo Agrees to Pay $110 Million to Resolve Consumers' Class Action Lawsuit About Unauthorized Accounts

Keller Rohrback Investigates Reports that Wells Fargo Charged Customers Millions in Improper Mortgage Fees

Preliminary Approval of VW/Audi/Porsche 3-liter and Bosch Settlements in Volkswagen "Clean Diesel" Litigation

Bosch Agrees To $327.5 Million Settlement in VW Diesel Emissions Fraud Case

Settlement Agreement Filed for Volkswagen, Audi, Porsche 3.0-Liter

Important Info for Owners of TDI 3.0-Liter VWs/Audis/Porsches

Court Grants Final Approval 2.0-Liter Settlement

Seattle Suspends Business Relationship with Wells Fargo over Fraud Allegations; Keller Rohrback Investigates Similar Practices

Keller Rohrback L.L.P. Investigating Unauthorized Accounts at Consumer Banks

Volkswagen Litigation Update – 8/25/2016

Volkswagen Litigation Update – Preliminary Approval of VW Settlement Granted

Keller Rohrback L.L.P. Investigates Walmart's Great Value "100% Grated Parmesan Cheese"

Keller Rohrback L.L.P. Investigates High Levels of Lead in Children's Cra-Z-Art Kits

VW Litigation Case Update

KR Investigating Claims Against Precision Castparts For Heavy Metal Pollution in Oregon

Los abogados de demandas colectivas de Keller Rohrback están investigando altos niveles de plomo y cadmio en bisutería o joyería infantil

Keller Rohrback L.L.P. Partner Amy Williams-Derry Discusses Lead and Cadmium in Children's Jewelry

Keller Rohrback Investigates Claims Against Portland Glass Manufacturers For Arsenic and Cadmium Pollution

Keller Rohrback Files Class Action Lawsuit Against SoCalGas on Behalf of Porter Ranch Residents

Keller Rohrback Investigates Claims of Diesel Porsche Cayenne Consumers

JPML Sends VW Lawsuits to San Francisco

Class Action Lawsuit Filed on Behalf of Those Affected by Refugio Oil Spill

Keller Rohrback Files Suit on Behalf of Porsche, Audi, and VW Consumers

Keller Rohrback Warns Consumers About VW Goodwill Package

Keller Rohrback Expands Nationwide Class Action Lawsuit Against VW

KR Launches Investigation After EPA Adds Audi & Porsche to VW Clean Air Act Violation

Keller Rohrback Files Nationwide Class Action Lawsuit Against Volkswagen

VW Emissions Scandal

Volkswagen's Alleged Violation of Clean Air Standards

Volkswagen Investigated by EPA Over Clean Air Standards

Volkswagen Violates Clean Air Act

Volkswagen Class Action Complaint Expands To Include Affected Porsche and Audi Vehicles

KR Asks Federal Judge to Prohibit VW and Audi From Making Misleading Statements to Drivers

Keller Rohrback Investigates Oil Company Price Fixing

Keller Rohrback Asks Judge To Stop Misleading Communications

Volkswagen News From Around The Web

Volkswagen Help Center - Useful Links

KR attorney Dan Mensher discusses environmental impact of VW Dieselgate

Meet the Keller Rohrback Volkswagen Team

Keller Rohrback Advocates for Volkswagen Diesel Consumers Nationwide in Class Action

**Disclaimer** | **Careers**      **Seattle** | **Oakland** | **New York** | **Phoenix** | **Santa Barbara** | **Ronan**



Case results depend on a variety of factors unique to each case. Case results do not guarantee or predict a similar result in any future case.






## Daniel Mensher

Seattle

1201 Third Avenue, Suite 3200
Seattle, Washington 98101

P: 206.623.1900
F: 206.623.3384

 Email

 vCard

 PDF

**Daniel Mensher translates thorough preparation into courtroom success.** Dan practices in Keller Rohrback's nationally recognized Complex Litigation Group with a focus on complex environmental and consumer protection litigation. He enjoys collaborating with his colleagues and clients to identify problems and find creative, convincing solutions.

