Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| CONRAD REYNOLDSON, STUART PIXLEY, and DAVID WHEDBEE, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, a public entity,<br><br>        Defendants. | No. 2:15-cv-01608-BJR<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS REPRESENTATIVES' SERVICE AWARDS<br><br>**CLASS ACTION** |

Based on the Court's consideration of Plaintiffs' Motion for Class Representatives' Service Awards, and the documents provided to the Court in support, the Court finds as follows:

1.     Plaintiffs Conrad Reynoldson, Stuart Pixley, and David Whedbee have been actively involved in this case since approximately January 2014. Each of the three Plaintiffs was named a Class Representative by this Court on May 2, 2016.

2.     Plaintiffs have made significant contributions to the investigation, litigation, mediation, and resolution of this case. Plaintiff Reynoldson estimated that he spent fifty-five hours, Plaintiff Pixley spent an estimated forty-two hours, and Plaintiff Whedbee spent an estimated fifty-three hours assisting on this case.

Case No. 2:15-cv-01608-BJR
[Proposed] Order Granting Motion for Class
Representatives' Service Awards
Page 1

Goldstein, Borgen, Dardarian & Ho
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel: (510) 763-9800; Fax: (510) 835-1417

690485.2

3. In addition to releasing all non-monetary claims against the City of Seattle as members of the class, Plaintiffs also agreed to release their individual claims against the City of Seattle for monetary relief.

4. The City of Seattle does not oppose the service award request, and no Class member has objected to it.

5. Plaintiffs' requested service award of $5,000 each is fair, reasonable and adequate in light of the Plaintiffs' significant time and effort dedicated to this case, and their general release of claims against the City of Seattle.

Based on the Court's findings, the Court ORDERS:

1. Plaintiffs' Motion for Class Representatives' Service Awards IS GRANTED.

2. Defendant shall pay $5,000 to Plaintiff Conrad Reynoldson, $5,000 to Plaintiff Stuart Pixley, and $5,000 to Plaintiff David Whedbee as service awards for their contributions as Class Representatives and their general release of claims.

**IT IS SO ORDERED.**

Dated: _Nov 1_, 2017

_[signature]_

Hon. Barbara J. Rothstein _Marsha Pechman_
_U.S. Dist Court_
_Judge_

Goldstein, Borgen, Dardarian & Ho
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel: (510) 763-9800; Fax: (510) 835-1417

690485.2