Dan has litigated important environmental and consumer cases across the country in federal and state court. Before joining the firm, Dan was an environmental law professor at Lewis & Clark Law School in Portland, Oregon, where he also litigated cases involving toxic waste, water pollution, and natural resource management. He has sat on governmental advisory boards and helped to draft key environmental regulations in place today. Dan uses his passion and experience to protect our environment and the people and communities that rely on clean air, water, and products.



**Bar and Court Admissions**

2007, Oregon

2014, Washington

2008, U.S. District Court for the District of Oregon

2008, U.S. Court of Appeals for the Ninth Circuit

2010, U.S. District Court for the District of Columbia Circuit

2011, U.S. District Court for the Western District of Wisconsin

9/6/2017 Daniel Mensher – Keller Rohrback Complex Litigation Law...

Case 2:15-cv-01608-BJR Document 48 Filed 09/06/17 Page 125 of 143

2014, U.S. District Court for the Eastern District of Washington

2014, U.S. District Court for the Western District of Washington

## Education 

**Wesleyan University** – B.A., 1998, History

**University of Wisconsin** – M.S., 2002, Geography

**Lewis & Clark Law School** – J.D., *cum laude*, 2007; Environmental Law Certificate; Cornelius Honors Society; Articles Editor, *Environmental Law Review*

## Professional and Civic Involvement 

Oregon State Bar Association, *Member*

Washington State Bar Association, *Member*

Earthrise Law Center, Lewis & Clark Law School, *Advisory Council Member*

Northwest Environmental Defense Center, *Board Member*

## Articles & Presentations 

Speaker, Bridgeport Environmental Class Action Webinar, March 2016

Speaker, Harris Martin Porter Ranch Gas Leak Litigation Conference, "Testing of the Air Quality and Expert Witnesses for the Cases," 19 January 2016

Daniel P. Mensher, W*ith Friends Like These...: The Trouble With Auer Deference*, 43 Envtl. Law Rev. 4 (2013).

Speaker, Oregon Water Law Conference, November 7, 2013 (Addressing issues in Water Quality Trading)

Speaker, Northwest Environmental Conference and Tradeshow, December 11, 2013 (The Precautionary Principle in Environmental Law)

Speaker, RainOps Conference, 2013, Spokane, WA, Longview, WA (Clean Water Act stormwater regulation)

Presenter, Oregon State Bar Environmental and Natural Resources Committee annual Continuing Legal Education Program, 2013 (salmon issues in Oregon and the Pacific Northwest)

Speaker, Oregon State Bar brown bag CLE debate with Oregon DOJ assistant attorney general about the Supreme Court case Decker v. NEDC, 2012

Daniel P. Mensher, *Common Law On Ice: Using Federal Nuisance Law to Address Global Warming*, 37 Envtl. Law Rev. 2 (2007).

Chris Rycewicz and Dan Mensher, *Growing State Authority Under the Clean Water Act*, 22 Nat. Resources & Env't 2 (2007).

< Back to Attorneys

## Practice Emphasis

Class Action and Consumer Litigation

Consumer and Data Privacy Protection

Environmental Litigation

Mass Personal Injury

## Recent Posts

Court Grants Preliminary Approval of $142 Million Settlement in Wells Fargo Unauthorized Accounts Class Action

Court Grants Final Approval to 3.0-Liter Class Action Settlement & Bosch Class Action Settlement

Keller Rohrback L.L.P.: Plaintiffs in Wells Fargo Account Scandal Seek Court Approval for $142 Million Settlement

Keller Rohrback: Wells Fargo Agrees to Pay $110 Million to Resolve Consumers' Class Action Lawsuit About Unauthorized Accounts

Preliminary Approval of VW/Audi/Porsche 3-liter and Bosch Settlements in Volkswagen "Clean Diesel" Litigation

Bosch Agrees To $327.5 Million Settlement in VW Diesel Emissions Fraud Case

Settlement Agreement Filed for Volkswagen, Audi, Porsche 3.0-Liter

Important Info for Owners of TDI 3.0-Liter VWs/Audis/Porsches

Court Grants Final Approval 2.0-Liter Settlement

Volkswagen Litigation Update – 8/25/2016

Volkswagen Litigation Update – Preliminary Approval of VW Settlement Granted

Volkswagen Litigation Case Update

Volkswagen and Audi 2.0-Liter Emissions Settlement

Keller Rohrback L.L.P. Investigates High Levels of Lead in Children's Cra-Z-Art Kits

VW Litigation Case Update

KR Investigating Claims Against Precision Castparts For Heavy Metal Pollution in Oregon

Keller Rohrback Investigates Claims Against Portland Glass Manufacturers For Arsenic and Cadmium Pollution

Keller Rohrback Files Class Action Lawsuit Against SoCalGas on Behalf of Porter Ranch Residents

Keller Rohrback Investigates Claims of Diesel Porsche Cayenne Consumers

JPML Sends VW Lawsuits to San Francisco

Class Action Lawsuit Filed on Behalf of Those Affected by Refugio Oil Spill

Village of Rockton Fights Abandoned Sonoco Paper Mill Contamination

Keller Rohrback Files Suit on Behalf of Porsche, Audi, and VW Consumers

Keller Rohrback Warns Consumers About VW Goodwill Package

Keller Rohrback Expands Nationwide Class Action Lawsuit Against VW

KR Launches Investigation After EPA Adds Audi & Porsche to VW Clean Air Act Violation

Keller Rohrback Files Nationwide Class Action Lawsuit Against Volkswagen

VW Emissions Scandal

Volkswagen's Alleged Violation of Clean Air Standards

Volkswagen Investigated by EPA Over Clean Air Standards

Volkswagen Violates Clean Air Act

Volkswagen Class Action Complaint Expands To Include Affected Porsche and Audi Vehicles

KR Asks Federal Judge to Prohibit VW and Audi From Making Misleading Statements to Drivers

Keller Rohrback Investigates Oil Company Price Fixing

Keller Rohrback Asks Judge To Stop Misleading Communications

Volkswagen News From Around The Web

Volkswagen Help Center - Useful Links

KR attorney Dan Mensher discusses environmental impact of VW Dieselgate

Meet the Keller Rohrback Volkswagen Team

Keller Rohrback Advocates for Volkswagen Diesel Consumers Nationwide in Class Action

**Disclaimer** | **Careers**     **Seattle** | **Oakland** | **New York** | **Phoenix** | **Santa Barbara** | **Ronan**



Case results depend on a variety of factors unique to each case. Case results do not guarantee or predict a similar result in any future case.





Select Page



### Havila C. Unrein
Montana

407 Main St. SW, Ste. 1
Ronan, MT 59864

P: 406.281.7231
F: 206.623.3384

 Email

 vCard

 PDF

**Havila Unrein gives her clients a voice in the legal system.** Havila practices in Keller Rohrback's nationally recognized Complex Litigation Group where she is dedicated to helping clients who have been harmed by others engaged in fraud, cutting corners, and abuses of power.

Havila made significant contributions to *Hartman et al. v. Ivy Asset Management et al.*, a case involving fiduciary breach related to Madoff investments that resulted in a $219 million settlement with consolidated cases. She currently represents plaintiffs in multiple cases alleging violations of the Employee Retirement Income Security Act of 1974 ("ERISA") by healthcare institutions attempting to claim exempt "church plan" status under ERISA.

During law school, Havila provided tax and business advice to low-income entrepreneurs and hi-tech startups as a student in the Entrepreneurial Law Clinic. She also served as an extern to the Honorable Stephanie Joannides of the Anchorage Superior Court. Prior to law school, Havila worked and studied abroad in Russia, Azerbaijan, and the Czech Republic.

## Bar and Court Admissions ⊖

2008, Washington

2012, Montana

2013, California

2009, U.S. District Court for the Western District of Washington

2012, U.S. Court of Appeals for the Ninth Circuit

2012, U.S. District Court for the District of Montana

2013, U.S. District Court for the District of Colorado

2013, U.S. District Court for the Central District of California

2013, U.S. District Court for the Eastern District of California

2013, U.S. District Court for the Northern District of California

2013, U.S. District Court for the Southern District of California

2014, U.S. Court of Appeals for the Sixth Circuit

2017, Supreme Court of the United States

## Professional and Civic Involvement 

California State Bar Association, *Member*

Santa Barbara County Bar Association, *Member*

Washington State Bar Association, *Member*

King County Bar Association, *Member*

Montana State Bar Association, *Member*

## Education 

**Dartmouth College** – B.A., *magna cum laude*, 2003, Russian Area Studies

**University of Washington School of Law** – J.D./LL.M. (Tax), *with honors*, 2008

< Back to Attorneys

Practice Emphasis

Class Action and Consumer Litigation

Consumer and Data Privacy Protection

Employee Benefits and Retirement Security

Employment Law

Securities

---

## Recent Posts

Seventh Circuit Rules Advocate Health Care Network Pension Plan is Not a Church Plan Exempt from ERISA

**Disclaimer** | **Careers**     **Seattle** | **Oakland** | **New York** | **Phoenix** | **Santa Barbara** | **Ronan**



Case results depend on a variety of factors unique to each case. Case results do not guarantee or predict a similar result in any future case.



## Select Page





## Benjamin Gould

Seattle

1201 Third Avenue, Suite 3200
Seattle, Washington 98101

P: 206.623.1900
F: 206.623.3384

 Email

 vCard

 PDF



**Benjamin Gould makes the law work for his clients.** Ben, a Seattle native, practices in Keller Rohrback's nationally recognized Complex Litigation Group. His ability to clearly and efficiently communicate factual and legal issues to his clients and courts allows him to advance the interests of those who have been harmed by others' misconduct.

Ben has extensive experience in appellate litigation, and has secured successful results for his clients before the U.S. Courts of Appeals for the First, Second, Sixth, Eighth, and Ninth Circuits, as well as before numerous state appellate courts. Ben also maintains an active practice outside the appellate arena. He has represented clients in individual and class actions involving pensions, professional negligence, civil rights, and consumer-protection law, among a wide range of other subjects.

Before joining the firm, Ben worked as a Legal Fellow of the ACLU Drug Law Reform Project, litigating cases related to drug policy and civil rights. He also served as a clerk to two federal appellate judges: the Honorable Betty Binns Fletcher of the U.S. Court of Appeals for the Ninth Circuit and the Honorable Diana E. Murphy of the U.S. Court of Appeals for the Eighth Circuit.

## Bar and Court Admissions

2007, California

2011, Washington

2010, U.S. Court of Appeals for the Ninth Circuit

2011, U.S. District Court for the Western District of Washington

2012, U.S. District Court for the Eastern District of Washington

2013, U.S. Court of Appeals for the Second Circuit

2013, U.S. Court of Appeals for the Sixth Circuit

2013, U.S. Court of Appeals for the Eighth Circuit

2013, U.S. Court of Appeals for the Eleventh Circuit

2014, U.S. Court of Appeals for the First Circuit

2015, Supreme Court of the United States

### Education 

**Yale University** – B.A., 2002, *summa cum laude*

**Yale Law School** – J.D., 2006; Editor, *Yale Law Journal*; Editor-in-Chief, *Yale Journal of Law and the Humanities*

### Professional and Civic Involvement 

King County Bar Association, *Member*

Washington State Bar Association, *Member*

Washington State Association for Justice, *Member*

### Honors & Awards 

Recipient of the 2010 Burton Award for Legal Achievement for the article, *The Continuing Applicability of Rule 23(b)(1) to ERISA Actions for Breach of Fiduciary Duty*, Pension & Benefits Reporter, Bureau of National Affairs, Inc. (Sept. 1, 2009).

Selected to Rising Stars list in *Super Lawyers – Washington*, 2013 – 2017.

### Articles & Presentations 

Speaker on Rule 23(f) and Class Action Appeals, American Bar Association 19th Annual National Institute on Class Actions, New Orleans, LA, 2015.

A Review of Antonin Scalia and Bryan A. Garner, *Reading Law* (2012), in *Trial News*, March 2014.

Derek W. Loeser & Benjamin Gould, *Point/Counterpoint: Is Rule 23(b)(1) Still Applicable to ERISA Class Actions?*, ERISA Compliance and Enforcement Library of the Bureau of National Affairs, Inc. (May 1, 2009).

Derek W. Loeser & Benjamin B. Gould, *The Continuing Applicability of Rule 23(b)(1) to ERISA Actions for Breach of Fiduciary Duty*, Pension & Benefits Reporter, Bureau of National Affairs, Inc. (Sept. 1, 2009).

Derek W. Loeser, Erin M. Riley & Benjamin B. Gould, *2010 ERISA Employer Stock Cases: The Good, the Bad, and the In Between-Plaintiffs' Perspective*, Pensions & Benefits Daily, Bureau of National Affairs, Inc. (Jan. 28, 2011).

## Blog 

[Appellate Briefs](), which highlights decisions from appellate courts around the country.

< Back to Attorneys

## Practice Emphasis

Appeals

Employee Benefits and Retirement Security

Institutional Investors

Securities

## Recent Posts

Keller Rohrback L.L.P. Investigates Wells Fargo Advisors

Fifteen Lawyers Named 2017 Washington Super Lawyers & Rising Stars Lists

# EXHIBIT H

*Reynoldson v. City of Seattle*
Plaintiffs' Combined Billing Summaries

CREEC

| Biller | Rate | Hours | Fees |
|--------|------|-------|------|
| A. Milkman | $175 | 15.7 | $2,747.50 |
| C. Anderson | $175 | 1.4 | $245.00 |
| C. Hall | $175 | 66.0 | $11,550.00 |
| M. McGarry | $175 | 148.3 | $25,952.50 |
| S. Morris | $445 | 123.2 | $54,824.00 |
| L. Fontana | $475 | 29.4 | $13,965.00 |
| J. Wilensky | $550 | 5.4 | $2,970.00 |
| T. Fox | $790 | 725.9 | $573,461.00 |
| **Total** | | **1,115.3** | **$685,715.00** |

Disability Rights Washington

| Biller | Rate | Hours | Fees |
|--------|------|-------|------|
| Carlson, David | $495 | 54.9 | $27,175.50 |
| Cooper, Emily | $495 | 501.3 | $248,143.50 |
| Kas, Susan | $480 | 5.7 | $2,736.00 |
| Siebrecht, Stacie | $495 | 366.4 | $181,368.00 |
| **Total** | | **928.3** | **$459,423.00** |

Goldstein, Borgen, Dardarian & Ho

| Biller | Rate | Hours | Fees |
|--------|------|-------|------|
| Dardarian, Linda | $810 | 587.2 | $475,632.00 |
| Fisher, Katharine | $325 | 13.0 | $4,225.00 |
| Grimes, Ginger | $325 | 18.2 | $5,915.00 |
| Grimes, Scott G. | $275 | 27.2 | $7,480.00 |
| Kirkpatrick, Stuart | $200 | 151.1 | $30,220.00 |
| Lee, Andrew | $575 | 155.6 | $89,470.00 |
| Trevino, Coral | $195 | 57.8 | $11,271.00 |
| Valdez, Damon | $250 | 98.8 | $24,700.00 |
| Wendell, Raymond | $375 | 387.0 | $145,125.00 |
| **Total** | | **1,495.9** | **$794,038.00** |

**Combined Firms**

| | | Hours | Fees |
|--------|------|-------|------|
| **GRAND TOTAL** | | **3,539.5** | **$1,939,176.00** |

# EXHIBIT I

# GBDH Costs Summary for a Matter

costs matter id='714' and not on hold and not hidden

Matter ID: **714**

Description: **City of Seattle**

| Description | Cost |
|---|---|
| In-House Copying @ $.10/page | 698.40 |
| Expert  Witness/Consultant | 843.75 |
| Other Litigation Costs | 192.64 |
| In-house printing | 79.80 |
| Research - Online | 4,144.56 |
| Special  Masters/Mediators/Arbitrators | 9,210.64 |
| Telephone | 23.39 |
| Travel - airline/car/mileage/taxi/gas | 4,205.15 |
| Travel - Lodging | 3,682.77 |
| Meals | 570.30 |

**Total Costs for this Matter and Date**    **$    23,651.40**

# EXHIBIT J

*Reynoldson v. City of Seattle*
Plaintiffs' Combined Costs Summary

| Firm | Costs |
|------|------:|
| CREEC | $19,665.92 |
| Disability Rights Washington | $8,833.03 |
| Goldstein, Borgen, Dardarian & Ho | $23,651.40 |
| **Total** | **$52,150.35** |